AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| Don Holland, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>CryptoZoo, Inc., a Delaware Corporation, Logan Paul, Danielle Strobel, Jeffrey Levin, Eduardo Ibanez, Jake Greenbaum a/k/a Crypto King and Ophir Bentov a/k/a Ben Roth,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  1:23-cv-110<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> CryptoZoo, Inc.
> c/o United States Corporation Agents, Inc.
> 221 N. Broad Street, Suite 3
> Middletown, DE 19709-1070

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jarrett L. Ellzey
> Ellzey & Associates, PLLC
> 1105 Milford Street
> Houston, Texas 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date:  02/06/2023



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-110

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  CryptoZoo, Inc. c/o United States Corporation Agents, Inc.

was received by me on *(date)*   2/8/2023   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Diane Gibbs   , who is

designated by law to accept service of process on behalf of *(name of organization)*   United States Corporation Agents, Inc.

221 N. Broad Street, Suite 3 Middletown, DE 19709   on *(date)*  2/9/2023 at 1:25 PM  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0   .

I declare under penalty of perjury that this information is true.

Date:  2/10/2023 _____                      _____
                                                                           *Server's signature*

                                                         Eric Chrisco, Process Server
                                                         *Printed name and title*


                                                  230 N. Market St., Wilmington, DE 19801
                                                         *Server's address*

Additional information regarding attempted service, etc: