AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Don Holland, individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> CryptoZoo, Inc., a Delaware Corporation, Logan Paul, Danielle Strobel, Jeffrey Levin, Eduardo Ibanez, Jake Greenbaum a/k/a Crypto King and Ophir Bentov a/k/a Ben Roth, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  1:23-cv-110 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

>Danielle Strobel
>5107 Williams Fork Trail, Apt. 211
>Boulder, CO 80301-3477

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Jarrett L. Ellzey
>Ellzey & Associates, PLLC
>1105 Milford Street
>Houston, Texas 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT , PHILIP J. DEVLIN

Date: 02/06/2023

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
Western District of Texas

| | | |
|---|---|---|
| DON HOLLAND, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br>**PLAINTIFF**<br><br>VS.<br><br>CRYPTOZOO INC., A DELAWARE CORPORATION, ET AL<br>**DEFENDANT** | § § § § § § § § § § § | CAUSE NO. 1:23-CV-110 |

**SUMMONS IN A CIVIL ACTION**
**RETURN OF SERVICE**

THIS SUMMONS IN A CIVIL ACTION, SUMMONS IN A CIVIL ACTION, JURY TRIAL DEMANDED, CIVIL COVER SHEET, EXHIBIT 1 FOR DANIELLE STROBEL WAS RECEIVED BY ME ON WEDNESDAY, FEBRUARY 8, 2023 AT 1:47 PM.

I LEFT THE ABOVE-MENTIONED DOCUMENTS AT DANIELLE STROBEL'S RESIDENCE OR USUAL PLACE OF ABODE WITH ROBERT STROBEL, BROTHER, CO-RESIDENT, A PERSON OF SUITABLE AGE AND DISCRETION, AT 5107 WILLIAMS FORK TRAIL, APT. 211, BOULDER, CO 80301 ON TUESDAY, FEBRUARY 21, 2023 AT 12:20 PM. IN ADDITION, I MAILED A COPY OF THE SUMMONS TO DANIELLE STROBEL AT THEIR LAST KNOWN ADDRESS OF 5107 WILLIAMS FORK TRAIL, APT. 211, BOULDER, CO 80301.

I AM OVER THE AGE OF EIGHTEEN, AND AM NOT A PARTY TO THIS CASE.

I DECLARE UNDER PENALTY OF PERJURY THAT THIS INFORMATION IS TRUE.

TUESDAY, FEBRUARY 21, 2023

*ABIGAYLE BOKER*

ABIGAYLE BOKER
Process Server
312 11th Ave
Longmont, CO 80501

Holland v CyptoZoo
DocID: P305781_7