UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Don Holland, individually and on behalf of all others similarly situated,

-vs-

Cryptozoo Inc., a Delaware Corporation, et al.

Case No.: 1:23-cv-110

FILED
MAR -9 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____Mark G. Arnzen, Jr._____, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent _____Danielle Strobel_____ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of)

_____Dinsmore & Shohl LLP_____,

with offices at

Mailing address: 255 E. 5th Street, Suite 1900

City, State, Zip Code: Cincinnati, OH 45202

Telephone: 513-977-8200

Facsimile: 513-977-8141

Email: mark.arnzen@dinsmore.com

2. Since **2006/2007**, Applicant has been and presently is a member of and in good standing with the Bar of the State of **Ohio/Kentucky**. Applicant's bar license number is **0081394/91716**.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| **US Bankruptcy Court for the Western Dist. of KY** | **2020** |
| **USDC of the Southern Dist. of OH** | **1/18/2007** |
| **USDC of the Western Dist. of KY** | **10/08/2020** |
| **US Court of Appeals Sixth Circuit** | **6/28/2007** |
| **USDC of the Eastern Dist. of KY** | **8/3/2007** |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
**Not Applicable.**

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:
**Not Applicable.**

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
**Not Applicable.**

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

    [✔] Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

    [ ] Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

    Co-counsel: _____

    Mailing address: _____

    City, State, Zip Code: _____

    Telephone: _____

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of _____**Mark G. Arnzen, Jr.**_____ to the Western District of Texas *pro hac vice* for this case only.

                                    Respectfully submitted,

                                _____**Mark G. Arnzen, Jr.**_____
                                [printed name of Applicant]

                                */s/ Mark G. Arnzen, Jr.*
                                [signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the **8th** day of _____**March**_____, \_\_\_**2023**\_\_\_.

                                _____**Mark G. Arnzen, Jr.**_____
                                [printed name of Applicant]

                                */s/ Mark G. Arnzen, Jr.*
                                [signature of Applicant]



# U.S. District Court

## Texas Western - Austin

Receipt Date: Mar 10, 2023 10:41AM

DINSMORE AND SHOHL LLP
ATTORNEYS AT LAW
255 EAST FIFTH STREET
SUITE 1900

Rcpt. No: 793         Trans. Date: Mar 10, 2023 10:41AM         Cashier ID: #DM

| CD  | Purpose      | Case/Party/Defendant                                    | Qty | Price  | Amt    |
|-----|--------------|---------------------------------------------------------|-----|--------|--------|
| 111 | Pro Hac Vice | DTXW523LB000000 /001<br>EXECUTIVE OFFICE OF THE CLERK USDC | 1   | 100.00 | 100.00 |

| CD | Tender |          |           | Amt      |
|----|--------|----------|-----------|----------|
| CH | Check  | #220563  | 03/8/2023 | $100.00  |

|                              |          |
|------------------------------|----------|
| Total Due Prior to Payment:  | $100.00  |
| Total Tendered:              | $100.00  |
| Total Cash Received:         | $0.00    |
| Cash Change Amount:          | $0.00    |

**Comments:** 1:23-CV-110 DON HOLLAND V. CRYPTOZOO INC. ET AL.

Clerk, U.S. District Court - Austin Division - 501 West Fifth Street, Suite 1100, Austin, TX 78701 - (512) 916-5896 - www.txwd.uscourts.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Don Holland, individually and on behalf of all
others similarly situated,

-vs-

Cryptozoo Inc., a Delaware Corporation, et al.

Case No. __1:23-cv-110__

## ORDER

BE IT REMEMBERED on this the _____ day of _____, 20____, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by __**Mark G. Arnzen, Jr.**__ ("Applicant"), counsel for __**Danielle Strobel**__ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of __**Danielle Strobel**__ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE