**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

FILED

MAR 1 3 2023

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY

Don Holland, individually and on behalf of all
others similarly situated,

-vs-                                                        Case No.  1:23-cv-110

Cryptozoo Inc., a Delaware Corporation, et al.

## O R D E R

BE IT REMEMBERED on this the **13th** day of **March**, 20**23**, there

was presented to the Court the Motion for Admission *Pro Hac Vice* filed by

**Mark G. Arnzen, Jr.** ("Applicant"), counsel for **Danielle Strobel** and

the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant

may appear on behalf of **Danielle Strobel** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall,

in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00,

made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and

Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall

register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective

until Applicant has complied with all provisions of this Order.

SIGNED this the **13th** day of **March** 20**23**.

_____
UNITED STATES DISTRICT JUDGE