UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DON HOLLAND, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>CRYPTOZOO INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH,<br><br>*Defendants.* | Civil Action No. 1:23-cv-00110-LY |

## STIPULATION TO EXTEND ANSWER DEADLINE OF DEFENDANT DANIELLE STROBEL

Plaintiff Don Holland ("Holland") and Defendant Danielle Strobel ("Strobel") hereby enter into this stipulation to extend Strobel's deadline to move, answer, or otherwise respond to the Complaint as follows:

1. Holland filed his original Complaint in this case on February 2, 2023.

2. This Court's docket states that Strobel was served on February 21, 2023 and that her answer is due March 14, 2023.

3. Holland and Strobel stipulate and agree that Strobel's deadline to move, answer, or otherwise respond to the Complaint is extended by 30 days, up to and including April 13, 2023.

1

**AGREED**:

**ELLZEY & ASSOCIATES, PLLC**

/s/ *Jarrett L. Ellzey*
Jarrett L. Ellzey
Texas Bar No. 24040864
jarrett@ellzeylaw.com
Leigh S. Montgomery
Texas Bar No. 24052214
leigh@ellzeylaw.com
Alexander G. Kykta
Texas Bar No. 24107841
alex@ellzeylaw.com
1105 Milford Street
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

**ATTORNEY TOM & ASSOCIATES**

Tom Kherkher (*pro hac vice* forthcoming)
Texas Bar No. 24113389
tom@attorneytom.com
5909 West Loop South Suite 525
Houston, Texas 77401
Phone: (855) 866-9467

*Attorneys for Plaintiff*

**DINSMORE & SHOHL LLP**

/s/ Mark G. Arnzen, Jr. *
Mark G. Arnzen Jr.
(Admitted *Pro Hac Vice*)
Ohio Bar No. 0081394
Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Tel:  (513) 977-8200
Fax:  (513) 977-8141
Email: mark.arnzen@dinsmore.com

**with permission*

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March 2023, I electronically filed the foregoing document with the Clerk of the U.S. District Court for the Western District of Texas using the Court's CM/ECF system, which will transmit notice to the attorneys of record.

*/s/ Jarrett L. Ellzey*
Jarrett L. Ellzey
