UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DON HOLLAND, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>CRYPTOZOO INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § | Civil Action No. 1:23-cv-00110-LY |

### [PROPOSED] ORDER GRANTING STIPULATION TO EXTEND ANSWER DEADLINE OF DEFENDANT DANIELLE STROBEL

On this day the Court considered the Stipulation to Extend Answer Deadline submitted by Plaintiff Don Holland and Defendant Danielle Strobel, and the Court hereby orders that the parties' request is **GRANTED** and extends the time for Defendant Strobel to answer or otherwise respond to Plaintiff's Complaint from March 14, 2023 until April 13, 2023.

IT IS SO **ORDERED**.

Signed this ____ day of _____, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE