UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DON HOLLAND, individually and on behalf of all others similarly situated, ) ) ) | Case No.: 1:23-cv-110 |
| Plaintiff, ) ) | |
| v. ) ) | **NOTICE OF APPEARANCE OF COUNSEL** |
| CRYPTOZOO INC., A DELAWARE CORPORATION, et al., ) ) ) ) | |
| Defendants. ) | |

Please take notice that Mark G. Arnzen, Jr. of the law firm Dinsmore & Shohl LLP, 255 E. 5th Street, Suite 1900, Cincinnati, OH 45402 hereby enters his appearance in this action as counsel for Defendant Danielle Strobel.

Respectfully submitted,

*/s/ Mark G. Arnzen, Jr.*
Mark Arnzen (Admitted *Pro Hac Vice*)
Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Phone: 513-977-8440
Fax: 513-977-8141
Email: mark.arnzen@dinsmore.com

**Counsel for Defendant Danielle Strobel**

## CERTIFICATE OF SERVICE

      A true and accurate copy of the foregoing was served via the Court's electronic mail system this 14th day of March, 2023 upon the following:

Jarrett L. Ellzey
Ellzey & Associates, PLLC
Leigh S. Montgomery
Alexander G, Kykta
1105 Milford Street
Houston, TX 77006
Phone: 888-650-3931
Email: jarrett@ellzeylaw.com
       leigh@ellzeylaw.com
       alex@ellzeylaw.com

Tom Kherkher
Attorney Tom & Associates
5905 West Loop South, Suite 525
Houston, TX 77401
Phone: 855-866-9467
Email: tom@attorneytom.com

***Attorneys for Plaintiffs***

                                         ***/s/ Mark G. Arnzen, Jr.***
                                         Mark G. Arnzen, Jr. (0081394)