

# U.S. District Court

## Texas Western - Austin

Receipt Date: Apr 11, 2023 2:48PM

DINSMORE AND SHOHL LLP
ATTORNEYS AT LAW
255 EAST FIFTH STREET
SUITE 1900
Cincinnati, OH 45202

Rcpt. No: 863                    Trans. Date: Apr 11, 2023 2:48PM                    Cashier ID: #CR

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 111 | Pro Hac Vice | DTXW523LB000000 /001<br>EXECUTIVE OFFICE OF THE CLERK USDC | 1 | 100.00 | 100.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CH | Check | #221914 | 04/7/2023 | | $100.00 |

| | |
|--|--|
| Total Due Prior to Payment: | $100.00 |
| Total Tendered: | $100.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: 1:23cv110

Clerk, U.S. District Court - Austin Division - 501 West Fifth Street, Suite 1100, Austin, TX 78701 - (512) 916-5896 - www.txwd.uscourts.gov