# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| DON HOLLAND, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>CRYPTOZOO INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH,<br><br>*Defendants.* | Civil Action No. 1:23-cv-00110- LY |

## JOINT MOTION TO EXTEND ANSWER DEADLINE OF DEFENDANT DANIELLE STROBEL

Plaintiff Don Holland ("Holland") and Defendant Danielle Strobel ("Strobel") (collectively, "the Parties") jointly file this motion to extend Strobel's deadline to move, answer, or otherwise respond to the Complaint and respectfully show as follows:

1. Holland filed his original Complaint in this case on February 2, 2023.

2. This Court's docket states that Strobel was served on February 21, 2023 and that her answer was due March 14, 2023.

3. On March 14, 2023, Holland and Strobel stipulated and agreed that Strobel's deadline to move, answer, or otherwise respond to the Complaint was extended by 30 days, up to and including April 13, 2023.

4. On April 3, 2023, Holland and Strobel stipulated and agreed to another extension for Strobel's deadline to move, answer, or otherwise respond to the Complaint up to and including May 19, 2023.

5.   There is good cause for the relief sought by the Parties. The Parties seek this extension so that Strobel's deadline may coincide with the response deadline of other Defendants in this case. Also, the Parties are not seeking a lengthy extension of the deadline but rather a little over month to provide an answer or other motion.

6.   For the foregoing reasons, the Parties respectfully request the Court grant the Parties' Joint Motion to Extend Answer Deadline for Defendant Danielle Strobel.

Respectfully Submitted,

**ELLZEY & ASSOCIATES, PLLC**
*/s/ Jarrett L. Ellzey*\*
Jarrett L. Ellzey
Texas Bar No. 24040864
Leigh S. Montgomery
Texas Bar No. 24052214
Alexander G. Kykta
Texas Bar No. 24107841
1105 Milford Street
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455
Email: jarrett@ellzeylaw.com
       leigh@ellzeylaw.com
       alex@ellzeylaw.com

\*With Permission

**ATTORNEY TOM & ASSOCIATES**
Tom Kherkher (*pro hac vice*)
Texas Bar No. 24113389
5909 West Loop South Suite 525
Houston, Texas 77401
Phone: (855) 866-9467
Email: tom@attorneytom.com

*Attorneys for Plaintiff*

**DINSMORE & SHOHL LLP**
*/s/ Mark G. Arnzen Jr.*
Mark G. Arnzen Jr. (*pro hac vice*)
Ohio Bar No. 0081394
Lindsay K. Gerdes (*pro hac vice* pending)
Ohio Bar No. 0100896
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Phone: (513) 977-8200
Fax: (513) 977-8141
Email: mark.arnzen@dinsmore.com
       lindsay.gerdes@dinsmore.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 12th day of April 2023, I electronically filed the foregoing document with the Clerk of the U.S. District Court for the Western District of Texas using the Court's CM/ECF system, which will transmit notice to the attorneys of record.

                                          */s/ Mark G. Arnzen Jr.*
                                          Mark G. Arnzen Jr.