IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DON HOLLAND, individually and on behalf of all other similarly situated, § § § Plaintiff, § § v. § § CRYPTOZOO INC., a Delaware Corporation, § LOGAN PAUL, DANIELLE STROBEL, § JEFFREY LEVIN, EDUARDO IBANEZ, § JAKE GREENBAUM a/k/a CRYPTO KING, § and OPHIR BENTOV a/k/a BEN ROTH § § Defendants. | Civil Action No. 1:23-cv-110 |

### NOTICE OF APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

**PLEASE TAKE NOTICE** that William B. Mateja, SHEPPARD MULLIN RICHTER & HAMPTON, LLP, 2200 Ross Avenue, Suite 2000, Dallas, Texas 75201, hereby enters his appearance as counsel for Defendant Danielle Strobel in the captioned matter, and states that he is admitted or otherwise authorized to practice in this court.

Dated:  April 12, 2023                         Respectfully Submitted,

                                                         By:  */s/ William B. Mateja*
                                                            William B. Mateja
                                                            Texas Bar No. 13185350
                                                            BMateja@sheppardmullin.com
                                                            SHEPPARD, MULLIN, RICHTER
                                                            & HAMPTON LLP
                                                            2200 Ross Avenue, 20th Floor
                                                            Dallas, Texas 75201
                                                            Tel:  469.391.7400
                                                            Fax: 469.391.7401

                                                            **Counsel for Defendant**
                                                            **Danielle Strobel**

## CERTIFICATE OF SERVICE

    I hereby certify a copy of the above and foregoing has been served upon all counsel of record by using the Court's electronic filing system on April 12, 2023

                                                                           */s/ William B. Mateja*