IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DON HOLLAND, individually and on behalf of all other similarly situated, | § § § | |
| Plaintiff, | § § | Civil Action No. 1:23-cv-110 |
| v. | § § | |
| CRYPTOZOO INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH | § § § § § § | |
| Defendants. | | |

NOTICE OF APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

**PLEASE TAKE NOTICE** that Jonathan E. Clark, SHEPPARD MULLIN RICHTER & HAMPTON, LLP, 2200 Ross Avenue, Suite 2000, Dallas, Texas 75201, hereby enters his appearance as counsel for Defendant Danielle Strobel in the captioned matter, and states that he is admitted or otherwise authorized to practice in this court.

Dated: April 12, 2023

Respectfully Submitted,

By: */s/ Jonathan E. Clark*
Jonathan E. Clark
Texas Bar No. 24069515
JClark@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER
& HAMPTON LLP
2200 Ross Avenue, 20th Floor
Dallas, Texas 75201
Tel: 469.391.7400
Fax: 469.391.7401

**Counsel for Defendant
Danielle Strobel**

### CERTIFICATE OF SERVICE

I hereby certify a copy of the above and foregoing has been served upon all counsel of record by using the Court's electronic filing system on April 12, 2023

*/s/ Jonathan E. Clark*