UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

23 APR 13 AM 11: 14

DON HOLLAND, individually and on behalf
of all others similarly situated,

          *Plaintiff,*

    *vs.*

CRYPTOZOO INC., a Delaware Corporation,
LOGAN PAUL, DANIELLE STROBEL,
JEFFREY LEVIN, EDUARDO IBANEZ,
JAKE GREENBAUM a/k/a CRYPTO KING,
and OPHIR BENTOV a/k/a BEN ROTH,

          *Defendants.*

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No. 1:23-cv-00110-LY

## ORDER GRANTING JOINT MOTION TO EXTEND ANSWER DEADLINE OF DEFENDANT DANIELLE STROBEL

On this day the Court considered Plaintiff Don Holland and Defendant Danielle Strobel's

Joint Motion to Extend Answer Deadline for Defendant Danielle Strobel, and the Court hereby

orders that the parties' request is **GRANTED** and extends the time for Defendant Strobel to answer

or otherwise respond to Plaintiff's Complaint to May 19, 2023.

IT IS SO **ORDERED**.

Signed this ____ day of ____, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE