# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **DON HOLLAND, individually and on behalf of all others similarly situated,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § § | CIVIL ACTION NO.: 1:23-cv-110 |
| **CRYPTOZOO, INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH** | § § § § § § § § | |
| **Defendants.** | § | |

## UNSWORN DECLARATION OF JEFFREY LEVIN

I, Jeffrey Levin, declare as follows:

1. I am over the age of 18, of sound mind, and am competent to make this declaration. The facts stated in this declaration are based on my own personal knowledge, and are true and correct to the best of my knowledge. I would and could competently testify to these facts if called as a witness.

2. I have never lived in the State of Texas. I reside in Los Angeles, California.

3. I have traveled to the State of Texas for a total of less than two weeks in the last approximately ten years. None of those trips related to the "CryptoZoo" game.

4. I have never maintained a business office in the State of Texas.

5. I have never owned or leased any property in the State of Texas.

6. I have never hired any employees in the State of Texas.

7. I have never paid or owed any taxes to the State of Texas or any of its political subdivisions.

8. I have never been required to maintain, or maintained, a registered agent for service in the State of Texas.

9. I have never sued anyone in the State of Texas and, other than this lawsuit, I have never been sued in the State of Texas.

10. I have reviewed the complaint in this action, which refers to a number of statements allegedly made regarding the CryptoZoo game. I did not make any of those statements. To the extent I made any public statement regarding the CryptoZoo game, I did not direct those statements toward residents of Texas.

11. I did not communicate with any Texas residents, including Plaintiff Don Holland, in connection with the CryptoZoo game, knowing that they were Texas residents at the time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May ___, 2023 at Los Angeles, California.

5/18/2023

DocuSigned by:

*Jeff Levin*

EE6EE5C79E74406...

JEFFREY LEVIN