# EXHIBIT 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **DON HOLLAND, individually and on behalf of all others similarly situated,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | **CIVIL ACTION NO.: 1:23-cv-110** |
| **CRYPTOZOO, INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH** | § § § § § § § § | |
| **Defendants.** | § | |

### UNSWORN DECLARATION OF OPHIR BENTOV

I, Ophir Bentov, declare as follows:

1. I am over the age of 18, of sound mind, and am competent to make this declaration. The facts stated in this declaration are based on my own personal knowledge, and are true and correct to the best of my knowledge. I would and could competently testify to these facts if called as a witness.

2. I have never lived or worked in the State of Texas. I reside in Los Angeles, California.

3. I have never traveled to the State of Texas.

4. I have never maintained a business office in the State of Texas.

5. I have never owned or leased any property in the State of Texas.

6. I have never hired any employees in the State of Texas.

7. I have never paid or owed any taxes to the State of Texas or any of its political subdivisions.

8. I have never been required to maintain, or maintained, a registered agent for service in the State of Texas.

9. I have never sued anyone in the State of Texas and, other than this lawsuit, I have never been sued in the State of Texas.

10. I served as a community manager for CryptoZoo forums on online platforms such as Discord, Twitter, and Instagram. In that role, I communicated with members of the public about the CryptoZoo game. I performed this work from my apartment in Los Angeles, California.

11. I have reviewed the complaint in this case. I do not know what statements Plaintiff Don Holland has referred to as "false affirmations," but I did not specifically target Texas residents in connection with any public statements I made about the CryptoZoo game.

12. If I ever communicated with any Texas residents in connection with the CryptoZoo game, I had no knowledge that they were Texas residents at the time. The online platforms I used

in connection with the CryptoZoo game did not display location information for users with whom I interacted.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 18, 2023 at Los Angeles, California.

_____
OPHIR BENTOV