IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DON HOLLAND, individually and on behalf of all others similarly situated, § § § | |
| Plaintiff, § § | |
| § | CIVIL ACTION NO.: 1:23-cv-110 |
| v. § § | |
| CRYPTOZOO, INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH, § § § § § § § § | |
| Defendants. § | |

**[PROPOSED] ORDER GRANTING
DEFENDANTS' CONSOLIDATED MOTION TO DISMISS**

Before the Court is Defendants Logan Paul, Jeffrey Levin, and Ophir Bentov's (collectively, the "Individuals") Consolidated Motion to Dismiss for Lack of Personal Jurisdiction ("Motion"). The Court, having considered the Motion, any Response, and any Reply, and the case file and evidence properly before it, is of the opinion that the Individuals' Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Individuals' Motion is **GRANTED**, and the Complaint of Plaintiff Don Holland, individually and on behalf of all others similarly situated, is hereby **DISMISSED** against the Individuals.

SIGNED on this ___ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE