IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DON HOLLAND, individually and on behalf of
all others similarly situated,

-vs-

Case No. 1:23-cv-110

CRYPTOZOO INC., et al.,

### ORDER

BE IT REMEMBERED on this the <u>22nd</u> day of <u>May</u>, 20<u>23</u>, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by <u>Sarah E. Moses</u> ("Applicant"), counsel for <u>Defs. Paul, Levin, Bentov</u> and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of <u>Defs. Paul, Levin, Bentov</u> in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the <u>22nd</u> day of <u>May</u> 20<u>23</u>.

_____
UNITED STATES DISTRICT JUDGE