## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

**DON HOLLAND, individually and on behalf of
all others similarly situated,**

-vs-

**Case No.**  **1:23-cv-110**

**CRYPTOZOO INC., et al.,**

## O R D E R

BE IT REMEMBERED on this the __22nd__ day of __May__, 20_23_, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by _____ **Brad W. Seiling** _____ ("Applicant"), counsel for __**Defs. Paul, Levin, Bentov**__ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of ____ **Defs. Paul, Levin, Bentov** ____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the __22nd__ day of __May__ 20_23_.

_____
UNITED STATES DISTRICT JUDGE