# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| DON HOLLAND, individually and on behalf of all others similarly situated, | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | Civil Action No. 1:23-cv-00110 |
| CRYPTOZOO INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH, | § § § § § § § | |
| *Defendants*. | § § | |

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS

Before the Court is Defendant Danielle Strobel's Motion to Dismiss for Lack of Personal Jurisdiction [Dkt. 22] ("Motion"). The Court, having considered the Motion, any Response, and any Reply, and the case file and evidence properly before it, is of the opinion that Danielle Strobel's Motion should be DENIED.

IT IS THEREFORE ORDERED that the Motion is DENIED.

SIGNED on this ___ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE