IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DON HOLLAND,<br>　　　*Plaintiff*<br><br>V.<br><br>CRYPTOZOO, INC., LOGAN PAUL,<br>DANIELLE STROBEL, JEFFREY<br>LEVIN, EDUARDO IBANEZ, JAKE<br>GREENBAUM, and OPHIR BENTOV,<br>　　　*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 1:23-CV-00110-DII |

TRANSFER ORDER

**IT IS ORDERED** that the above-styled and numbered cause is **TRANSFERRED** to the Austin Docket of the Honorable Alan D Albright, United States District Judge, for all purposes. Pursuant to the Amended Order Assigning the Business of the Court effective May 25, 2023, the District Clerk shall credit this case to the percentage of business of the receiving Judge.

SIGNED this 7th day of June, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE