AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Don Holland, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>CryptoZoo, Inc., a Delaware Corporation, Logan Paul, Danielle Strobel, Jeffrey Levin, Eduardo Ibanez, Jake Greenbaum a/k/a Crypto King and Ophir Bentov a/k/a Ben Roth,<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-110 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Eduardo Ibanez
> 53 Kings Highway N.
> Westport, CT 06880-3004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jarrett L. Ellzey
> Ellzey & Associates, PLLC
> 1105 Milford Street
> Houston, Texas 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 02/06/2023

*Signature of Clerk or Deputy Clerk*



IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | |
|---|---|
| **Plaintiff / Petitioner:**<br>Don Holland, individually and on behalf of all others similarly situated<br>**Defendant / Respondent:**<br>CRYPTOZOO INC., a Delaware Corporation, § LOGAN PAUL, DANIELLE STROBEL, § JEFFREY LEVIN, § EDUARDO IBANEZ, § JAKE GREENBAUM a/k/a CRYPTO KING, § and OPHIR BENTOV a/k/a BEN ROTH | **AFFIDAVIT OF SERVICE**<br>Index No:<br>1:23-cv-110 |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age. That on Thu, Jun 08 2023 AT 04:50 PM AT 363 Greenwich Ave, Greenwich, CT 06830 deponent served the within SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; EXHIBIT 1; LETTER DATED JAN 27, 2023; ARBITRATION DEMAND; CRYPTOZOO.COM WEBPAGE PRINTOUT; LETTER DATED JAN 27, 2023; ARBITRATION DEMAND; LETTER DATED JAN 24, 2023; ARBITRATION DEMAND on Eduardo Ibanez

[X] **Personal service delivery:** By delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporate service delivery:** By serving the above on _____ a domestic corporation, by delivering a true copy thereof to _____ who is the _____, a person authorized to accept service.

[ ] **Partnership service delivery:** By serving the above on _____ by delivering a true copy thereof to _____ a person authorized to accept service.

[ ] **Substituted service delivery:** By delivering a true copy thereof to _____ a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode.

[ ] **Conspicuous service delivery:** by affixing a true copy of each to the door thereof, the deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat.

[ ] **Mailing:** On deponent enclosed a copy of same in a postage-paid sealed wrapped properly addressed to at _____, First Class Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise. that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.

[X] **Military Service:** Deponent further states upon information and belief that said person so served is not in the Military Service of State of Connecticut or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Successful Attempt: Jun 8, 2023, 4:50 pm EDT at 363 Greenwich Ave, Greenwich, CT 06830 received by Eduardo Ibanez.
Served personally, verbal identification received from the recipient at time of service.

**Description:**
Age: 43    Skin Color: Caucasian    Gender: Male    Weight: 190
Height: 6'    Hair: Gray    Relationship:
Other

_Jimmie Rowlette_    Sworn to before me on 6/14/23

JIMMIE ROWLETTE    Notary Public

[Notary Seal: BRIAN B. RICKS, NOTARY PUBLIC, MY COMMISSION EXPIRES 8/31/2023, STATE OF CONNECTICUT]