**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **DON HOLLAND, individually and on behalf of all others similarly situated,** | § § § § § | |
| **Plaintiff** | § § | |
| **v.** | § § § | **CIVIL ACTION NO.  1:23-cv-110** |
| **CRYPTOZOO, INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH**, | § § § § § § § § § § § | |
| **Defendants.** | § | |

## AGREED MOTION TO STAY CASE ACTIVITIES PENDING MEDIATION

TO THE HONORABLE ALAN D. ALBRIGHT, UNITED STATES DISTRICT JUDGE:

Plaintiff Don Holland and Defendants Logan Paul, Jeffrey Levin, Ophir Bentov, and Danielle Strobel (collectively, the "Parties") file this Agreed Motion to Stay Case Activities Pending Mediation, requesting the Court to stay activities in this case for approximately 90 days, so that the Parties can engage in formal mediation with the aim of resolving all claims against Paul, Levin, Bentov, and Strobel without further litigation. In light of the pending motions to dismiss for lack of personal jurisdiction filed by Paul, Levin, Bentov, and Strobel [Dkt. Nos. 22, 23], these Defendants specially appear for the limited purpose of seeking a stay of proceedings to pursue mediation.

**I.**

Subject to the Court's approval, Plaintiff Holland and Defendants Paul, Levin, Bentov, and Strobel have agreed to stay this case for 90 days to pursue private mediation. A 90-day extension

is necessary to allow the Parties to exchange informal discovery to assist the mediation process, to retain a mediator suitable for this case, and schedule and complete the mediation.

The Parties believe this brief stay would be beneficial so that they can pursue settlement and seek to resolve the case with respect to the Parties without further litigation. Defendants Paul, Levin, Bentov, and Strobel do not intend this agreement to stay the case to constitute a waiver of their objections to personal jurisdiction, which these Defendants have raised in their pending motions to dismiss [Dkt. Nos. 22, 23]. (*See PaineWebber Inc. v. Chase Manhattan Private Bank (Switz.),* 260 F.3d 453, 460–61 (5th Cir. 2001) [defendant that moves to stay has not "waived any objection to personal jurisdiction" "or "submitted to the district court's exercise of personal jurisdiction"].) Plaintiff will not assert that these Defendants' participation in informal discovery, mediation, and requesting this stay constitute a waiver of the arguments raised in Defendants' pending jurisdictional motions, and Plaintiff does not waive the arguments raised in opposition to those motions. In the event the parties can resolve this case through mediation, the Court need not address those pending jurisdictional motions. The remaining defendants have not appeared in the case.

## II.

The Parties will notify the Court after the mediation to advise the Court whether the case has settled.

## PRAYER

Plaintiff Don Holland and Defendants Logan Paul, Jeffrey Levin, Ophir Bentov, and Danielle Strobel respectfully request that the Court grant this Agreed Motion to Stay Case Activities Pending Mediation and enter the accompanying Agreed Order.

Dated: July 28, 2023                          Respectfully submitted,


                                              /s/ Shelby O'Brien
                                              SHELBY O'BRIEN
                                              ENOCH KEVER PLLC
                                              7600 N. Capital of Texas Highway
                                              Building B, Suite 200
                                              Austin, Texas 78731
                                              Telephone: (512) 615-1223
                                              Facsimile: (512) 615-1198
                                              sobrien@enochkever.com

Dated: July 28, 2023                          /s/ Sarah E. Moses
                                              CHRISTOPHER CHATHAM
                                              BRAD W. SEILING
                                              SARAH E. MOSES
                                              BENJAMIN E. STRAUSS
                                              (*Pro Hac Vice*)
                                              MANATT, PHELPS, & PHILLIPS, LLP
                                              2049 Century Park East, Suite 1700
                                              Los Angeles, California 90067
                                              Telephone: (310) 312-4000
                                              Facsimile: (310) 312-4224
                                              cchatham@manatt.com
                                              bseiling@manatt.com
                                              smoses@manatt.com
                                              bstrauss@manatt.com

                                              **Attorneys for Defendants Logan Paul, Jeffrey
                                              Levin, and Ophir Bentov**

/s/ Mark G. Arnzen
Lindsay K. Gerdes
Mark G. Arnzen
Dinsmore & Shohl LLP
255 E. Fifth Street, Suite 1900
Cincinnati, OH 45202
Tel: (513) 977-8200
Fax: (513) 977-1841
Email: lindsay.gerdes@dinsmore.com
Email: mark.arnzen@dinsmore.com

William B. Mateja
Jonathan Clark
Sheppard Mullin Richter & Hampton LLP
2200 Ross Avenue, 20th Fl.
Dallas, TX 75201
Tel: (469) 391-7415
Fax: (469) 391-7559
Email: bmateja@sheppardmullin.com
Email: jclark@sheppardmullin.com

**Attorneys for Defendant Danielle Strobel**

/s/ Jarrett L. Ellzey
Jarrett Lee Ellzey
Leigh S. Montgomery
Alex Kykta
Ellzey & Associates, PLLC
1105 Milford St.
Houston, TX 77006
Tel: (888) 350-3931
Fax: (888) 995-3335
Email: jarrett@ellzeylaw.com
Email: leigh@ellzeylaw.com
Email: alex@ellzeylaw.com

Thomas Kherkher
Kherkher Law Firm, PLLC
5909 West Loop South, Suite 525
Houston, TX 77401
Tel: (713) 244-6363
Email: tom@attorneytom.com

**Attorneys for Plaintiff Don Holland and the
Proposed Class**

-4-

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of July 2023, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of electronic filing to the following CM/ECF registrants:

| | |
|---|---|
| Jarrett Lee Ellzey<br>Leigh S. Montgomery<br>Alex Kykta<br>Ellzey & Associates, PLLC<br>1105 Milford St.<br>Houston, TX 77006<br>Tel: (888) 350-3931<br>Fax: (888) 995-3335<br>Email: jarrett@ellzeylaw.com<br>Email: leigh@ellzeylaw.com<br>Email: alex@ellzeylaw.com<br><br>Thomas Kherkher<br>Kherkher Law Firm, PLLC<br>5909 West Loop South, Suite 525<br>Houston, TX 77401<br>Tel: (713) 244-6363<br>Email: tom@attorneytom.com | Attorneys for Plaintiff Don Holland and the Proposed Class |
| Lindsay K. Gerdes<br>Mark G. Arnzen<br>Dinsmore & Shohl LLP<br>255 E. Fifth Street, Suite 1900<br>Cincinnati, OH 45202<br>Tel: (513) 977-8200<br>Fax: (513) 977-1841<br>Email: lindsay.gerdes@dinsmore.com<br>Email: mark.arnzen@dinsmore.com<br><br>William B. Mateja<br>Jonathan Clark<br>Sheppard Mullin Richter & Hampton LLP<br>2200 Ross Avenue, 20th Fl.<br>Dallas, TX 75201<br>Tel: (469) 391-7415<br>Fax: (469) 391-7559<br>Email: bmateja@sheppardmullin.com<br>Email: jclark@sheppardmullin.com | Attorneys for Defendant Danielle Strobel |

/s/ Sarah E. Moses
Sarah E. Moses