**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **DON HOLLAND, individually and on behalf of all others similarly situated,** | § § § | |
| **Plaintiff** | § § | |
| **v.** | § § § | **CIVIL ACTION NO.  1:23-cv-110** |
| **CRYPTOZOO, INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH,** | § § § § § § § § § | |
| **Defendants.** | § | |

## ORDER GRANTING PLAINTIFF'S AND DEFENDANTS' AGREED MOTION TO STAY CASE ACTIVITIES PENDING MEDIATION

Plaintiff Don Holland and Defendants Logan Paul, Jeffrey Levin, Ophir Bentov, and Danielle Strobel (collectively, the "Parties") filed an Agreed Motion to Stay Case Activities Pending Mediation ("Agreed Motion"). The Court, having considered the Agreed Motion, is of the opinion that it should be Granted.

It is therefore **ORDERED** that the Agreed Motion is **GRANTED** and that this matter is **STAYED** for 90 days until the completion of the Parties' mediation. The Court further **ORDERS** that the Parties notify the Court following the completion of the mediation to advise the Court whether the case has settled.

SIGNED this ___ day of _____ 2023.

_____
Alan D. Albright
United States District Judge