**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **DON HOLLAND, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff**<br><br>**v.**<br><br>**CRYPTOZOO, INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO.  1:23-cv-110** |

**JOINT STATUS REPORT RE: MEDIATION**

TO THE HONORABLE ALAN D. ALBRIGHT, UNITED STATES DISTRICT JUDGE:

Pursuant to the Court's July 28, 2023 Order, Plaintiff Don Holland and Defendants Logan Paul, Jeffrey Levin, Ophir Bentov, and Danielle Strobel (collectively, the "Parties") submit this Joint Status Report Re: Mediation. On October 4, 2023, the Parties engaged in a mediation with Randy Wulff, Esq. The Parties were unable to resolve this matter.

Dated: October 25, 2023

Respectfully submitted,

/s/ Shelby O'Brien
SHELBY O'BRIEN
ENOCH KEVER PLLC
7600 N. Capital of Texas Highway
Building B, Suite 200
Austin, Texas 78731
Telephone: (512) 615-1223
Facsimile: (512) 615-1198
sobrien@enochkever.com

Dated: October 25, 2023

/s/ Sarah E. Moses
CHRISTOPHER CHATHAM
BRAD W. SEILING
SARAH E. MOSES
BENJAMIN E. STRAUSS
(*Pro Hac Vice*)
MANATT, PHELPS, & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
cchatham@manatt.com
bseiling@manatt.com
smoses@manatt.com
bstrauss@manatt.com

**Attorneys for Defendants Logan Paul, Jeffrey Levin, and Ophir Bentov**

/s/ Lindsay K. Gerdes
Lindsay K. Gerdes
Mark G. Arnzen
Dinsmore & Shohl LLP
255 E. Fifth Street, Suite 1900
Cincinnati, OH 45202
Tel: (513) 977-8200
Fax: (513) 977-1841
Email: lindsay.gerdes@dinsmore.com
Email: mark.arnzen@dinsmore.com

William B. Mateja
Jonathan Clark
Sheppard Mullin Richter & Hampton LLP
2200 Ross Avenue, 20th Fl.
Dallas, TX 75201
Tel: (469) 391-7415
Fax: (469) 391-7559
Email: bmateja@sheppardmullin.com
Email: jclark@sheppardmullin.com

**Attorneys for Defendant Danielle Strobel**

/s/ Jarrett Lee Ellzey
Jarrett Lee Ellzey
Leigh S. Montgomery
Alex Kykta
Ellzey & Associates, PLLC
1105 Milford St.
Houston, TX 77006
Tel: (888) 350-3931
Fax: (888) 995-3335
Email: jarrett@ellzeylaw.com
Email: leigh@ellzeylaw.com
Email: alex@ellzeylaw.com

Thomas Kherkher
Kherkher Law Firm, PLLC
5909 West Loop South, Suite 525
Houston, TX 77401
Tel: (713) 244-6363
Email: tom@attorneytom.com

**Attorneys for Plaintiff Don Holland and the Proposed Class**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of October 2023, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of electronic filing to the following CM/ECF registrants:

| | |
|---|---|
| Jarrett Lee Ellzey<br>Leigh S. Montgomery<br>Alex Kykta<br>Ellzey & Associates, PLLC<br>1105 Milford St.<br>Houston, TX 77006<br>Tel: (888) 350-3931<br>Fax: (888) 995-3335<br>Email: jarrett@ellzeylaw.com<br>Email: leigh@ellzeylaw.com<br>Email: alex@ellzeylaw.com<br><br>Thomas Kherkher<br>Kherkher Law Firm, PLLC<br>5909 West Loop South, Suite 525<br>Houston, TX 77401<br>Tel: (713) 244-6363<br>Email: tom@attorneytom.com | Attorneys for Plaintiff Don Holland and the Proposed Class |
| Lindsay K. Gerdes<br>Mark G. Arnzen<br>Dinsmore & Shohl LLP<br>255 E. Fifth Street, Suite 1900<br>Cincinnati, OH 45202<br>Tel: (513) 977-8200<br>Fax: (513) 977-1841<br>Email: lindsay.gerdes@dinsmore.com<br>Email: mark.arnzen@dinsmore.com<br><br>William B. Mateja<br>Jonathan Clark<br>Sheppard Mullin Richter & Hampton LLP<br>2200 Ross Avenue, 20th Fl.<br>Dallas, TX 75201<br>Tel: (469) 391-7415<br>Fax: (469) 391-7559<br>Email: bmateja@sheppardmullin.com<br>Email: jclark@sheppardmullin.com | Attorneys for Defendant Danielle Strobel |

/s/ Sarah E. Moses
Sarah E. Moses

-4-