**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

DON HOLLAND, individually and on behalf of all
others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation,
LOGAN PAUL, DANIELLE STROBEL, JEFFREY
LEVIN, EDUARDO IBANEZ, JAKE
GREENBAUM a/k/a CRYPTO KING, and OPHIR
BENTOV a/k/a BEN ROTH,

Defendants.
_____/

Civil Action No. 1:23-cv-110

**UNOPPOSED MOTION TO SUBSTITUTE COUNSEL AND
STAY PROCEEDINGS ON DEFENDANT PAUL'S MOTION TO DISMISS**

The law firms of Manatt, Phelps & Phillips LLP ("Manatt"), Kozyak Tropin &
Throckmorton LLP ("Kozyak Tropin"), Marcus Neiman Rashbaum & Pineiro ("MNR"), and
Defendant Logan Paul move to substitute Kozyak Tropin and MNR as counsel of record for
Defendant Logan Paul. Should the Court grant this motion, Defendant Paul will be represented by
Benjamin Widlanski, Tal Lifshitz, Rachel Sullivan, and Jeffrey Leavitt of Kozyak Tropin and
Jeffrey A. Neiman and Jason Mays of MNR, whose firm addresses and other contact information
are set forth below.

Defendant Paul, Kozyak Tropin, and MNR also respectfully request that the Court hold
Defendants Logan Paul, Jeffrey Levin, and Ophir Bentov's motion to dismiss for lack of personal
jurisdiction [D.E. 23, 33, 36] (the "Motion") in abeyance as to Mr. Paul only, as Mr. Paul intends
to withdraw the Motion as to him and consent to jurisdiction once his new attorneys have been

1

instated. This will also allow Mr. Paul's new attorneys time to confer with their client, familiarize themselves with the docket and proceedings in this case to date, prepare a litigation strategy moving forward, and move for admission *pro hac vice*. Finally, Defendant Paul requests 45 days to answer Plaintiff's Complaint.

Manatt will remain counsel of record for Defendants Jeffrey Levin and Ophir Bentov. Mr. Levin and Mr. Bentov do not consent to personal jurisdiction in this Court, do not intend to withdraw the Motion as to them, and respectfully request a ruling on the Motion as to their personal jurisdiction arguments as soon as the Court's schedule permits.

Mr. Paul's counsel has conferred with Plaintiff's counsel, who do not oppose the relief sought herein.

A proposed order granting substitution of counsel, relieving Manatt of any further duties, responsibilities, or obligations to Defendant Paul, and granting all other relief requested herein is attached as **Exhibit A**.

WHEREFORE, Defendant Logan Paul, Kozyak Tropin, MNR, and Manatt respectfully request that the Court enter an order substituting Kozyak Tropin and MNR for Manatt as counsel for Defendant Paul. Defendant Paul requests that the Court hold the motion to dismiss for lack of personal jurisdiction in abeyance as to Paul only and allow Mr. Paul 45 days to file an answer to Plaintiff's Complaint and therefore consent to this Court's jurisdiction.

Dated: November 15, 2023

| /s/ *Benjamin J. Widlanski* | /s/ *Sarah E. Moses* |
|---|---|
| Benjamin J. Widlanski, Esq. | Christopher Chatham |
| Email: bwidlanski@kttlaw.com | cchatham@manatt.com |
| Tal Lifshitz, Esq. | Brad W. Seiling |
| Email: tjl@kttlaw.com | bseiling@manatt.com |
| Rachel Sullivan, Esq. | Sarah E. Moses |
| Email: rs@kttlaw.com | smoses@manatt.com |
| Jeffrey Leavitt, Esq. | Benjamin E. Strauss |

| | |
|---|---|
| jleavitt@kttlaw.com<br>**KOZYAK TROPIN & THROCKMORTON LLP**<br>2525 Ponce de Leon Blvd., 9th Floor<br>Miami, Florida 33134<br>Telephone: (305) 372-1800<br>Facsimile: (305) 372-3508<br>Jeffrey A. Neiman<br>Email: jneiman@mnrlawfirm.com<br>Jason L. Mays<br>Email: jmays@mnrlawfirm.com<br>**Marcus Neiman Rashbaum & Pineiro**<br>2 S. Biscayne Boulevard, Ste 2530<br>Miami, Florida 33131<br>Telephone: (954) 462-1200<br><br>*Counsel for Defendant Logan Paul* (motions for admission *pro hac vice forthcoming*) | bstrauss@manatt.com<br>**MANATT, PHELPS & PHILLIPS, LLP**<br>2049 Century Park East, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 312-4000<br>Facsimile: (310) 312-4224<br><br>*Counsel for Defendants Paul, Levin, and Bentov* (admitted *pro hac vice*) |
| */s/ Shelby O'Brien*<br>Shelby O'Brien<br>**ENOCH KEVER PLLC**<br>7600 N. Capital of Texas Highway<br>Building B, Suite 200<br>Austin, Texas 78731<br>Telephone: (512) 615-1223<br>Facsimile: (512) 615-1198<br>sobrien@enochkever.com<br><br>*Counsel for Defendants Paul, Levin, and Bentov*<br>(admitted to Western District of Texas) | |

**<ins>CERTIFICATE OF SERVICE</ins>**

I hereby certify a copy of the above and foregoing has been served upon all counsel of record by using the Court's electronic filing system on the 15th day of November 2023.

*/s/ Shelby O'Brien*
Shelby O'Brien