**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

DON HOLLAND, individually and on behalf of all
others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation,
LOGAN PAUL, DANIELLE STROBEL, JEFFREY
LEVIN, EDUARDO IBANEZ, JAKE
GREENBAUM a/k/a CRYPTO KING, and OPHIR
BENTOV a/k/a BEN ROTH,

Defendants.

_____/

Civil Action No. 1:23-cv-110

**ORDER GRANTING UNOPPOSED
MOTION TO SUBSTITUTE COUNSEL AND STAY
PROCEEDINGS ON DEFENDANT PAUL'S MOTION TO DISMISS**

THIS CAUSE is before the Court upon the Unopposed Motion to Substitute Counsel and

Stay Proceedings on Defendants Logan Paul, Jeffrey Levin, and Ophir Bentov's Motion to

Dismiss, filed on November 15, 2023 [ECF No. 40]. The Court has carefully considered the

Motion, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED**

as follows:    The Unopposed Joint Motion to Substitute Counsel and Stay Proceedings on

Defendants' Motion to Dismiss, filed on November 15, 2023 [ECF No. 40], is **GRANTED** as

to Mr. Paul only.

2.    Christopher Chatham, Brad W. Seiling, Sarah E. Moses, and Benjamin E. Strauss

of Manatt, Phelps & Phillips, LLP are hereby granted leave to withdraw as counsel for Defendant

Logan Paul.  Benjamin J. Widlanski, Tal Lifshitz, Rachel Sullivan, and Jeffrey Leavitt of the law

firm Kozyak Tropin & Throckmorton LLP and Jeffrey A. Neiman and Jason L. Mays of Marcus

Neiman Rashbaum & Pineiro, LLP are hereby substituted as counsel for Defendant Logan Paul.

Manatt will remain counsel of record for Defendants Jeffrey Levin and Ophir Bentov.

3.      Defendants' motion to dismiss [ECF No. 23] is held in abeyance as to Mr. Paul only.

The Motion remains pending as to Mr. Levin and Mr. Bentov.

4.      Defendant Paul may file an answer to the Complaint on or before 45 days from the

date of this Order.

SIGNED this 16th day of November, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE