UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DON HOLLAND, individually and on behalf of
all others similarly situated,

-vs-

Case No.:   1:23-cv-110

CRYPTOZOO INC., a Delaware Corporation,
et al.

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____**Benjamin J. Widlanski**_____, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent _____**Defendant, Logan Paul**_____ in this case, and would respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)

**Kozyak Tropin & Throckmorton, LLP**

with offices at

| | |
|---|---|
| Mailing address: | **2525 Ponce de Leon Blvd., 9th Floor** |
| City, State, Zip Code: | **Miami, FL 33134** |
| Telephone: | **305-372-1800** |
| Facsimile: | **305-372-3508** |
| Email: | **bwidlanski@kttlaw.com** |

2.    Since _____**2018**_____, Applicant has been and presently is a member of and in good standing with the Bar of the State of _____**Florida**_____ Applicant's bar license number is _____**110644**_____.

3.    Applicant has been admitted to practice before the following courts:

Court:                                               Admission date:

**see attached list-court admissions**        _____

_____        _____

_____        _____

_____        _____

4.    Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

**N/A**_____

_____

5.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

**N/A**_____

_____

6.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**N/A**_____

7.    Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8.    Select one:

☐    Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

☑    Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel:    **Shelby L. O'Brien, Enoch Kever PLLC**

Mailing address:    **7600 N. Capital of Texas Hwy, Bldg. B, Suite 200**

City, State, Zip Code:    **Austin, Texas 78731**

Telephone:    **(512) 615-1225**

9.    Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10.    Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____ **Benjamin J. Widlanski** _____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

_____ **Benjamin J. Widlanski** _____

[printed name of Applicant]

_____

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the **16th** day of _____ **November** _____, ____ **2023** ____.

_____ **Benjamin J. Widlanski** _____

[printed name of Applicant]

_____

[signature of Applicant]

- 4 -

**EXHIBIT A**

| BENJAMIN J. WIDLANSKI<br><br>Court Admissions | |
| --- | --- |
| Bar and Court Admissions | Date Admitted |
| The Florida Bar<br>#1010644 | 09/24/2018 |
| New York State Bar<br>Registration #/Bar Roll 4586293 | 04/24/2008 |
| United States Court of Appeals for the Second Circuit | 03/04/2020 |
| United States Court of Appeals for the Eleventh Circuit | 05/02/2023 |
| USDC Southern District of Florida | 11/02/2018 |
| USDC Middle District of Florida | 11/08/2018 |
| USDC Southern District of New York | 04/07/2020 |
| USDC Western District of New York | 01/04/2019 |
| USDC Northern District of New York | 07/19/2022 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**DON HOLLAND, individually and on behalf of
all others similarly situated,**

-vs-

**CRYPTOZOO INC., a Delaware Corporation,
et al.**

Case No.  **1:23-cv-110**

## O R D E R

BE IT REMEMBERED on  this  the _____ day of _____, 20____, there was  presented  to  the  Court  the  Motion  for  Admission  *Pro  Hac  Vice*  filed  by ____**Benjamin J. Widlanski**____ ("Applicant"), counsel for ____**Defendant, Logan Paul**____ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of _____**Defendant, Logan Paul**_____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE