**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

DON HOLLAND, individually and on behalf of all other
similarly situated,
                    Plaintiff,

-vs-

**Case No.:** ___1:23-cv-110___

CRYPTOZOO INC., a Delaware Corporation, LOGAN PAUL,
DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO
IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and
OPHIR BENTOV a/k/a BEN ROTH
                    Defendants.

**MOTION FOR ADMISSION *PRO HAC VICE***

TO THE HONORABLE JUDGE OF SAID COURT:

Comes   now   ___Jeffrey A. Neiman_____,   applicant   herein,   and

moves this Court to grant admission to the United States District Court for the Western District of

Texas *pro hac vice* to represent ___Logan Paul_____ in this case, and would

respectfully show the Court as follows:

1.      Applicant is an attorney and a member of the law firm (or practices under the name of)

___Marcus Neiman Rashbaum & Piniero LLP_____,

with offices at

            **Mailing address:**        ___100 Southeast Third Ave, Suite 805_____

            **City, State, Zip Code:**        ___Ft. Lauderdale FL, 33394_____

            **Telephone:**        ___954-462-1200_____

            **Facsimile:**        _____

            Email:        ___jneiman@mnrlawfirm.com_____

2. Since _____Jeffrey A. Neiman_____, Applicant has been and presently is a member of and in

good standing with the Bar of the State of _____Florida_____.

Applicant's bar license number is _____544469_____.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| U.S. Tax Court | 8/30/2011 |
| Southern District of Florida | 4/5/2011 |
| Middle District of Florida | 2011 |
| U.S. Court of Appeals 11th Circuit | 8/8/2013 |
| U.S. Court of Appeals 9th Circuit | 8/23/2018 |
| D.C. Bar | 9/10/2020 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

N/A

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

7.   Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8.   Select one:

☐   Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

☑   Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

| | |
|---|---|
| Co-counsel: | **Shelby L. O'Brien, Enoch Kever PLLC** |
| Mailing address: | **7600 N. Capital of Texas Hwy, Bldg. B, Suite 200** |
| City, State, Zip Code: | **Austin, Texas 78731** |
| Telephone: | **(512) 615-1225** |

9.   Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10.  Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_Jeffrey A. Neiman_____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

_Jeffrey A. Neiman_____
[printed name of Applicant]

_____
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 16th    day of _____November_____, __2023_____ .

_Jeffrey A. Neiman_____
[printed name of Applicant]

_____
[signature of Applicant]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**DON HOLLAND, individually and on behalf of**
**all others similarly situated,**

    -vs-

**CRYPTOZOO INC., a Delaware Corporation,**
**et al.**

Case No.  **1:23-cv-110**

**O R D E R**

    BE IT REMEMBERED on this the _____ day of _____, 20____, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Jeffrey A. Neiman** ("Applicant"), counsel for **Defendant Logan Paul** and the Court, having reviewed the motion, enters the following order:

    IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Defendant Logan Paul** in the above case.

    IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

    IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

    IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

    SIGNED this the _____ day of _____ 20____.

_____

UNITED STATES DISTRICT JUDGE