**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**DON HOLLAND, individually and on behalf of**
**all others similarly situated,**

-vs-                                                                Case No.:    **1:23-cv-110**

**CRYPTOZOO INC., a Delaware Corporation, et**
**al.,**

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____**Tal J. Lifshitz**_____, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent _____**Defendant Logan Paul**_____ in this case, and would respectfully show the Court as follows:

1.      Applicant is an attorney and a member of the law firm (or practices under the name of)

        **Kozyak Tropin & Throckmorton LLP**                                            ,

with offices at

        Mailing address:        **2525 Ponce de Leon Blvd., 9th Floor**

        City, State, Zip Code:        **Coral Gables, Florida, 33134**

        Telephone:        **305-372-1800**

        Facsimile:        **305-372-3508**

        Email:        **Tjl@kttlaw.com**

2.    Since _____ **2012** _____, Applicant has been and presently is a member of and in good standing with the Bar of the State of _____ **Florida** _____.

Applicant's bar license number is _____ **99519** _____.

3.    Applicant has been admitted to practice before the following courts:

Court:                                                      Admission date:

**See court admissions list attached**              _____

_____              _____

_____              _____

_____              _____

4.    Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

**N/A** _____

_____

5.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

**N/A** _____

_____

6.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**N/A** _____

7.      Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8.      Select one:

☐      Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

☑      Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel:            **Shelby L. O'Brien, Enoch Kever PLLC**

Mailing address:       **7600 N. Capital of Texas Hwy, Bldg. B, Suite 200**

City, State, Zip Code:    **Austin, Texas 78731**

Telephone:             **(512) 615-1225**

9.      Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10.     Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

**Tal J. Lifshitz** to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

**Tal J. Lifshitz**
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 16th day of **November**, **2023**.

**Tal J. Lifshitz**
[printed name of Applicant]

[signature of Applicant]

- 4 -

## EXHIBIT A

| TAL J. LIFSHITZ | |
|---|---|
| Bar and Court Admissions | Date Admitted |
| The Florida Bar (#99519) | 09/28/2012 |
| USDC Southern District of Florida | 01/15/2014 |
| USDC Middle District of Florida | 03/11/2014 |
| USDC Northern District of Florida | 05/24/2021 |
| United States District Court, District of New Jersey | 05/21/2021 |
| US Court of Appeals for the Second Circuit | 01/13/2022 |
| US Court of Appeals for the Tenth Circuit | 02/14/2022 |
| US Court of Appeals for the Eleventh Circuit | 08/18/2021 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**DON HOLLAND, individually and on behalf of**
**all others similarly situated,**

_____

**-vs-**                                                          Case No.   **1:23-cv-110**          _____

**CRYPTOZOO INC., a Delaware Corporation, et**
**al.,**

_____

## O R D E R

BE IT REMEMBERED on this the _____ day of _____, 20____, there was presented to the Court the Motion for Admission _Pro Hac Vice_ filed by _____**Tal J. Lifshitz**_____ ("Applicant"), counsel for _____**Defendant Logan Paul**_____ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission _Pro Hac Vice_ is GRANTED, and Applicant may appear on behalf of _____**Defendant Logan Paul**_____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  **Clerk, U.S. District Court.**

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's _Pro Hac Vice_ status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE