**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**FILED**

November 17, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ klw
DEPUTY

**DON HOLLAND, individually and on behalf of**
**all others similarly situated,**

-vs-

**CRYPTOZOO INC., a Delaware Corporation,**
**et al.**

Case No.  **1:23-cv-110**

**O R D E R**

BE IT REMEMBERED on this the ___16th___ day of ___November___, 20 _23_, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by _____**Jeffrey A. Neiman**_____ ("Applicant"), counsel for _____**Defendant Logan Paul**_____ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of _____**Defendant Logan Paul**_____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the ___17th___ day of ___November___ 20 _23_.

_____
UNITED STATES DISTRICT JUDGE