**FILED**

November 17, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ klw _____
DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

DON HOLLAND, individually and on behalf of
all others similarly situated,

-vs-

CRYPTOZOO INC., a Delaware Corporation, et
al.,

Case No.  **1:23-cv-110**

## O R D E R

BE IT REMEMBERED on this the ___16th___ day of ___November___, 20_23_, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by ___**Tal J. Lifshitz**___ ("Applicant"), counsel for ___**Defendant Logan Paul**___ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of ___**Defendant Logan Paul**___ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the ___17th___ day of ___November___ 20_23_.

_____
UNITED STATES DISTRICT JUDGE