**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**


DON HOLLAND, individually and on behalf of all
others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation,
LOGAN PAUL, DANIELLE STROBEL, JEFFREY
LEVIN, EDUARDO IBANEZ, JAKE
GREENBAUM a/k/a CRYPTO KING, and OPHIR
BENTOV a/k/a BEN ROTH,

Defendants.

_____/

Civil Action No. 1:23-cv-110

**DEFENDANT LOGAN PAUL'S *UNOPPOSED* MOTION FOR**
**EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT**

Defendant Logan Paul requests an extension of time to file an Answer to Plaintiff's Complaint [D.E. 1], up to and including Tuesday, January 9, 2024, on the grounds set forth below. Plaintiff Don Holland does not oppose the relief sought herein.

1.      The Court granted Defendant Logan Paul's Unopposed Motion to Substitute Counsel and Stay Proceedings on Defendant Paul's Motion to Dismiss on November 16, 2023 [D.E. 41] (the "Order"). The Order gave Mr. Paul 45 days to answer the Complaint, making his Answer due on or before Tuesday, January 2, 2024.

2.      Due to competing deadlines in other cases and the upcoming holidays, and to afford Mr. Paul time to respond to the allegations in Plaintiff's Complaint, Mr. Paul seeks a brief extension of time to file and serve his Answer, up to and including Tuesday, January 9, 2024.

3.      A proposed order granting the requested relief has been submitted with this Motion.

WHEREFORE, Mr. Paul respectfully requests that the Court enter an order granting him an extension of time to file his Answer, up to and including Tuesday, January 9, 2024.

## CERTIFICATION PURSUANT TO LOCAL RULE CV-7(g)

I HEREBY CERTIFY that counsel for Mr. Paul has conferred with counsel for Plaintiff, who have represented that they do not oppose Mr. Paul's request for an extension of time.

| | |
|---|---|
| /s/ *Benjamin J. Widlanski*<br>Benjamin J. Widlanski, Esq.<br>Email: bwidlanski@kttlaw.com<br>Tal Lifshitz, Esq.<br>Email: tjl@kttlaw.com<br>Rachel Sullivan, Esq.<br>Email: rs@kttlaw.com<br>Jeffrey Leavitt, Esq.<br>jleavitt@kttlaw.com<br>**KOZYAK TROPIN & THROCKMORTON LLP**<br>2525 Ponce de Leon Blvd., 9th Floor<br>Miami, Florida 33134<br>Telephone: (305) 372-1800<br>Facsimile: (305) 372-3508<br><br>*Counsel for Defendant Logan Paul* (admitted *pro hac vice*) | /s/ *Jeffrey Neiman*<br>Jeffrey Neiman<br>jneiman@mnrlawfirm.com<br>Jason L. Mays<br>jmays@ mnrlawfirm.com<br>**MARCUS, NEIMAN, RASHBAUM & PINEIRO LLP**<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Suite 2530<br>Miami, Florida 33131<br>Telephone: (305) 400-4260<br><br>*Counsel for Defendants Paul* (admitted *pro hac vice*) |
| /s/ *Shelby O'Brien*<br>Shelby O'Brien<br>**ENOCH KEVER PLLC**<br>7600 N. Capital of Texas Highway<br>Building B, Suite 200<br>Austin, Texas 78731<br>Telephone: (512) 615-1223<br>Facsimile: (512) 615-1198<br>sobrien@enochkever.com<br>*Counsel for Defendants Paul,*<br>*Levin, and Bentov*<br>(admitted to Western District of Texas) | |

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of the above and foregoing has been served upon all counsel of

record by using the Court's electronic filing system on the 20th day of December 2023.

/s/ Shelby O'Brien
Shelby O'Brien