**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

DON HOLLAND, individually and on behalf of all
others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation,
LOGAN PAUL, DANIELLE STROBEL, JEFFREY
LEVIN, EDUARDO IBANEZ, JAKE
GREENBAUM a/k/a CRYPTO KING, and OPHIR
BENTOV a/k/a BEN ROTH,

Defendants.

_____/

Civil Action No. 1:23-cv-110

**ORDER GRANTING DEFENDANT LOGAN PAUL'S MOTION
FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

This cause came before the Court upon Defendant Logan Paul's Unopposed Motion for Extension of Time to Answer Plaintiff's Complaint (the "Motion"). Upon the Court's consideration of the Motion, and being otherwise fully advised in the premises, it is

ORDERED and ADJUDGED that the Motion is GRANTED. Mr. Paul will file an Answer to Plaintiff's Complaint on or before Tuesday, January 9, 2024.

DONE and ORDERED in Chambers at on this _____ day of _____, 2023.

_____
THE HONORABLE ALAN D. ALBRIGHT
U.S. DISTRICT COURT JUDGE

Copies to counsel via CM/ECF