**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| DON HOLLAND, individually and on behalf of all others similarly situated, | ) ) ) | Case No.: 1:23-cv-110 |
| Plaintiff, | ) ) | |
| v. | ) ) | **NOTICE OF APPEARANCE OF** |
| CRYPTOZOO INC., A DELAWARE CORPORATION, et al., | ) ) ) | **COUNSEL** |
| Defendants. | ) ) ) | |

Please take notice that Lindsay K. Gerdes of the law firm Dinsmore & Shohl LLP, 255 E. 5th Street, Suite 1900, Cincinnati, OH 45402 hereby enters her appearance in this action as counsel for Defendant Danielle Strobel.

Respectfully submitted,


**/s/ Lindsay K. Gerdes**
Mark Arnzen (Admitted *Pro Hac Vice*)
Lindsay K. Gerdes (Admitted *Pro Hac Vice*)
Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Phone: 513-977-8440
Fax: 513-977-8141
Email: mark.arnzen@dinsmore.com
          lindsay.gerdes@dinsmore.com

***Counsel for Defendant Danielle Strobel***

**CERTIFICATE OF SERVICE**

A true and accurate copy of the foregoing was served via the Court's electronic mail system this 5th day of January, 2024 upon all counsel of record.

*/s/ Lindsay K. Gerdes*
Lindsay K. Gerdes (Admitted *Pro Hac Vice*)