## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| DON HOLLAND, individually and on behalf of all others similarly situated, | §<br>§<br>§<br>§ | |
| *Plaintiff*, | §<br>§ | Civil Action No. 1:23-cv-00110 |
| vs. | §<br>§ | JURY TRIAL DEMANDED |
| CRYPTOZOO INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| *Defendants*. | §<br>§<br>§ | |

## ORDER GRANTING PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT

On this day, the Court considered Plaintiff's Opposed Motion for Leave to File First Amended Class Action Complaint. The Court, having considered the Motion, any responses or replies in opposition, and the record before it, finds that the Motion is meritorious and should be GRANTED.

It is SO ORDERED, that the Plaintiffs listed in Exhibit A be added as Plaintiffs to the case, that Exhibit A to the Motion be entered as Plaintiffs' operative pleading, and Defendants' deadline to respond to the pleading is fourteen (14) days after the signing of this Order.

Signed this _____ day of _____, 2024.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE