IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DON HOLLAND, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>CRYPTOZOO INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH,<br><br>*Defendants*. | Civil Action No. 1:23-cv-00110<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING PLAINTIFF'S AMENDED OPPOSED MOTION FOR LEAVE TO FILE AMENDED CLASS ACTION COMPLAINT

On this day, the Court considered Plaintiff's Amended Opposed Motion for Leave to File Amended Class Action Complaint. The Court, having considered the Amended Motion, any responses or replies in opposition, and the record before it, finds that the Amended Motion is meritorious and should be **GRANTED**.

It is therefore **ORDERED** that:

- Plaintiffs' First Amended Class Action Complaint, attached as Exhibit A to the Amended Motion, be entered as Plaintiffs' operative pleading;

- The additional plaintiffs enumerated in Exhibit A be added as Plaintiffs to the case; and

- Defendants' deadline to respond to the amended pleading is fourteen (14) days after the signing of this Order.

Signed this _____ day of _____, 2024.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE