# Exhibit 2

A thumb drive containing the audio file for this exhibit has been submitted to the Court in this matter and is available upon request.