# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

DON HOLLAND, individually and on behalf of all others similarly situated, §§§§§

   *Plaintiff*, §§§

  vs. §§§

CRYPTOZOO INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH, §§§§§§§§

   *Defendants*. §§

Civil Action No. 1:23-cv-00110

JURY TRIAL DEMANDED

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

Plaintiff Don Holland, individually and on behalf of all others similarly situated, files this Unopposed Motion for Leave to Exceed Page Limitation of his Reply in support of his motion for leave [Dkt. 60, "Motion"] to file his First Amended Class Action Complaint [Dkt. 60.1] and respectfully requests that the Court allow him to combine the page limits entitled to reply to each Defendant in his combined Reply attached hereto as **Exhibit 1**. Alternatively, Plaintiff respectfully requests the Court's leave to exceed the page limitation applicable to his Reply by 7 pages for a total of 12 pages (exclusive of the caption, table of contents and authorities, signature block, certificates, and exhibits), and respectfully shows the Court as follows:

1.  Defendants' three Responses [Dkts. 61-63] oppose Plaintiff's motion for leave to file an Amended Class Action Complaint [Dkt. 60]. Due to the nature and evidence at issue, and the fact that there are three separate Responses to reply to, Plaintiff's Reply cannot be completed within the five (5) page limit for case management motions under Local Rule CV-7(e).

2.      The 12-page combined Reply in support of Plaintiff's Motion for Leave [Dkt. 60] is necessary to adequately provide supporting authorities, relevant facts, and argument, and thoroughly reply to each Defendants' arguments. Counsel has endeavored to present their arguments in the most concise manner possible, and this Motion is not made to overly burden the Court or the parties.

3.      Defendants are not opposed to the relief sought herein. A proposed Order has been filed contemporaneously with this Motion.

WHEREFORE, Plaintiff prays that the Court grant this Motion and for such other relief to which he may be entitled.

[Signature block on next page.]

Respectfully submitted,

*/s/ Jarrett L. Ellzey*

**ELLZEY & ASSOCIATES, PLLC**
Jarrett L. Ellzey
Texas Bar No. 24040864
jarrett@ellzeylaw.com
Leigh S. Montgomery
Texas Bar No. 24052214
leigh@ellzeylaw.com
Alexander G. Kykta
Texas Bar No. 24107841
alex@ellzeylaw.com
1105 Milford Street
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

**ATTORNEY TOM & ASSOCIATES**
Tom Kherkher
Texas Bar No. 24113389
tom@attorneytom.com
5909 West Loop South Suite 525
Houston, Texas 77401
Phone: (855) 866-9467

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 5, 2024, Plaintiff's counsel sent an email to Defendants' counsel asking if they were opposed to this Motion for Leave to Exceed Page Limitations. Defendants are unopposed.

*/s/ Jarrett L. Ellzey*
Jarrett L. Ellzey

# CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Civil Procedure 5(d). I hereby certify that on February 5, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record. I further certify that the foregoing has been served this document on all counsel of record in a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

 */s/ Jarrett L. Ellzey*
Jarrett L. Ellzey