**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| DON HOLLAND, individually and on behalf of all others similarly situated, | § § § | |
| *Plaintiff*, | § § § | Civil Action No. 1:23-cv-00110 |
| vs. | § § § | JURY TRIAL DEMANDED |
| CRYPTOZOO INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH, | § § § § § § § § | |
| *Defendants*. | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED
PAGE LIMITATION**

On this day, the Court considered Plaintiff's Unopposed Motion for Leave to Exceed Page Limitation for his Reply in Support of Plaintiff's Amended Opposed Motion for Leave to File Second Amended Class Action Complaint. ECF No. 64. The Court, having considered the Motion, any opposition, and the record before it, finds that the Motion is meritorious and should be GRANTED.

It is SO ORDERED, that Exhibit 1 to Plaintiff's Unopposed Motion for Leave to Exceed Page Limitation should be docketed as Plaintiff's Reply to each Defendants' Response [ECF Nos. 61, 62, 63] to Plaintiff's Amended Opposed Motion for Leave to File Second Amended Class Action Complaint. ECF No. 60.

Signed this 6th day of February , 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE