## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
WESTERN District of Texas

Case Number: 23-CV-110 ADA

Plaintiff:
**LOGAN PAUL**
vs.
Defendant:
**EDUARDO IBANEZ**



POP2024058939

For: Jeffrey J. Leavitt, Esq.
KOZYAK TROPIN & THROCKMORTON LLP

Received by Priority One Process Service, Inc. on the 6th day of March, 2024 at 11:30 am to be served on **EDUARDO IBANEZ, 20 GREENE STREET, APT. #4 A, NEW YORK, NY 10013**. I, _Andre Meisel_, being duly sworn, depose and say that on the _7th_ day of _March_, 20_24_ at _9:18_ Am., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, ANSWER, AFFIRMATIVE DEFENSES, AND CROSSCLAIM AGAINST EDUARDO IBANEZ AND JAKE GREENBAUM A/K/A CRYPTO KING** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: by delivering a true copy of the above referenced documents, with the date and hour of service endorsed thereon by me and informing said person of the contents within.

(X) SUBSTITUTE SERVICE: by delivering a true copy, with the date and hour of service endorsed thereon by me to _Mr. Charles_ who is 15 years of age or older, as _Coresident_ and informing said person of the contents within in accordance with FS 48.031 (1) (a).

( ) POSTED by attaching a true copy of the above referenced documents with the date and hour of service endorsed thereon by me, to a conspicuous place on the property of the within named person's RESIDENCE at the above address after making two attempts, not less than six hours apart. The first attempt was on _____ at _____ and a second attempt of service on _____ at _____.

( ) NONSERVICE: For the reason detailed in the Comments below.

MilitaryStatus: ()Yes or ( )No
Marital Status ( ) Married or ( )Single - If Married Name of Spouse _____

COMMENTS: _Recipient Description - Recipient refused first name Age 40, male, Brown skin, 145-155lbs, 5'6" - 5'8", Black hair_

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. "Under Penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true."

Sworn to (or affirmed) and subscribed before me on the _15Th_ day of _March 2024_ by means of physical presence or, by the affiant who is personally known to me.

NOTARY PUBLIC
STATE OF _NY_

PROCESS SERVER # _____ N\A _____
Appointed in accordance with State Statutes

Priority One Process Service, Inc.
5893 Sunset Drive
South Miami, FL 33143
(305) 669-1518

**GAIL KAGAN**
Notary Public State of New York
Qualified in Westchester County
No 01KA6094470 Expires 6/23/2027

Our Job Serial Number: 2024058939
Ref: 5946-101

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r