# RETURN OF NON-SERVICE

## UNITED STATES DISTRICT COURT
## WESTERN District of Texas

Case Number: 1:23-CV-00110-ADA

Plaintiff:
**LOGAN PAUL**

vs.

Defendant:
**EDUARDO IBANEZ, ET. AL.,**

For:
TAL J. LIFSHITZ
KOZYAK TROPIN & THROCKMORTON
2525 PONCE DE LEON BLVD
9TH FLOOR
MIAMI, FL 33134

||||||||||||||||||||||||||||||||
OJF2024003557

Received by OJF SERVICES, INC. on the 8th day of February, 2024 at 4:03 pm to be served on **JAKE GREENBAUM A/K/A CRYPRO KING, 511 SE 5 AVE, APT 2515, FT. LAUDERDALE, FL 33301**.

I, FELIX ONATE, do hereby affirm that on the **29th day of February, 2024** at **8:37 am, I:**

**NON-SERVED** the **SUMMONS AND COMPLAINT at the address of 511 SE 5 AVE, APT 2515, FT. LAUDERDALE, FL 33301** for the reason that I failed to find **JAKE GREENBAUM A/K/A CRYPRO KING** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
2/17/2024  6:27 pm  Attempted service at 511 SE 5 AVE APT 2515, FT. LAUDERDALE, FL 33301, no one home
2/19/2024  7:08 pm  Attempted service at 511 SE 5 AVE APT 2515, FT. LAUDERDALE, FL 33301, no one home
2/21/2024  11:03 am  Attempted service at 511 SE 5 AVE APT 2515, FT. LAUDERDALE, FL 33301, no one home
2/26/2024  6:33 pm  Attempted service at 511 SE 5 AVE APT 2515, FT. LAUDERDALE, FL 33301, mailbox is empty
2/29/2024  8:37 am  Attempted service at 511 SE 5 AVE APT 2515, FT. LAUDERDALE, FL 33301, No answer, left card

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).

**FELIX ONATE**
SPS #473

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**

Our Job Serial Number: OJF-2024003557
Ref: J946-101

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r