## AFFIDAVIT OF SERVICE

**State of Texas**                          **County of WESTERN**                          **District Court**

Case Number: 1:23-CV-00110-ADA

Plaintiff:
**LOGAN PAUL**
vs.
Defendant:
**EDUARDO IBANEZ**

OJF2024000484

For: BENJAMIN WIDLANSKI
KOZYAK TROPIN & THROCKMORTON, LLP

Received by OJF SERVICES, INC. on the 5th day of January, 2024 at 3:31 pm to be served on **JAKE GREENBAUM A/K/A CRYPTO KING, 7311 AVALAON BLVD., ALPHARETTA, GA 30009-2503I,** _____KRISTA MEADOWS_____, being duly sworn, depose and say that on the ___8___ day of _JANUARY_, 20_24_ at _1_ : _20_ p.m., executed service by delivering a true copy of the **SUMMONS AND LOGAN PAUL'S ANSWER, AFFIRMATIVE DEFENSES AND CROSS CLAIM AGAINST EDUARDO IBANEZ AND JAKE GREENBAUM A/K/A CRYPTO KING**in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as
_____.

( ) SUBSTITUTE SERVICE SPOUSE NOT RESIDENCE: By serving _____ as spouse outside of the residence. Service was completed pursuant to Florida statutes.

√) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or ( ) No   If yes, what branch? _____

Marital Status: ( ) Married or ( ) Single   Name of Spouse _____

**COMMENTS:** Unsuccessful Attempt: Jan 8, 2024, 11:40 am EST at 7311 AVALON BOULEVARD, ALPHARETTA, GA 30009
When speaking to the person (Kelly Long Jackson) who answered the door, they were very straightforward and did not hesitate to tell me the defendant didn't live there. In my experience, the person was being truthful.  Spoke to apartment manager- Hannah Price.    Continued Below...

Age ____   Sex M F   Race _____   Height _____   Weight _____   Hair _____   Glasses _____
Y N

She and another leasing agent looked throughout system and neither Jake Greenbaum or an Eduardo Ibanez came up as a previous or current resident.  The current Residence moved in back in June. The previous residents last name was "Gerber" and they lived at 7311 for 2 years.

## AFFIDAVIT OF SERVICE For 1:23-CV-00110-ADA

I CERTIFY THAT I AM OVER THE AGE OF 18 AND HAVE NO INTEREST IN THE ABOVE ACTION. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE".

Subscribed and Sworn to before me on the 8 day of JAN, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

FRANK JAMES
COMMISSION EXPIRES
JANUARY
09
2025
MY
CHEROKEE COUNTY, GA
NOTARY PUBLIC

PROCESS SERVER # 105
Appointed in accordance with State Statutes

OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: 2024000484
Ref: 5946.101

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r