**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**


DON HOLLAND, individually and on behalf of all
others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation,
LOGAN PAUL, DANIELLE STROBEL, JEFFREY
LEVIN, EDUARDO IBANEZ, JAKE
GREENBAUM a/k/a CRYPTO KING, and OPHIR
BENTOV a/k/a BEN ROTH,

Defendants.

_____/

LOGAN PAUL,

Cross-Plaintiff,

vs.

EDUARDO IBANEZ and
JAKE GREENBAUM a/k/a CRYPTO KING

Cross-Defendants.

_____/

Civil Action No. 1:23-cv-110

**LOGAN PAUL'S DECLARATION IN SUPPORT OF MOTION FOR
ALTERNATIVE SERVICE ON JAKE GREENBAUM A/K/A CRYPTO
KING AND FOR A 30-DAY EXTENSION OF TIME TO COMPLETE SERVICE**

I, Logan Paul, hereby declare under penalty of perjury as follows:

1.  I am a Defendant and the Cross-Plaintiff in the above captioned lawsuit. As such, I have

    personal knowledge of the facts and circumstances set forth in this Declaration.

2.  This Declaration is submitted in support of my Motion for Alternative Service on Jake Greenbaum a/k/a Crypto King and for a 30-day Extension of Time to Complete Service.

3.  On January 4, 2024, I filed my Answer, Affirmative Defenses, and Crossclaim against Jake Greenbaum a/k/a Crypto King and Eduardo Ibanez. (ECF 55).

4.  Since filing the Crossclaim on January 4, 2024, I have made diligent efforts to serve the Crossclaim on Mr. Greenbaum through process servers.

5.  Service of the Crossclaim was unsuccessfully attempted at a prior known address outside of Atlanta, Georgia, on January 8, 2024. An Affidavit of Service detailing the unsuccessful service attempt on January 8, 2024, is attached to my motion as Exhibit 1.

6.  Upon information and belief, Mr. Greenbaum currently resides in Fort Lauderdale, Florida, and service was attempted at what is believed to be Mr. Greenbaum's Florida residence five times between February 17 and February 29, 2024. Each time the process server received no answer at the door. An Affidavit of Service detailing the unsuccessful service attempts between February 17 and February 29, 2024, is attached to my motion as Exhibit 2.

7.  Mr. Greenbaum, also known as "Crypto King," posts on the social media platform X using his handle @Cryptoking.

8.  I am familiar with Mr. Greenbaum's X account, and Mr. Greenbaum maintained the same X account while he was associated with the CryptoZoo project. Mr. Greenbaum posts on his X account daily.

9.  While Mr. Greenbaum was associated with the CryptoZoo project, I communicated with him via email at jakethecryptoking@gmail.com.

10. Mr. Greenbaum's X account demonstrates that he has been traveling outside the United States between various undisclosed locations for months, with no discernible plans to return[1].

11. Mr. Greenbaum has publicly acknowledged that he is aware of my Crossclaim against him. On January 4, 2024, the same day I filed my Answer, Affirmative Defenses, and Crossclaim, Mr. Greenbaum acknowledged the Crossclaim on X while disparaging me.



---

[1] *See* Crypto King on X: "New city… Any guesses where?!" Jake Greenbaum (@Cryptoking), X (Jan. 9, 2024, 7:29 AM), https://twitter.com/Cryptoking/status/1744697997403836497; *see also* Crypto King on X: "Which one u want?! Taking orders for shells 🤝 👏 🐚" Jake Greenbaum (@Cryptoking), X (Feb. 3, 2024, 9:06 AM), https://twitter.com/_Cryptoking/status/1753781923732979888; Crypto King on X: "Saw elephants with my dad today ❤️ Safe to say it was an INCREDIBLE day! What did u do today?" Jake Greenbaum (@Cryptoking), X (Feb. 24, 2024), https://twitter.com/Cryptoking/status/1761320795517673603; Crypto King on X: "Woke up at sunrise!! Dad n I snorkeled with: Whale sharks, dolphins n turtles!!!! Which of the 3 should I post videos of?!" Jake Greenbaum (@Cryptoking), X (Mar. 5, 2024, 12:07 PM), https://twitter.com/Cryptoking/status/1765061651894866178.



## DECLARATION PURSUANT TO 28 U.S.C. § 1746

I declare under penalty of perjury that the foregoing declaration is true and correct.

*Logan Paul*

Logan Paul