**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

DON HOLLAND, individually and on behalf of all
others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation,
LOGAN PAUL, DANIELLE STROBEL, JEFFREY
LEVIN, EDUARDO IBANEZ, JAKE
GREENBAUM a/k/a CRYPTO KING, and
OPHIR BENTOV a/k/a BEN ROTH,

Defendants.

_____/

LOGAN PAUL,

Cross-Plaintiff,

vs.

EDUARDO IBANEZ and
JAKE GREENBAUM a/k/a CRYPTO KING,

Cross-Defendants.

_____/

Civil Action No. 1:23-cv-110

**DEFENDANT/CROSS-PLAINTIFF LOGAN PAUL'S MOTION
FOR ENTRY OF DEFAULT BY CLERK AGAINST EDUARDO IBANEZ**

Defendant/Cross-Plaintiff Logan Paul moves this Court for entry of a default against

Defendant Eduardo Ibanez. In support he states the following:

1.    Defendant/Cross-Plaintiff Logan Paul filed his Crossclaim against

Defendant/Cross-Defendant Eduardo Ibanez on January 4, 2024 [ECF No. 55].

2.    Service was made by summons on Defendant Ibanez in accordance with Federal

Rule of Civil Procedure 4 by serving a co-resident over the age of 15 at Ibanez's residence. *See*

Declaration of B. Widlanski dated April 1, 2024 (attached as **Exhibit A**); *see also* Summons Returned Executed, ECF No. 67.

3. Defendant Ibanez's response to Cross-Plaintiff Logan Paul's Crossclaim [ECF No. 55] was due on or before March 28, 2024. *See* Ex. A; ECF No. 67.

4. Defendant Ibanez has failed to file a responsive pleading or motion to the Crossclaim.

5. Defendant Ibanez did not seek an extension of time to file a responsive pleading or motion to the Crossclaim.

6. Defendant Ibanez's failure to plead or otherwise defend the Crossclaim is evidenced by the attached affidavit and by the Court's docket. Ex. A; ECF Nos. 55, 67.

7. Wherefore, Plaintiff Logan Paul seeks the entry of default against Defendant Ibanez under Federal Rule of Civil Procedure 55(a).

Dated: April 1, 2024.

Respectfully submitted,

/s/ *Benjamin J. Widlanski*
Benjamin J. Widlanski, Esq.
Email: bwidlanski@kttlaw.com
Tal Lifshitz, Esq.
Email: tjl@kttlaw.com
Rachel Sullivan, Esq.
Email: rs@kttlaw.com
Jeffrey Leavitt, Esq.
jleavitt@kttlaw.com
**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Miami, Florida 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508
*Counsel for Defendant Logan Paul*
(admitted *pro hac vice*)

/s/ *Jeffrey Neiman*
Jeffrey Neiman, Esq.
jneiman@mnrlawfirm.com
Jason L. Mays, Esq.
jmays@ mnrlawfirm.com
**MARCUS, NEIMAN, RASHBAUM & PINEIRO LLP**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2530
Miami, Florida 33131
Telephone: (305) 400-4260

*Counsel for Defendant Logan Paul*
(admitted *pro hac vice*)

2

*/s/ Shelby O'Brien*
Shelby O'Brien
**ENOCH KEVER PLLC**
7600 N. Capital of Texas Highway
Building B, Suite 200
Austin, Texas 78731
Telephone: (512) 615-1223
Facsimile: (512) 615-1198
sobrien@enochkever.com
*Counsel for Defendants Paul,*
*Levin, and Bentov*
(admitted to Western District of Texas)


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify a copy of the above and foregoing has been served upon all counsel of

record by using the Court's electronic filing system on the 1st day of April 2024.

<u>*/s/ Benjamin J. Widlanski*</u>
Benjamin J. Widlanski, Esq.