**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

DON HOLLAND, individually and on behalf of all
others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation,
LOGAN PAUL, DANIELLE STROBEL, JEFFREY
LEVIN, EDUARDO IBANEZ, JAKE
GREENBAUM a/k/a CRYPTO KING, and OPHIR
BENTOV a/k/a BEN ROTH,

Defendants.

_____/

LOGAN PAUL,

Cross-Plaintiff,

vs.

EDUARDO IBANEZ and
JAKE GREENBAUM a/k/a CRYPTO KING,

Cross-Defendants.

_____/

Civil Action No. 1:23-cv-110

**DECLARATION IN SUPPORT OF REQUEST FOR
ENTRY OF DEFAULT AGAINST DEFENDANT EDUARDO IBANEZ**

I, Benjamin J. Widlanski, Esq., hereby declare under penalty of perjury as follows:

1.  I am an attorney admitted *pro hac vice* to practice before the United States District Court for the Western District of Texas in the above-captioned lawsuit and a partner with the law firm Kozyak Tropin & Throckmorton, LLP, attorneys for Defendant/Cross-Plaintiff, Logan Paul. I am one of several attorneys representing Mr. Paul in this litigation. As such, I have personal knowledge of the facts and circumstances set forth in this Declaration.

2.  I submit this Declaration in support of Mr. Paul's motion for entry of a Clerk's default against Defendant Eduardo Ibanez.

3.  On January 4, 2024, Mr. Paul filed his Crossclaim against Mr. Ibanez and Defendant Jake Greenbaum, seeking damages for fraud and fraudulent inducement. (ECF. No. 55.)

4.  On March 7, 2024, Mr. Paul caused Mr. Ibanez to be served with the summons and initial Crossclaim in this action, via individual service on a coresident over the age of 15 at Mr. Ibanez's residence at 20 Greene Street, Apt. #4 A, New York, New York 10013. On March 18, 2024, Mr. Paul filed proof of service of the Crossclaim on Mr. Ibanez with the Court. (ECF No. 67.)

5.  Fed. R. Civ. P. 15(a)(3) required Mr. Ibanez to file an answer responsive motion to the Crossclaim on or before March 28, 2024.

6.  Mr. Ibanez's time to answer or otherwise move with respect to the Crossclaim has expired and has not been extended. Mr. Ibanez has failed to plead or otherwise defend this action by filing or serving an answer or motion with respect to the Crossclaim.

7.  Mr. Ibanez is not an infant or incompetent.

8.  Mr. Ibanez is not presently in the military service of the United States.

WHEREFORE, Plaintiff Logan Paul requests that the default of Defendant Eduardo Ibanez be entered, and a certificate of default be issued.

## **DECLARATION PURSUANT TO 28 U.S.C. § 1746**

I declare under penalty of perjury that the foregoing declaration is true and correct. Executed this 1st day of April 2024, in Miami-Dade County, Florida by:

Benjamin J. Widlanski, Esq.

Dated:  April 1, 2024