# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

DON HOLLAND, individually and on
behalf of all others similarly situated,

*Plaintiff*

                                                      Civil Action No. 1:23-cv-110 ADA

vs.

CRYPTOZOON INC., a Delaware Corporation,
LOGAN PAUL, DANIELLE STROBEL, JEFFREY
LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM
a/k/a CRYTO KING and OPHIR BENTOV
a/k/a BEN ROTH

*Defendants*

## CLERK'S ENTRY OF DEFAULT

IT APPEARING from the records of the above-entitled action that service of the Crossclaim has been made upon the Cross-Defendant **EDUARDO IBANEZ,** and it further appearing from the Defendant/Cross-Plaintiff's motion that said Cross-Defendant has failed to plead, respond, or otherwise defend in said action as directed.

NOW, THEREFORE, on Defendant/Cross-Plaintiff's request, this the 17th day of April, 2024, DEFAULT is hereby entered against Cross-Defenant **EDUARDO IBANEZ.**



                                                  Philip Devlin, CLERK
                                                  U.S. DISTRICT COURT

By: *Deanna Massie*
                                               Deputy Clerk