**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

DON HOLLAND, individually and on behalf of all
others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation,
LOGAN PAUL, DANIELLE STROBEL, JEFFREY
LEVIN, EDUARDO IBANEZ, JAKE
GREENBAUM a/k/a CRYPTO KING, and OPHIR
BENTOV a/k/a BEN ROTH,

Defendants.

_____/

LOGAN PAUL,

Cross-Plaintiff,

vs.

EDUARDO IBANEZ and

JAKE GREENBAUM a/k/a CRYPTO KING

Cross-Defendants.

_____/

Civil Action No. 1:23-cv-110

**ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE ON
JAKE GREENBAUM A/K/A CRYPTO KING AND FOR A
30-DAY EXTENSION OF TIME TO COMPLETE SERVICE**

THIS CAUSE is before the Court upon Defendant/Cross-Plaintiff Logan Paul's Motion for

Alternative Service on Jake Greenbaum a/k/a Crypto King and for a 30-Day Extension of Time to

Complete Service filed on March 22, 2024.  The Court has carefully considered the Motion, and

being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** as follows:

1.      Mr. Paul's Motion for Alternative Service on Jake Greenbaum a/k/a Crypto King is hereby **GRANTED**.  Mr. Paul shall serve Jake Greenbaum a/k/a Crypto King via email at jakethecryptoking@gmail.com.

2.      Mr. Paul shall serve his Crossclaim on Mr. Greenbaum via direct message on X.

3.      Furthermore, Mr. Paul's Motion for a 30-day extension of time to complete service and provide notice to the court is hereby GRANTED.  Mr. Paul's Notice to the Court regarding complete service shall be filed no later than 30 days from the date of this Order.

SIGNED this 18th day of April, 2024.

ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE