**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

DON HOLLAND, individually and on behalf of all
others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation,
LOGAN PAUL, DANIELLE STROBEL, JEFFREY
LEVIN, EDUARDO IBANEZ, JAKE
GREENBAUM a/k/a CRYPTO KING, and OPHIR
BENTOV a/k/a BEN ROTH,

Defendants.

_____/

Civil Action No. 1:23-cv-110

LOGAN PAUL,

Cross-Plaintiff,

vs.

EDUARDO IBANEZ and
JAKE GREENBAUM a/k/a CRYPTO KING

Cross-Defendants.

_____/

**DEFENDANT/CROSS-PLAINTIFF LOGAN PAUL'S NOTICE OF FILING
DECLARATION REGARDING COMPLETION OF AUTHORIZED ALTERNATE
SERVICE OF PROCESS ON JAKE GREENBAUM A/K/A CRYPTO KING**

Defendant/Cross-Plaintiff Logan Paul submits the attached Declaration of Tal Lifshitz,

Esq., regarding completion of authorized alternate service of process on Jake Greenbaum, a/k/a

Crypto King, demonstrating that alternate service of process on Jake Greenbaum was completed

1

on April 23, 2024, consistent with the terms of the Court's order authorizing the same. (ECF No. 71.)

Date: April 29, 2024                                      Respectfully submitted,

| | |
|---|---|
| /s/ *Tal Lifshitz* <br> Tal J. Lifshitz, Esq. <br> Email: tjl@kttlaw.com <br> Benjamin J. Widlanski, Esq. <br> Email: bwidlanski@kttlaw.com <br> Rachel Sullivan, Esq. <br> Email: rs@kttlaw.com <br> Jeffrey Leavitt, Esq. <br> Email: jleavitt@kttlaw.com <br> **KOZYAK TROPIN & THROCKMORTON LLP** <br> 2525 Ponce de Leon Blvd., 9th Floor <br> Miami, Florida 33134 <br> Telephone: (305) 372-1800 <br> Facsimile: (305) 372-3508 <br> *Counsel for Defendant Logan Paul* (admitted *pro hac vice*) | /s/ *Jeffrey Neiman* <br> Jeffrey Neiman, Esq. <br> jneiman@mnrlawfirm.com <br> Jason L. Mays, Esq. <br> jmays@ mnrlawfirm.com <br> **MARCUS, NEIMAN, RASHBAUM & PINEIRO LLP** <br> One Biscayne Tower <br> 2 South Biscayne Boulevard, Suite 2530 <br> Miami, Florida 33131 <br> Telephone: (305) 400-4260 <br><br> *Counsel for Defendant Paul* (admitted *pro hac vice*) |
| /s/ *Shelby O'Brien* <br> Shelby O'Brien <br> **ENOCH KEVER PLLC** <br> 7600 N. Capital of Texas Highway <br> Building B, Suite 200 <br> Austin, Texas 78731 <br> Telephone: (512) 615-1223 <br> Facsimile: (512) 615-1198 <br> sobrien@enochkever.com <br> *Counsel for Defendants Paul, Levin, and Bentov* <br> (admitted to Western District of Texas) | |

## CERTIFICATE OF SERVICE

I hereby certify a copy of the above and foregoing has been served upon all counsel of record by using the Court's electronic filing system on the 29th day of April 2024.

/s/ *Tal J. Lifshitz*
Tal J. Lifshitz, Esq.

2