**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

DON HOLLAND, individually and on behalf of all
others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation,
LOGAN PAUL, DANIELLE STROBEL, JEFFREY
LEVIN, EDUARDO IBANEZ, JAKE
GREENBAUM a/k/a CRYPTO KING, and OPHIR
BENTOV a/k/a BEN ROTH,

Defendants.
_____/

LOGAN PAUL,

Cross-Plaintiff,

vs.

EDUARDO IBANEZ and
JAKE GREENBAUM a/k/a CRYPTO KING,

Cross-Defendants.

_____/

Civil Action No. 1:23-cv-110

**DEFENDANT/CROSS-PLAINTIFF LOGAN PAUL'S MOTION FOR ENTRY
OF DEFAULT BY CLERK AGAINST JAKE GREENBAUM A/K/A CRYPTO KING**

Defendant/Cross-Plaintiff Logan Paul moves this Court for entry of a default against

Defendant Jake Greenbaum A/K/A Crypto King. In support he states the following:

1.      Defendant/Cross-Plaintiff Logan Paul filed his Crossclaim against

Defendant/Cross-Defendant Jake Greenbaum on January 4, 2024. ECF No. 55.

2.     Service was made on Defendant Greenbaum in accordance with this Court's Order authorizing alternative service via e-mail and direct message on X on April 23, 2024. *See* ECF No. 71; *see also* Declaration of T. Lifshitz dated April 29, 2024 (attached as **Exhibit A**).

3.     Defendant Greenbaum's response to Cross-Plaintiff Logan Paul's Crossclaim [ECF No. 55] was due on or before May 14, 2024. *See* Ex. A.

4.     Defendant Greenbaum has failed to file a responsive pleading or motion to the Crossclaim. *See also* Declaration of B. Widlanski dated May 15, 2024, (attached as **Exhibit B**).

5.     Defendant Greenbaum did not seek an extension of time to file a responsive pleading or motion to the Crossclaim.

6.     Defendant Greenbaum's failure to plead or otherwise defend the Crossclaim is evidenced by the attached affidavits and by the Court's docket. Ex. A; Ex. B.

7.     Wherefore, Plaintiff Logan Paul seeks the entry of default against Defendant Greenbaum under Federal Rule of Civil Procedure 55(a).

Dated: May 15, 2024.

Respectfully submitted,

| | |
|---|---|
| /s/ *Benjamin J. Widlanski* | /s/ *Jeffrey Neiman* |
| Benjamin J. Widlanski, Esq. | Jeffrey Neiman, Esq. |
| Email: bwidlanski@kttlaw.com | jneiman@mnrlawfirm.com |
| Tal Lifshitz, Esq. | Jason L. Mays, Esq. |
| Email: tjl@kttlaw.com | jmays@ mnrlawfirm.com |
| Rachel Sullivan, Esq. | **MARCUS, NEIMAN, RASHBAUM & PINEIRO** |
| Email: rs@kttlaw.com | **LLP** |
| Jeffrey Leavitt, Esq. | One Biscayne Tower |
| jleavitt@kttlaw.com | 2 South Biscayne Boulevard, Suite 2530 |
| **KOZYAK TROPIN & THROCKMORTON LLP** | Miami, Florida 33131 |
| 2525 Ponce de Leon Blvd., 9th Floor | Telephone: (305) 400-4260 |
| Miami, Florida 33134 | |
| Tel: (305) 372-1800/Fax: (305) 372-3508 | *Counsel for Defendant Logan Paul* |
| | (admitted *pro hac vice*) |
| *Counsel for Defendant Logan Paul* | |
| (admitted *pro hac vice*) | |

*/s/ Shelby O'Brien*
Shelby O'Brien
**ENOCH KEVER PLLC**
7600 N. Capital of Texas Highway
Building B, Suite 200
Austin, Texas 78731
Telephone: (512) 615-1223
Facsimile: (512) 615-1198
sobrien@enochkever.com
*Counsel for Defendants Paul,*
*Levin, and Bentov*
(admitted to Western District of Texas)

## CERTIFICATE OF SERVICE

I hereby certify a copy of the above and foregoing has been served upon all counsel of record by using the Court's electronic filing system on the 15th day of May 2024.

*/s/ Benjamin J. Widlanski*
Benjamin J. Widlanski, Esq.