# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

## AUSTIN DIVISION

DON HOLLAND, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH,

Defendants.

_____/

LOGAN PAUL,

Cross-Plaintiff,

vs.

EDUARDO IBANEZ and
JAKE GREENBAUM a/k/a CRYPTO KING

Cross-Defendants.

_____/

Civil Action No. 1:23-cv-110

## DECLARATION OF TAL LIFSHITZ REGARDING COMPLETION OF AUTHORIZED ALTERNATE SERVICE OF PROCESS ON JAKE GREENBAUM A/K/A CRYPTO KING

I, Tal Lifshitz, hereby declare under penalty of perjury as follows:

1.      My name is Tal Lifshitz. I am an Attorney at the law firm of Kozyak Tropin &

Throckmorton, LLP, and represent Logan Paul, a Defendant and Cross-Plaintiff in the above-

captioned lawsuit. As such, I have personal knowledge of the facts and circumstances set forth in this Declaration.

2.  On April 18, 2024, the Court entered an order granting Logan Paul's motion for alternative service of process on Jake Greenbaum, a/k/a Crypto King, and for a 30-day extension of time to complete service. (ECF No. 71.)

3.  The Court's order directed Logan Paul to serve his Crossclaim on Jake Greenbaum via email at jakethecryptoking@gmail.com and via direct message on X to Mr. Greenbaum's account, @Cryptoking.

4.  On April 23, 2024, I served Jake Greenbaum using both methods identified in the Court's order: email and direct message on X.

5.  The email sent to jakethecryptoking@gmail.com is attached to this Declaration as **Exhibit A**. Through the email, I served Mr. Greenbaum with Logan Paul's Crossclaim, the Summons, and the Court's order authorizing alternate service of process. (ECF Nos. 55, 58, and 71.)

6.  I received no notification that the email sent to jakethecryptoking@gmail.com was undeliverable or otherwise unable to be sent or received. Accordingly, service by email has been completed. Ex. A.

7.  Screenshots of service of process via direct message on X are attached to this Declaration as **Exhibit B**. Through the direct message, I served Mr. Greenbaum with Logan Paul's Crossclaim, the Summons, and the Court's order authorizing alternate service of process. (ECF Nos. 55, 58, and 71.)

8.  After serving Greenbaum via direct message on X, I received a notification that "You can no longer send Direct Messages to this person," demonstrating that he received and is

aware of my message serving the Crossclaim, Summons, and order authorizing alternate service of process. Accordingly, service of process via direct message on X has been completed.

## DECLARATION PURSUANT TO 28 U.S.C. § 1746

I declare under penalty of perjury that the foregoing declaration is true and correct.

_____
Tal Lifshitz, Esq.
Dated: April 29, 2024

# Exhibit "A"

| | |
|---|---|
| **From:** | Tal J Lifshitz |
| **Sent:** | Tuesday, April 23, 2024 9:56 AM |
| **To:** | jakethecryptoking@gmail.com |
| **Cc:** | Jeffrey Neiman; Jason Mays; Jeffrey J Leavitt; Benjamin Widlanski |
| **Subject:** | SERVICE OF COURT DOCUMENTS – Holland v. CryptoZoo Inc. et al. – Western District of Texas Case No. 23-cv-00110 |

ATTENTION – SERVICE OF COURT DOCUMENTS

A lawsuit has been filed against you. This email constitutes service of process of Cross-Plaintiff Logan Paul's Crossclaim against you in Case Number 23-cv-00110 in the Federal District Court for the Western District of Texas, consistent with the attached court order dated April 18, 2024.

| | |
|---|---|
| Court: | United States District Court for the Western District of Texas |
| Case No.: | 23-cv-00110 |
| Case Style: | Holland v. CryptoZoo, Inc., et al. |
| Document(s) Served: | DE58 – Summons Issued as to Jake Greenbaum and Eduardo Ibanez DE55 – Logan Paul's Answer, Affirmative Defenses, and Crossclaim DE71 – Order Granting DE68 Motion for Alternate Service |
| Date of Service: | April 23, 2024 |

Documents available at this link - https://kttlaw-my.sharepoint.com/:f:/p/fsr/EggmNBT7iXBKImEdd6IEmXkBWUrpFxrKERrTnTRmjaALEw?e=yzcjpF

1

# Exhibit "B"



*Figure 1: Direct Message via X serving Jake Greenbaum, part 1 of 2*



*Figure 2: Direct Message via X serving Jake Greenbaum, part 2 of 2*