**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

DON HOLLAND, individually and on behalf of all
others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation,
LOGAN PAUL, DANIELLE STROBEL, JEFFREY
LEVIN, EDUARDO IBANEZ, JAKE
GREENBAUM a/k/a CRYPTO KING, and OPHIR
BENTOV a/k/a BEN ROTH,

Defendants.

_____/

LOGAN PAUL,

Cross-Plaintiff,

vs.

EDUARDO IBANEZ and
JAKE GREENBAUM a/k/a CRYPTO KING

Cross-Defendants.

_____/

Civil Action No. 1:23-cv-110

**DECLARATION IN SUPPORT OF ENTRY OF
DEFAULT BY CLERK AGAINST JAKE GREENBAUM A/K/A CRYPTO KING**

I, Benjamin J. Widlanski, Esq., hereby declare under penalty of perjury as follows:

1.      I am an attorney admitted *pro hac vice* to practice before the United States District Court for the Western District of Texas in the above-captioned lawsuit and a partner with the law firm Kozyak Tropin & Throckmorton LLP, attorneys for Defendant/Cross-Plaintiff, Logan Paul. I am one of several attorneys representing Mr. Paul in this litigation. As such, I have personal knowledge of the facts and circumstances set forth in this Declaration.

2.      I submit this Declaration in support of Mr. Paul's motion for entry of a Clerk's default against Defendant Jake Greenbaum A/K/A Crypto King.

3.      On January 4, 2024, Mr. Paul filed his Crossclaim against Defendants Jake Greenbaum and Eduardo Ibanez, seeking damages for fraud and fraudulent inducement. (ECF No. 55.)

4.      On April 23, 2024, Mr. Paul caused Mr. Greenbaum to be served with the summons and initial Crossclaim in this action, via alternative service via email at jakethecryptoking@gmail.com and direct message on X. ECF No. 72.

5.      Fed. R. Civ. P. 15(a)(3) required Mr. Greenbaum to file an answer or responsive motion to the Crossclaim on or before May 14, 2024.

6.      Mr. Greenbaum's time to answer or otherwise move with respect to the Crossclaim has expired and has not been extended. Mr. Greenbaum has failed to plead or otherwise defend this action by filing or serving an answer or motion with respect to the Crossclaim.

7.      Mr. Greenbaum is not an infant or incompetent.

8.      Mr. Greenbaum is not presently in the military service of the United States.

WHEREFORE, Plaintiff Logan Paul requests that the default of Defendant Jake Greenbaum A/K/A Crypto King be entered, and a certificate of default be issued.

### DECLARATION PURSUANT TO 28 U.S.C. § 1746

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed this 15th day of May 2024, in Miami-Dade County, Florida by:

_____
Benjamin J. Widlanski, Esq.

Dated: May 15, 2024.

2