UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Don Holland, individually and on behalf
of all others similarly situated,

*Plaintiff*

Civil Action No. 1:23-cv-000110-ADA

vs.

Cryptozoo, Inc., a Delaware Corporation,
Logan Paul, Danielle Strobel, Jeffrey Levin,
Eduardo Ibanez, Jake Greenbaum a/k/a
Crypto King, and Ophir Bentov a/k/a Ben Roth

*Defendants*

Logan Paul,

*Cross-Plaintiff,*

*vs.*

Eduardo Ibanez and Jake Greenbaum a/k/a
Crypto King,

*Cross-defendants.*

## CLERK'S ENTRY OF DEFAULT

IT APPEARING from the records of the above-entitled action that service of the complaint has been made upon the defendant **JAKE GREENBAUM A/K/A CRYPTO KING** and it further appearing from the Plaintiff's motion that said Defendant has failed to plead, respond, or otherwise defend in said action as directed.

NOW, THEREFORE, on Plaintiff's request, this the 16th day of May 2024, DEFAULT is hereby entered against defendant **JAKE GREENBAUM A/K/A CRYPTO KING.**

Philip Devlin, CLERK
U.S. DISTRICT COURT
By: _Christina Cordero_
Deputy Clerk