IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DON HOLLAND, individually and on behalf of all others similarly situated, § § § | |
| *Plaintiff*, § § | Civil Action No. 1:23-cv-00110 |
| vs. § § | JURY TRIAL DEMANDED |
| CRYPTOZOO INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH, § § § § § § § | |
| *Defendants*. § § | |

**MOTION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT/CROSS-PLAINTIFF LOGAN PAUL'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST EDUARDO IBANEZ AND JAKE GREENBAUM**

Plaintiff Don Holland, individually and on behalf all others similarly situated, moves to extend Plaintiff's deadline to respond to Defendant/Cross-Plaintiff Logan Paul's Motion for Entry of Default Judgment Against Eduardo Ibanez and Jake Greenbaum [Dkt. 75] ("Motion"), until Friday, July 12, 2024. Defendants' Motion was filed on June 18, 2024, and Plaintiff's Response would be due 14 days later, on July 2, 2023. This motion will not unduly extend the schedule or affect the case adversely. This motion to extend time is sought not merely for delay, but so that justice may be done.

Plaintiff attempted to confer with Defendants via email today but did not receive a response before filing. Plaintiff requests the Court grant his motion and extend Plaintiff's deadline to respond to Defendant's Motion [Dkt. 75] to July 12, 2024.

Respectfully submitted,

 */s/ Jarrett L. Ellzey*

**ELLZEY & ASSOCIATES, PLLC**
Jarrett L. Ellzey
Texas Bar No. 24040864
jarrett@ellzeylaw.com
Leigh S. Montgomery
Texas Bar No. 24052214
leigh@ellzeylaw.com
Alexander G. Kykta
Texas Bar No. 24107841
alex@ellzeylaw.com
1105 Milford Street
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

**ATTORNEY TOM & ASSOCIATES**
Tom Kherkher
Texas Bar No. 24113389
tom@attorneytom.com
5909 West Loop South Suite 525
Houston, Texas 77401
Phone: (855) 866-9467

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

      I hereby certify that on July 2, 2024, Plaintiff's counsel sent an email to Defendants' counsel asking if they were unopposed to Plaintiff's motion to extend his deadline to respond to Defendant's Motion [Dkt. 75]. Defendants did not respond before Plaintiff needed to file.

                                                     */s/ Jarrett L. Ellzey*
                                                     Jarrett L. Ellzey

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rules of Civil Procedure 5(d). I hereby certify that on July 2, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record. I further certify that the foregoing has been served this document on all counsel of record in a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Jarrett L. Ellzey*
Jarrett L. Ellzey