IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DON HOLLAND, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>CRYPTOZOO INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH,<br><br>*Defendants*. | Civil Action No. 1:23-cv-00110<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT/CROSS-PLAINTIFF LOGAN PAUL'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST EDUARDO IBANEZ AND JAKE GREENBAUM**

On this day, the Court considered Plaintiff's Motion to Extend Deadline for Plaintiff to Respond to Defendant/Cross-Plaintiff Logan Paul's Motion for Entry of Default Judgment Against Eduardo Ibanez and Jake Greenbaum. The Court, having considered the Motion, any opposition, and the record before it, finds that the Motion is meritorious and should be **GRANTED**.

It is therefore **ORDERED** that the deadline for Plaintiff to respond to Defendant/Cross-Plaintiff Logan Paul's Motion for Entry of Default Judgment Against Eduardo Ibanez and Jake Greenbaum is **Friday, July 12, 2024**.

Signed this _____ day of _____, 2024.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE