**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| DON HOLLAND, individually and on behalf of all others similarly situated, §§§§§ | |
| *Plaintiff*, § | Civil Action No. 1:23-cv-00110 |
| vs. §§ | JURY TRIAL DEMANDED |
| CRYPTOZOO INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH, §§§§§§§§ | |
| *Defendants*. § | |

## ORDER DENYING DEFENDANT/CROSS-PLAINTIFF LOGAN PAUL'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST EDUARDO IBANEZ AND JAKE GREENBAUM

On this day, the Court considered Defendant/Cross-Plaintiff Logan Paul's Motion for Entry of Default Judgment Against Eduardo Ibanez and Jake Greenbaum. The Court, having considered the Motion, the opposition, and the record before it, finds that the Motion should be in all things **DENIED**.

Signed this _____ day of _____, 2024.

 

 

ALAN D. ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE