| | |
|---|---|
| **From:** | Alex Kykta |
| **To:** | Jeffrey J Leavitt; Benjamin Widlanski; Jeffrey Neiman; Tal J Lifshitz; Jason Mays; Clayton J Schmitt; Rachel Sullivan; Shelby O"Brien |
| **Cc:** | Firm |
| **Subject:** | Holland v. CryptoZoo et. al--Request for Extension to respond to Motion for Default |
| **Date:** | Tuesday, July 2, 2024 11:06:43 PM |
| **Attachments:** | image005.png |

**CAUTION:** [This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.]

Counsel:

Knowing the hour is late and a response in unlikely, Plaintiff is moving to extend his deadline to respond to Defendant/Cross-Plaintiff Logan Paul's Motion for Entry of Default Judgment Against Eduardo Ibanez and Jake Greenbaum [Dkt. 75] to Friday, July 12, 2024.

If possible, please let us know if you are unopposed or not within the next hour.

Best regards,
Alex

**Alexander G. Kykta**
Associate Attorney

Ellzey&Associates

1105 Milford Street
Houston, Texas 77006
(713) 554-2377 (Office)
(713) 554-2325 (Direct)
(888) 276-3455 (Fax)
alex@ellzeylaw.com