IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

DON HOLLAND, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH,

Defendants.
_____/

LOGAN PAUL,

Cross-Plaintiff,

vs.

EDUARDO IBANEZ and
JAKE GREENBAUM a/k/a CRYPTO KING,

Cross-Defendants.
_____/

Civil Action No. 1:23-cv-110

## MOTION TO WITHDRAW AS COUNSEL

I, Jeffrey J. Leavitt, hereby move, pursuant to this Court's Local Rule AT-3, to withdraw as counsel for Defendant Logan Paul. Effective August 16, 2024, I will no longer be employed by Kozyak Tropin & Throckmorton LLP, one of the law firms representing Defendant in this case.

Defendant will continue to be represented by Benjamin J. Widlanski, Tal Lifshitz, and by Rachel Sullivan of Kozyak Tropin & Throckmorton LLP.

**WHEREFORE** the undersigned attorney, Jeffrey J. Leavitt, respectfully requests that the Court enter an order permitting him to withdraw as counsel for Defendant Logan Paul in this case.

### CERTIFICATE OF SERVICE

I hereby certify a copy of the above and foregoing has been served upon all counsel of record by using the Court's electronic filing system on the 15th day of August 2024, on Eduardo Ibanez at 20 Greene Street, Apt. #4 A, New York, NY 10013, and on Jake Greenbaum at [jakethecryptoking@gmail.com](mailto:jakethecryptoking@gmail.com). Service by direct message on X would be futile because Mr. Greenbaum has blocked direct messages from the account used to provide service of process.

/s/ *Jeffrey J. Leavitt*
Jeffrey J. Leavitt, Esq.