# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

DON HOLLAND, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH,

Defendants.
_____/

LOGAN PAUL,

Cross-Plaintiff,

vs.

EDUARDO IBANEZ and
JAKE GREENBAUM a/k/a CRYPTO KING,

Cross-Defendants.
_____/

Civil Action No. 1:23-cv-110

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT LOGAN PAUL**

THIS CAUSE comes before the Court on Jeffrey J. Leavitt's Motion to Withdraw as Counsel for Defendant Logan Paul (the "Motion") filed on August 15, 2024. The Court, has carefully considered the Motion and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion [ECF NO. ___] is **GRANTED**.

2. Mr. Leavitt is relieved of further responsibility in this matter on behalf of Defendant.

3. The Clerk of Court shall remove Mr. Leavitt as counsel for Defendant.

**DONE AND ORDERED** in Chambers in the United States District Court, Western District of Texas, this _____ day of _____, 2024.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE

cc: All Counsel of Record

2