**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

DON HOLLAND, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH,

Defendants.

_____/

LOGAN PAUL,

Cross-Plaintiff,

vs.

EDUARDO IBANEZ and
JAKE GREENBAUM a/k/a CRYPTO KING,

Cross-Defendants.

_____/

Civil Action No. 1:23-cv-110

**[PROPOSED] ORDER GRANTING DEFENDANT LOGAN PAUL'S
UNOPPOSED MOTION TO EXCEED PAGE LIMIT**

THIS CAUSE comes before the Court on Defendant Logan Paul's Unopposed Motion to Exceed Page Limit (the "Motion") filed on August 29, 2024. The Court, having considered the Motion, any responses or replies, and the record before it, finds that the Motion is meritorious and should be **GRANTED**. It is therefore **ORDERED** that:

- The Motion [ECF NO. ___] is **GRANTED**.

- Defendant Logan Paul's Motion to Dismiss the First Amended Class Action Complaint, attached as Exhibit A to the Motion, be entered as Defendant Paul's response to the First Amended Class Action Complaint.

- Plaintiffs' deadline to respond to the Motion to Dismiss the First Amended Class Action Complaint is fourteen (14) days from the date of this Order.

Signed this _____ day of _____, 2024.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE