**EXHIBIT**

**A**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |  |
|---|---|---|
| DON HOLLAND, individually and on behalf of all others similarly situated, | § § § | CIVIL ACTION NO.: 1:23-cv-110 |
| Plaintiff, | § § § | HON. ALAN ALBRIGHT |
| v. | § § | |
| CRYPTOZOO, INC., *et al.*, | § § § | |
| Defendants. | § § | |

### AFFIDAVIT OF DANIELLE JONAS

|  |  |
|---|---|
| STATE OF COLORADO | § |
|  | § |
| COUNTY OF EL PASO | § |

I, Danielle Jonas, f/k/a Danielle Strobel, having been duly cautioned and sworn, state as follows:

1.      I am over 18 years of age and I am fully competent and qualified to make this affidavit. The facts stated herein are my personal knowledge and are true and correct.

2.      I currently live in Colorado Springs, Colorado. I have never lived in the State of Texas.

3.      I am 28 years old. I have only traveled to Texas twice in my life. In 2013, I travelled to Texas for a canoeing trip on the Rio Grande River. Once the trip was over, I returned to Indiana, where I was living at the time.  In 2020, I was in Texas for less than twenty-four hours to deliver a collectible trading card, for a matter unrelated to CryptoZoo, Inc. or the facts of this case.

4.      I have never owned, leased, or held a security interest in any real or personal property in the State of Texas. I have never opened or maintained a bank account in Texas. I have never paid or owed taxes to the State of Texas or any of its political subdivisions.

5. I have never engaged in any business directed at Texas residents. I have never opened or maintained an office or other business of any kind in Texas. I have never hired employees, servants, or agents in Texas, nor have I maintained or been required to maintain a registered agent for service in Texas. I have never maintained a telephone or facsimile number in Texas.

6. Aside from the present case, I have never been a party to a lawsuit in Texas.

7. I have never communicated with the named Plaintiffs in this action.

8. I did not draft, revise, sign, or file any of CryptoZoo's organizational documents.

9. I was never a party to, nor did I ever draft, revise, sign, or publish any of the contracts executed by CryptoZoo.

10. I did not draft or revise CryptoZoo's Terms and Conditions or Terms of Service.

11. I never had access to any bank, depository, or investment accounts owned by CryptoZoo.

12. Litigating this matter in Texas would be extremely burdensome, time-consuming, and costly to me, in part because I live in Colorado and have no connection to Texas.

Further Affiant sayeth not.

_____
Danielle Jonas

Sworn to and subscribed before me this 29 day of Aug , 2024.

_____
NOTARY PUBLIC

DUSTIN STONE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20244002754
MY COMMISSION EXPIRES JANUARY 22, 2028

2