**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **DON HOLLAND, individually and on behalf** : | | |
| **of all others similarly situated,** : | **CIVIL ACTION NO.: 1:23-cv-110** | |
| : | | |
| **Plaintiff,** : | | |
| : | **HON. ALAN ALBRIGHT** | |
| **v.** : | | |
| : | | |
| **CRYPTOZOO, INC.,** *et al.*, : | | |
| : | | |
| : | | |
| **Defendants.** : | | |

**PROPOSED ORDER GRANTING**
**DEFENDANT DANIELLE STROBEL'S MOTION TO DISMISS PLAINTIFFS'**
**AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

On this day, the Court considered Defendant Danielle Strobel's Motion to Dismiss Plaintiffs' Amended Class Action Complaint for lack of personal jurisdiction. The Court, having considered the Motion, any responses or replies in opposition, and the record before it, finds that the Motion is meritorious and should be **GRANTED**.

SO ORDERED.

Signed this _____ day of _____, 2024.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE