**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **DON HOLLAND, individually and on behalf** §<br>**of all others similarly situated,** §<br> §<br>**Plaintiff,** §<br> §<br>**v.** §<br> §<br>**CRYPTOZOO, INC., a Delaware** §<br>**Corporation, LOGAN PAUL, DANIELLE** §<br>**STROBEL, JEFFREY LEVIN, EDUARDO** §<br>**IBANEZ, JAKE GREENBAUM a/k/a** §<br>**CRYPTO KING, and OPHIR BENTOV** §<br>**a/k/a BEN ROTH** §<br> §<br>**Defendants.** § | **CIVIL ACTION NO.: 1:23-cv-110** |

**UNSWORN DECLARATION OF JEFFREY LEVIN**

I, Jeffrey Levin, declare as follows:

1.      I am over the age of 18, of sound mind, and am competent to make this declaration. The facts stated in this declaration are based on my own personal knowledge, and are true and correct to the best of my knowledge. I would and could competently testify to these facts if called as a witness.

2.      I have never lived in the State of Texas. I reside in Los Angeles, California.

3.      I have traveled to the State of Texas for a total of less than two weeks in the last approximately ten years. None of those trips related to the "CryptoZoo" game.

4.      I have never maintained a business office in the State of Texas.

5.      I have never owned or leased any property in the State of Texas.

6.      I have never paid or owed any taxes to the State of Texas or any of its political subdivisions.

7.      I have never been required to maintain, or maintained, a registered agent for service in the State of Texas.

8.      I have never sued anyone in the State of Texas and, other than this lawsuit, I have never been sued in the State of Texas.

9.      I have reviewed the First Amended Complaint ("FAC") in this action, which refers to a certain statements I allegedly made regarding the CryptoZoo game. I did not make any of those statements while physically present in Texas, nor did I direct any of those statements to residents of Texas.

10.     I worked with certain software developers in connection with the CryptoZoo game, including BlockOps, LLC ("BlockOps"). I do not know where BlockOps, or any individuals associated with the company, are or were located.

11.     I did not communicate with any Texas residents, including any Plaintiff identified in the FAC, in connection with the CryptoZoo game, knowing that they were Texas residents at the time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 30, 2024 at Los Angeles, California.

DocuSigned by:

*Jeffrey Levin*

FF6EE5C79F74406...

JEFFREY LEVIN