**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **DON HOLLAND, individually and on behalf** § | |
| **of all others similarly situated,** § | |
| § | |
| **Plaintiff,** § | |
| § | **CIVIL ACTION NO.: 1:23-cv-110** |
| **v.** § | |
| § | |
| **CRYPTOZOO, INC., a Delaware** § | |
| **Corporation, LOGAN PAUL, DANIELLE** § | |
| **STROBEL, JEFFREY LEVIN, EDUARDO** § | |
| **IBANEZ, JAKE GREENBAUM a/k/a** § | |
| **CRYPTO KING, and OPHIR BENTOV** § | |
| **a/k/a BEN ROTH,** § | |
| § | |
| **Defendants.** § | |

**[PROPOSED] ORDER GRANTING DEFENDANTS JEFFREY LEVIN AND OPHIR BENTOV'S CONSOLIDATED MOTION TO DISMISS**

Before the Court is Defendants Jeffrey Levin ("Levin") and Ophir Bentov's ("Bentov") Consolidated Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion"). The Court, having considered the Motion, any Response, and any Reply, and the case file and evidence properly before it, is of the opinion that Levin and Bentov's Motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that Levin and Bentov's Motion is **GRANTED,** and Plaintiffs' First Amended Complaint is hereby **DISMISSED** against Levin and Bentov.

SIGNED on this ___ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE