IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DON HOLLAND, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>CRYPTOZOO INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH,<br><br>*Defendants*. | Civil Action No. 1:23-cv-00110<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION TO EXTEND RESPONSE AS TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs Don Holland *et al.*, (Plaintiffs), file this unopposed motion to extend the responsive brief deadline as to Defendant Paul Logan's Motion to Dismiss Plaintiffs' First Amended Complaint (*Dkt 85*), Defendant Danielle Strobel's Motion to Dismiss Plaintiffs' First Amended Complaint (*Dkt 86*) and Defendants Jeffrey Levin and Ophir Bentov's Consolidated Motion to Dismiss for Lack of Personal Jurisdiction (*Dkt 87*) and show the Court as follows:

1. On August 30, 2024, Defendant Logan Paul filed his Motion to Dismiss Plaintiffs' First Amended Complaint. Defendants Danielle Strobel, Jeffrey Levin and Ophir Bentov filed their Motions on September 3, 2024.

2. Plaintiffs' current response deadline to Defendant Logan Paul's Motion to Dismiss is September 13, 2024, and Plaintiffs' current response deadline to Defendants Strobel, Levin and Bentov's Motions is September 16, 2024.

3. Because of the number of parties and issues to address in the responsive brief, Plaintiffs

1

request the current response deadlines for Defendants' Motion to Dismiss [Dkts 85, 86, and 87] be extended thirty (30) days to October 16, 2024.

4. The requested extension of the response deadlines is not for purposes of delay, but so that justice may be served.

WHEREFORE, Plaintiffs Don Holland *et al.,* request the honorable Court grant this motion and enter an order extending the responsive brief deadlines to all Defendants pending motions to dismiss to October 16, 2024, and grant any further relief to which Plaintiffs may be entitled in equity or at law.

Date: September 11, 2024                                   Respectfully Submitted,

                                                            /s/ Jarrett L. Ellzey
                                                           Jarrett L. Ellzey
                                                           Texas Bar No. 24040864
                                                           Leigh Montgomery
                                                           Texas Bar No. 24052214
                                                           **Ellzey & Associates, PLLC**
                                                           1105 Milford Street
                                                           Houston, Texas 77066
                                                           Telephone: (713) 554-2377
                                                           jarett@ellzeyaw.com
                                                           leigh@ellzeylaw.com

                                                           **ATTORNEY TOM & ASSOCIATES**
                                                           Tom Kherkher
                                                           Texas Bar No. 24113389
                                                           tom@attorneytom.com
                                                           5909 West Loop South Suite 525
                                                           Houston, Texas 77401
                                                           Phone: (855) 866-9467

                                                           ***Attorneys for Plaintiff***

## CERTIFICATE OF CONFERENCE

      I represent that on September 10, 2024, I conferred with counsel for each Defendant in this case. On that same day, Ben Widlanski, counsel for Defendant Logan Paul, responded on behalf of each Defendant and represented all Defendants were unopposed to the relief sought herein.

      *Jarrett L. Ellzey*
      Jarrett L. Ellzey

4858-7335-2931, v. 1

## **CERTIFICATE OF SERVICE**

      I represent that on September 11, 2024, I served all parties with this instrument through the ECF system in satisfaction of the Federal Rules of Civil Procedure.

                                    *Jarrett L. Ellzey*
                                    Jarrett L. Ellzey

4858-7335-2931, v. 1