**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| DON HOLLAND, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>CRYPTOZOO INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § | Civil Action No. 1:23-cv-00110<br><br>JURY TRIAL DEMANDED |

## ORDER

The Court, having considered Plaintiffs' Unopposed Request to Extend Briefing Deadlines as to Defendants' Motions to Dismiss, finds that the Motion should be GRANTED. It is therefore ORDERED that following briefing deadlines for Defendants' Motions to Dismiss (*Dkts. 85, 86 and 87)*:

a. Responses due by October 16, 2024

Signed this ____ day of _____, 2024.

_____
HON. ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

5

4858-7335-2931, v. 1