# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| DON HOLLAND, individually and on behalf of all others similarly situated, | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § § | Civil Action No. 1:23-cv-00110 |
| | § § | JURY TRIAL DEMANDED |
| CRYPTOZOO INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH, | § § § § § § § § | |
| *Defendants*. | § | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

Plaintiff Don Holland, individually and on behalf of all others similarly situated, moves this Court for an extension of the page limits for response to motions established in the Western District of Texas Local Rule CV-7(c) by 13 pages to allow Mr. Holland a total of 33 pages for his response to Defendant Logan Paul's Motion to Dismiss Plaintiff's First Amended Complaint [85] (exclusive of the caption, table of contents and authorities, signature block, certificates and exhibits) and in support states as set forth below:

1. Defendant Logan Paul's Motion to Dismiss Plaintiff's First Amended Class Action Complaint is 54 pages long and it alleges eight (8) arguments.

2. Western District of Texas Local Rule CV-7 (c) states that responses to motions other than discovery motions are limited to 20 pages.

3. Mr. Holland's Response to the Motion to Dismiss cannot be completed within the twenty pages set by the Local Rules for dispositive motions. Indeed, with eight separate arguments

in the Motion to Dismiss, Mr. Holland would have limited pages to respond to each argument under the standard page limit. That limit would not even account for other essential portions of the briefing, such as the factual background and relevant legal standards.

4. Mr. Holland's requested extension for a total of 13 pages would still amount to less than 4.25 pages per argument. Mr. Holland has drafted his response in the most concise manner possible given the present circumstances, without waiving or abandoning legal arguments he must now make.

5. Additionally, Mr. Paul's Motion raises novel legal issues that require significant legal analysis by Mr. Holland. Specifically, Defendant Paul raises arguments regarding whether cryptocurrency can be a security. Mr. Holland therefore also requires excess pages to address these novel issues.

6. Mr. Holland's request for excess pages in his Response to the Motion to Dismiss is therefore reasonable and in no way meant to burden the Court or the Parties.

7. Mr. Holland attaches his proposed Response to Defendant Logan Paul's Motion to Dismiss as **Exhibit A,** consistent with Local Rule CV-7(b). Additionally, a proposed order granting Plaintiff's response is attached as **Exhibit B.**

8. Therefore, Mr. Holland requests an additional 13 pages for his Response to Defendant Paul's Motion to Dismiss Plaintiff's First Amended Complaint, for a total of 33 pages (exclusive of the caption, table of contents and authorities, signature block, certificates, and exhibits) to appropriately address each of the arguments raised.

### **CONCLUSION**

In conclusion, for the reasons set forth in this motion, the Court should grant Mr. Holland's Motion to Exceed the Page Limit and grant Mr. Holland an additional 13 pages, for a total of 33

pages for his Response to Defendant Logan Paul's Motion to Dismiss Plaintiff's First Amended Complaint (exclusive of the caption, table of contents and authorities, signature block, certificates, and exhibits)

Respectfully submitted,

 /s/ Jarrett L. Ellzey

**ELLZEY & ASSOCIATES, PLLC**
Jarrett L. Ellzey
Texas Bar No. 24040864
jarrett@ellzeylaw.com
Leigh S. Montgomery
Texas Bar No. 24052214
leigh@ellzeylaw.com
Alexander G. Kykta
Texas Bar No. 24107841
alex@ellzeylaw.com
1105 Milford Street
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

**ATTORNEY TOM & ASSOCIATES**
Tom Kherkher
Texas Bar No. 24113389
tom@attorneytom.com
5909 West Loop South Suite 525
Houston, Texas 77401
Phone: (855) 866-9467

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Civil Procedure 5(d).  I hereby certify that on October 15, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record.  I further certify that the foregoing has been served this document on all counsel of record in a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

 */s/ Jarrett L. Ellzey*
Jarrett L. Ellzey

## CERTIFICATE OF CONFERENCE

Counsel for Mr. Holland certifies that he conferred with Counsel for Defendant Logan Paul regarding the relief requested in this Motion and Defendant is not opposed.

 */s/ Jarrett L. Ellzey*
Jarrett L. Ellzey