**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| DON HOLLAND, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>CRYPTOZOO INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:23-cv-00110 |

## <u>ORDER DENYING DEFENDANT STROBEL'S MOTION TO DISMISS</u>

Before the Court is Defendant Danielle Strobel's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint ("Motion"). The Court, having considered the Motion, Plaintiffs' Response, and any Reply, and the case file and evidence properly before it, is of the opinion that the Motion should be DENIED.

IT IS THEREFORE ORDERED that the Motion is hereby DENIED in all things.

Signed this _____ day of _____, 2024.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE