**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

DON HOLLAND, individually and on behalf of all
others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation,
LOGAN PAUL, DANIELLE STROBEL, JEFFREY
LEVIN, EDUARDO IBANEZ, JAKE
GREENBAUM a/k/a CRYPTO KING, and OPHIR
BENTOV a/k/a BEN ROTH,

Defendants.
_____/

LOGAN PAUL,

Cross-Plaintiff,

vs.

EDUARDO IBANEZ and
JAKE GREENBAUM a/k/a CRYPTO KING

Cross-Defendants.

_____/

Civil Action No. 1:23-cv-110

**UNOPPOSED JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANTS
TO REPLY IN SUPPORT OF THEIR MOTIONS TO DISMISS**

Defendants Logan Paul, Danielle Strobel, Jeffrey Levin, and Ophir Bentov jointly move

this Court for an extension of time to submit their replies in support of their individual motions to

dismiss the First Amended Complaint, and in support state as set forth below.

1.      Plaintiffs filed their responses to Mr. Paul's motion to dismiss, Ms. Strobel's motion to dismiss, and Mr. Levin's and Mr. Bentov's motion to dismiss on October 16, 2024. (ECF Nos. 90-92.)

2.      Therefore, Defendants Paul, Strobel, Levin, and Bentov's replies in support of their motions to dismiss are currently due on or before October 23, 2024.

3.      Due to the large number of issues to address in their replies, Defendants Paul, Strobel, Levin, and Bentov respectfully request that the current response deadline be extended by sixteen (16) days, until November 8, 2024.

4.      Defendants Paul, Strobel, Levin, and Bentov do not request this extension for purposes of delay, but so that they may have an adequate period of time to submit replies supporting their motions to dismiss.

## CONCLUSION

Defendants Paul, Strobel, Levin, and Bentov therefore respectfully request that the Court grant this Motion and enter an order extending deadlines for Defendants Paul, Strobel, Levin, and Bentov to submit their replies supporting their motions to dismiss the First Amended Complaint until November 8, 2024.

## CERTIFICATE OF GOOD FAITH CONFERRAL

Counsel for Defendant Logan Paul certifies that he conferred with Plaintiffs on October 17, 2024, on behalf of Defendants Paul, Levin, Bentov, and Strobel regarding the relief requested in this Motion and Plaintiffs do not oppose the relief requested.

/s/ *Benjamin J. Widlanski*
Benjamin J. Widlanski, Esq.

2

Dated: October 17, 2024.                Respectfully submitted,

| | |
|---|---|
| /s/ *Benjamin J. Widlanski*<br>Benjamin J. Widlanski, Esq.<br>Email: bwidlanski@kttlaw.com<br>Tal Lifshitz, Esq.<br>Email: tjl@kttlaw.com<br>Rachel Sullivan, Esq.<br>Email: rs@kttlaw.com<br>Clayton J. Schmitt, Esq.<br>Email: cschmitt@kttlaw.com<br>**KOZYAK TROPIN & THROCKMORTON LLP**<br>2525 Ponce de Leon Blvd., 9th Floor<br>Miami, Florida 33134<br>Telephone: (305) 372-1800<br>Facsimile: (305) 372-3508<br>*Counsel for Defendant Logan Paul*<br>(admitted *pro hac vice*) | /s/ *Jeffrey Neiman*<br>Jeffrey Neiman, Esq.<br>jneiman@mnrlawfirm.com<br>Jason L. Mays, Esq.<br>jmays@ mnrlawfirm.com<br>**MARCUS, NEIMAN, RASHBAUM<br>& PINEIRO LLP**<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Suite 2530<br>Miami, Florida 33131<br>Telephone: (305) 400-4260<br><br>*Counsel for Defendants Paul*<br>(admitted *pro hac vice*) |
| /s/ *Shelby O'Brien*<br>Shelby O'Brien<br>**ENOCH KEVER PLLC**<br>7600 N. Capital of Texas Highway<br>Building B, Suite 200<br>Austin, Texas 78731<br>Telephone: (512) 615-1223<br>Facsimile: (512) 615-1198<br>sobrien@enochkever.com<br>*Counsel for Defendants Paul,<br>Levin, and Bentov*<br>(admitted to Western District of Texas) | /s/ *Sarah E. Moses*<br>CHRISTOPHER CHATHAM<br>BRAD SEILING<br>SARAH E. MOSES<br>(*Pro Hac Vice*)<br>MANATT, PHELPS, & PHILLIPS, LLP<br>2049 Century Park East, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 312-4000<br>Facsimile: (310) 312-4224<br>cchatham@manatt.com<br>bseiling@manatt.com<br>smoses@manatt.com<br><br>Counsel for Defendants Jeffrey Levin and<br>Ophir Bentov |
| /s/ *William B. Mateja*<br>William B. Mateja (13185350)<br>Jonathan E. Clark (24069515)<br>Sheppard, Mullin, Richter & Hampton LLP<br>2200 Ross Avenue, 20th Floor<br>Dallas, TX 75201<br>Phone: 469-391-7400<br>Email: BMateja@sheppardmullin.com<br>        JClark@sheppardmullin.com<br>and | |

| | |
|---|---|
| Mark G. Arnzen, Jr. *Pro Hac Vice*<br>Lindsay K. Gerdes *Pro Hac Vice*<br>Dinsmore & Shohl LLP<br>255 East Fifth Street, Suite 1900<br>Cincinnati, OH 45202<br>Phone: 513-977-8440<br>Email: mark.arnzen@dinsmore.com<br> lindsay.gerdes@dinsmore.com<br><br>**Counsel for Defendant Danielle Strobel** | |

## CERTIFICATE OF SERVICE

I hereby certify a copy of the above and foregoing has been served upon all counsel of

record by using the Court's electronic filing system on October 17, 2024.

/s/ *Benjamin J. Widlanski*
Benjamin J. Widlanski, Esq.

1561794

4