**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

DON HOLLAND, individually and on behalf of all
others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation,
LOGAN PAUL, DANIELLE STROBEL, JEFFREY
LEVIN, EDUARDO IBANEZ, JAKE
GREENBAUM a/k/a CRYPTO KING, and OPHIR
BENTOV a/k/a BEN ROTH,

Defendants.

_____/

LOGAN PAUL,

Cross-Plaintiff,

vs.

EDUARDO IBANEZ and
JAKE GREENBAUM a/k/a CRYPTO KING,

Cross-Defendants.

_____/

Civil Action No. 1:23-cv-110

**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION
TO EXTEND DEADLINE FOR DEFENDANTS TO REPLY
<u>IN SUPPORT OF THEIR MOTIONS TO DISMISS</u>**

THIS CAUSE comes before the Court on Defendants Logan Paul, Danielle Strobel, Jeffrey

Levin, and Ophir Bentov's Unopposed Joint Motion to Extend Deadline for Defendants to Reply

in Support of Their Motions to Dismiss (the "Motion") filed on October 17, 2024. The Court,

having considered the Motion, any responses or replies, and the record before it, finds that the

Motion is meritorious and should be **GRANTED**. It is therefore **ORDERED** that:

- The Motion [ECF NO. ___] is **GRANTED**.

- Defendants Logan Paul, Danielle Strobel, Jeffrey Levin, and Ophir Bentov's deadline to submit their Replies in Support of their Motions to Dismiss the First Amended Class Action Complaint is **November 8, 2024**.

Signed this _____ day of _____, 2024.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE