**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **DON HOLLAND, individually and on behalf of all others similarly situated,** *Plaintiffs,* | § § § § § § § § § § § § § § | **A-23-CV-00110-ADA** |
| *v.* | | |
| **CRYPTOZOO, INC., LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM, OPHIR BENTOV,** *Defendants.* | | |

## <u>ORDER</u>

Before the Court is the above-entitled cause of action. This case is hereby referred to United States Magistrate Judge Ronald C. Griffin for disposition of all non-dispositive pretrial matters as provided in 28 U.S.C. § 636(b)(1)(A) and for proposed findings and recommendations under 28 U.S.C. § 626(b)(1)(B).

**SIGNED** this 1st day of November, 2024.

ALAN D ALBRIGHT UNITED STATES
DISTRICT JUDGE