**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

DON HOLLAND, individually and on behalf of all
others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation,
LOGAN PAUL, DANIELLE STROBEL, JEFFREY
LEVIN, EDUARDO IBANEZ, JAKE
GREENBAUM a/k/a CRYPTO KING, and OPHIR
BENTOV a/k/a BEN ROTH,

Defendants.

_____/

LOGAN PAUL,

Cross-Plaintiff,

vs.

EDUARDO IBANEZ and
JAKE GREENBAUM a/k/a CRYPTO KING

Cross-Defendants.

_____/

Civil Action No. 1:23-cv-110

**DEFENDANT LOGAN PAUL'S UNOPPOSED MOTION
TO EXCEED PAGE LIMIT**

Defendant Logan Paul moves this Court for an extension of the page limit for motions

established in Western District of Texas Local Rule CV-7(c) by fourteen (14) pages, to allow Mr.

Paul a total of twenty-three (23) pages for his reply supporting his motion to dismiss the Plaintiffs'

First Amended Class-Action Complaint (the "FAC," ECF No. 81) (exclusive of the caption, table

1

of contents and authorities, signature block, certificates, and exhibits), and in support states as set forth below.

1.      The FAC consists of 531 numbered paragraphs over 115 pages, and it alleges twenty-seven (27) claims for relief. Those claims for relief range from common-law fraud and other tort claims, to breach of contract claims, to federal securities and commodities law claims and RICO claims. (FAC ¶¶ 235-523.) The FAC's twenty-seven counts further include claims under thirteen different states' common law and statutes. (*Id.*)

2.      Western District of Texas Local Rule CV-7(c) states that motions other than "discovery and case management motions . . . are limited to 20 pages."

3.      The Court has previously granted Mr. Paul's request for a total of fifty (50) pages for his motion to dismiss (ECF No. 84) and Plaintiffs' request for a total of thirty-four (34) pages for their response in opposition to Mr. Paul's motion to dismiss (ECF No. 89).

4.      Mr. Paul's requested extension—for a total of twenty-three (23) pages—would amount to less than one page per page of Plaintiffs' response and less than one page per count in the FAC. Mr. Paul has drafted his reply in the most concise manner possible given the present circumstances, without waiving or abandoning legal arguments he must make now on rebuttal.

5.      Additionally, the FAC and Plaintiffs' response raise novel legal issues that require significant legal analysis by Mr. Paul. Specifically, Plaintiffs raise federal securities and commodities claims based on the sale of cryptocurrency and non-fungible tokens ("NFTs") and made significant arguments regarding those claims in their response, which only recently have become the subject of review by courts under the federal securities and commodities statutes. Mr. Paul therefore also requires excess pages to address these novel issues on rebuttal.

6. Mr. Paul's request for excess pages in his reply is therefore reasonable and in no way meant to burden the Court or the Parties.

7. Mr. Paul attaches his proposed reply to this motion as **Exhibit A**, consistent with Local Rule CV-7(b). Additionally, a proposed order granting this motion is attached as **Exhibit B**.

8. Therefore, Mr. Paul requests an additional thirteen (13) pages for his Reply in Support of his Motion to Dismiss the Amended Complaint, for a total of twenty-three (23) pages (exclusive of the caption, table of contents and authorities, signature block, certificates, and exhibits) to appropriately address each of the allegations raised.

## CONCLUSION

In conclusion, for the reasons set forth in this motion, the Court should grant Mr. Paul's Motion to Exceed Page Limit and grant Mr. Paul an additional thirteen (13) pages, for a total of twenty-three (23) pages, for his Reply in Support of his Motion to Dismiss Plaintiffs' Amended Complaint (exclusive of the caption, table of contents and authorities, signature block, certificates, and exhibits).

## CERTIFICATE OF GOOD FAITH CONFERRAL

Mr. Paul certifies that he conferred with Plaintiffs regarding the relief requested in this Motion and Plaintiffs do not oppose the relief requested in this Motion,.

Dated:  November 7, 2024.

Respectfully submitted,

| /s/ *Benjamin J. Widlanski* | /s/ *Jeffrey Neiman* |
|---|---|
| Benjamin J. Widlanski, Esq. | Jeffrey Neiman, Esq. |
| Email: bwidlanski@kttlaw.com | jneiman@mnrlawfirm.com |
| Tal Lifshitz, Esq. | Jason L. Mays, Esq. |
| Email: tjl@kttlaw.com | jmays@ mnrlawfirm.com |
| Rachel Sullivan, Esq. | **MARCUS, NEIMAN, RASHBAUM & PINEIRO LLP** |
| Email: rs@kttlaw.com | |
| Clayton J. Schmitt, Esq. | One Biscayne Tower |

| | |
|---|---|
| Email: cschmitt@kttlaw.com<br>**KOZYAK TROPIN & THROCKMORTON LLP**<br>2525 Ponce de Leon Blvd., 9th Floor<br>Miami, Florida 33134<br>Telephone: (305) 372-1800<br>Facsimile: (305) 372-3508<br>*Counsel for Defendant Logan Paul*<br>(admitted *pro hac vice*) | 2 South Biscayne Boulevard, Suite 2530<br>Miami, Florida 33131<br>Telephone: (305) 400-4260<br><br>*Counsel for Defendants Paul*<br>(admitted *pro hac vice*) |
| */s/ Shelby O'Brien*<br>Shelby O'Brien<br>**ENOCH KEVER PLLC**<br>7600 N. Capital of Texas Highway<br>Building B, Suite 200<br>Austin, Texas 78731<br>Telephone: (512) 615-1223<br>Facsimile: (512) 615-1198<br>sobrien@enochkever.com<br>*Counsel for Defendants Paul,*<br>*Levin, and Bentov*<br>(admitted to Western District of Texas) | |

## CERTIFICATE OF SERVICE

I hereby certify a copy of the above and foregoing has been served upon all counsel of record by using the Court's electronic filing system on the 7th day of November 2024.

By: */s/ Clayton J. Schmitt*
Clayton J. Schmitt, Esq.

4