**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

DON HOLLAND, individually and on behalf of all
others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation,
LOGAN PAUL, DANIELLE STROBEL, JEFFREY
LEVIN, EDUARDO IBANEZ, JAKE
GREENBAUM a/k/a CRYPTO KING, and OPHIR
BENTOV a/k/a BEN ROTH,

Defendants.

_____/

LOGAN PAUL,

Cross-Plaintiff,

vs.

EDUARDO IBANEZ and
JAKE GREENBAUM a/k/a CRYPTO KING,

Cross-Defendants.

_____/

Civil Action No. 1:23-cv-110

**[PROPOSED] ORDER GRANTING DEFENDANT LOGAN PAUL'S**
**UNOPPOSED MOTION TO EXCEED PAGE LIMIT**

THIS CAUSE comes before the Court on Defendant Logan Paul's Unopposed Motion to

Exceed Page Limit (the "Motion") filed on November 7, 2024. The Court, having considered the

Motion, any responses or replies, and the record before it, finds that the Motion is meritorious and

should be **GRANTED**. It is therefore **ORDERED** that:

- The Motion [ECF NO. ____] is **GRANTED**.

- Defendant Logan Paul's Reply in Support of his Motion to Dismiss the First Amended Class Action Complaint, attached as Exhibit A to the Motion, be entered as Defendant Paul's Reply.

Signed this _____ day of _____, 2024.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE