**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

DON HOLLAND, individually and on behalf of all
others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation,
LOGAN PAUL, DANIELLE STROBEL, JEFFREY
LEVIN, EDUARDO IBANEZ, JAKE
GREENBAUM a/k/a CRYPTO KING, and OPHIR
BENTOV a/k/a BEN ROTH,

Defendants.

_____

Civil Action No. 1:23-cv-110

## NOTICE OF FIRM AND ADDRESS CHANGE

Shelby O'Brien, attorney of record for Defendants Logan Paul, Jeffrey Levin, and Ophir

Bentov *a/k/a* Ben Roth (collectively "Defendants"), has changed law firms. The new firm's name

and the updated contact information are identified below and are also reflected in the signature

block.

Shelby O'Brien
Butler Snow LLP
1400 Lavaca Street, Suite 1000
Austin, TX 78701
512-615-1225
shelby.obrien@butlersnow.com

Defendants and their undersigned counsel respectfully request that the Court and all parties

serve all future communications, notices, and filings in this case to the undersigned at the new

firm, as set forth.

1

Respectfully submitted,

*/s/ Shelby O'Brien*
Shelby O'Brien
**BUTLER SNOW LLP**
1400 Lavaca Street, Suite 1000
Austin, TX 78701
512-615-1225
shelby.obrien@butlersnow.com

*Counsel for Defendants Paul,*
*Levin, and Bentov*
(admitted to Western District of Texas)

## CERTIFICATE OF SERVICE

I hereby certify that, on January 15, 2025, a true and correct copy of the above and foregoing has been served by electronic filing on all counsel of record.

/s/ *Shelby O'Brien*
Shelby O'Brien

2