**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

DON HOLLAND, individually and on behalf of all
others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation,
LOGAN PAUL, DANIELLE STROBEL, JEFFREY
LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM
a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a
 BEN ROTH,

Defendants.

_____/

LOGAN PAUL,

Cross-Plaintiff,

vs.

EDUARDO IBANEZ and
JAKE GREENBAUM a/k/a CRYPTO KING,

Cross-Defendants.

_____/

1:23-CV-110-ADA-RCG

**NOTICE OF CHANGE OF CONTACT INFORMATION**

In accordance with Western District of Texas Local Rule AT-9, Jason L. Mays, Esq., counsel for Defendant and Cross-Plaintiff Logan Paul, who was admitted *pro hac vice* on November 17, 2023 [Dkt. No. 49], files this Notice of Change of Contact Information in order to advise the Court of a change to his law firm, address, and email address, which are as follows:

**NEIMAN MAYS FLOCH & ALMEIDA, PLLC**
100 SE 3rd Ave., Suite 805
Ft. Lauderdale, FL 33394

Primary email:  jmays@nmfalawfirm.com
Telephone: 305-434-4941

Pursuant to the Court's Administrative Policies and Procedures, this information has already been updated via the Electronic Filing System.  The undersigned counsel respectfully requests that the Court and all Parties serve all future communications, notices, and filings to the undersigned at the new law firm and email address, as set forth above.

Dated: August 26, 2025                                  Respectfully submitted,


By:  _/s/_ *Jason L. Mays, Esq.*__

**Neiman Mays Floch & Almeida PLLC**
100 SE 3rd Ave., Unit 805
Ft. Lauderdale, FL 33394

Jason L. Mays, Esq.
Florida Bar No. 106495
jmays@nmfalawfirm.com
Tel:  305-434-4941

*Admitted Pro Hac Vice*


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that, on August 26, 2025, I filed this document through CM/ECF, which will cause a Notice of Electronic Filing to be transmitted to all parties and counsel of record.

By:  __/s/_ *Jason L. Mays, Esq.*__

2