**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

DON HOLLAND, individually and on behalf of all
others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation,
LOGAN PAUL, DANIELLE STROBEL, JEFFREY
LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM
a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a
 BEN ROTH,

Defendants.
_____/

LOGAN PAUL,

Cross-Plaintiff,

vs.

EDUARDO IBANEZ and
JAKE GREENBAUM a/k/a CRYPTO KING,

Cross-Defendants.

_____/

1:23-CV-110-ADA-RCG

**NOTICE OF CHANGE OF CONTACT INFORMATION**

In accordance with Western District of Texas Local Rule AT-9, Jeffrey A. Neiman, Esq.,

counsel for Defendant and Cross-Plaintiff Logan Paul, who was admitted *pro hac vice* on

November 17, 2023 [Dkt. No. 49], files this Notice of Change of Contact Information in order to

advise the Court of a change to his law firm, address, and email address, which are as follows:

**NEIMAN MAYS FLOCH & ALMEIDA, PLLC**
100 SE 3rd Ave., Suite 805
Fort Lauderdale, FL 33394

Primary email: jneiman@nmfalawfirm.com
Telephone: (954) 462-1200

This information has already been updated via the Electronic Filing System, in accordance with Court's Administrative Policies and Procedures. The undersigned counsel respectfully requests that the Court and all Parties serve all future communications, notices, and filings to the undersigned at the new law firm and email address, as set forth above.

Dated: August 26, 2025                                    Respectfully submitted,


                                                          By: /s/ *Jeffrey A. Neiman, Esq.*

                                                          **Neiman Mays Floch & Almeida PLLC**
                                                          100 SE 3rd Ave., Suite 805
                                                          Fort Lauderdale, FL 33394

                                                          Jeffrey A. Neiman, Esq.
                                                          Florida Bar No. 544469
                                                          jneiman@nmfalawfirm.com
                                                          Tel: (954) 462-1200

                                                          *Admitted Pro Hac Vice*


### CERTIFICATE OF SERVICE

I hereby certify that, on August 26, 2025, I filed this document through CM/ECF, which will cause a Notice of Electronic Filing to be transmitted to all parties and counsel of record.

                                                          By: /s/ *Jeffrey A. Neiman, Esq.*

2