IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **DON HOLLAND, individually and on behalf of all others similarly situated,**  *Plaintiffs,*  v.  **CRYPTOZOO INC., a Delaware Corporation; LOGAN PAUL; DANIELLE STROBEL; JEFFREY LEVIN; EDUARDO IBANEZ; JAKE GREENBAUM a/k/a CRYPTO KING; and OPHIR BENTOV a/k/a BEN ROTH;**  *Defendants.* | § § § § § § § § § § § § § § § § | CASE NO. 1:23-CV-00110-ADA-RCG |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek Griffin (Dkt. 104) regarding Defendant Danielle Strobel's Rule 12(b)(2) Motion to Dismiss (Dkt. 86). The report recommends that Defendant's Motion to Dismiss (Dkt. 86) is **GRANTED** and Plaintiffs' claims against Defendant Strobel be **DISMISSED WITHOUT PREJUDICE**. The report was filed on July 7, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error

on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Griffin (Dkt. 104) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant Northwest Tidwell, Ltd.'s Motion to Dismiss Agree Limited Partnership's Claims Pursuant to Federal Rules of Civil Procedure 12(b)(6) (Dkt. 86) is **GRANTED** and Plaintiffs' claims against Defendant Strobel are hereby **DISMISSED WITHOUT PREJUDICE.**

**SIGNED** this 23rd day of October, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE