IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **DON HOLLAND, individually and on behalf of all others similarly situated,**<br>    *Plaintiffs,*<br><br>v.<br><br>**CRYPTOZOO INC., a Delaware Corporation; LOGAN PAUL; DANIELLE STROBEL; JEFFREY LEVIN; EDUARDO IBANEZ; JAKE GREENBAUM a/k/a CRYPTO KING; and OPHIR BENTOV a/k/a BEN ROTH;**<br><br>    *Defendants*. | **CASE NO. 1:23-CV-00110-ADA-RCG** |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek Griffin (Dkt. 105) regarding Defendant/Cross-Plaintiff Logan Paul's Motion for Default Judgment against Defendants/Cross-Defendants Eduardo Ibanez and Jake Greenbaum (Dkt. 75). The report recommends that the Motion for Default Judgment is **DENIED WITHOUT PREJUDICE**. The report was filed on July 22, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by*

*Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Defendant Logan Paul filed objections on August 5, 2025 (Dkt. 106). The Court has conducted *de novo* review of the Report and Recommendation, the objections to the report and recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Griffin (Dkt. 105) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant/Cross Plaintiff Logan Paul's objections are **OVERRULED.**

**IT IS FURTHER ORDERED** that Defendant/Cross-Plaintiff Logan Paul's Motion for Default Judgment against Defendants/Cross-Defendants Eduardo Ibanez and Jake Greenbaum (Dkt. 75) is **DENIED WITHOUT PREJUDICE.**

**SIGNED** this 23rd day of October, 2025.

                                                          
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE