**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

DON HOLLAND, individually and on behalf of all
others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation,
LOGAN PAUL, DANIELLE STROBEL, JEFFREY
LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM
a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a
BEN ROTH,

Defendants.

_____/

LOGAN PAUL,

Cross-Plaintiff,

vs.

EDUARDO IBANEZ and
JAKE GREENBAUM a/k/a CRYPTO KING,

Cross-Defendants.

_____/

Civil Action No. 1:23-cv-110

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant/Cross-Plaintiff Logan Paul hereby gives notice of filing as supplemental authority the

United States District Court for the Central District of California's recent opinion in *Real, et al. v. Yuga*

*Labs, Inc., et al.*, No. 22-cv-8909 (C.D. Cal. Sept. 30, 2025), attached as **Exhibit A**.

In *Yuga* Labs, the court held that NFTs and associated tokens created and sold for use in "a virtual

shared space . . . where users could interact using digital avatars from Yuga's NFT collections," were not

securities under the test articulated in *SEC v. W.J. Howey Co.*, 328 U.S. 293, 297, 66 S.Ct. 1100, 1102

(1946). The opinion supports Mr. Paul's argument in his motion to dismiss [ECF No. 85] and objections to the Magistrate Judge's Report and Recommendation [ECF No. 112] that CryptoZoo NFTs and tokens are not securities.

Date: October 24, 2025

/s/ *Benjamin J. Widlanski*
Benjamin J. Widlanski, Esq.
bwidlanski@kttlaw.com
Tal Lifshitz, Esq.
tjl@kttlaw.com
Rachel Sullivan, Esq.
rs@kttlaw.com
Clayton Schmitt, Esq.
cschmitt@kttlaw.com
**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Boulevard, 9th Floor
Miami, Florida 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508

*Counsel for Defendant Logan Paul*
(admitted *pro hac vice*)


/s/ *Shelby O'Brien*
Shelby O'Brien
**BUTLER SNOW LLP**
1400 Lavaca Street, Suite 1000
Austin, Texas 78701
Telephone: (737) 802-1800
Facsimile: (737) 802-1801
shelby.obrien@butlersnow.com

*Counsel for Defendants*
*Paul, Levin, and Bentov*
(admitted to Western District of Texas)

Respectfully submitted,

/s/ *Jeffrey Neiman*
Jeffrey Neiman, Esq.
jneiman@mnrlawfirm.com
Jason L. Mays, Esq.
jmays@mnrlawfirm.com
**NEIMAN MAYS FLOCH & ALMEIDA PLLC**
100 SE 3rd Ave., Suite 805
Fort Lauderdale, Florida 33394
Telephone: (954) 462-1200

*Counsel for Defendant Paul*
(admitted *pro hac vice*)

## CERTIFICATE OF SERVICE

I hereby certify a copy of the above and foregoing has been served upon all counsel of record by using the Court's electronic filing system on the 24th day of October 2025.

/s/ *Benjamin J. Widlanski*
Benjamin J. Widlanski, Esq.