IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **DON HOLLAND, individually and on behalf of all others similarly situated,**<br>　　*Plaintiffs,*<br><br>v.<br><br>**CRYPTOZOO INC., a Delaware Corporation; LOGAN PAUL; DANIELLE STROBEL; JEFFREY LEVIN; EDUARDO IBANEZ; JAKE GREENBAUM a/k/a CRYPTO KING; and OPHIR BENTOV a/k/a BEN ROTH;**<br><br>　　*Defendants.* | §§§§§§§§§§§§§§§§§ | **CASE NO. 1:23-CV-00110-ADA-RCG** |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek Griffin (Dkt. 107) regarding Defendant Logan Paul's Rule 12(b)(6) Motion to Dismiss (Dkt. 85). The report recommends that Defendant Paul's Motion to Dismiss be **GRANTED**. The report was filed on August 14, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by*

*Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Defendant Logan Paul filed objections on August 28, 2025 (Dkt. 112). Additionally, Defendant Logan Paul filed Supplemental Authority to those Objections on October 24, 2025 (Dkt. 116). The Court has conducted *de novo* review of the Report and Recommendation, the objections to the report and recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted in their entirety.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Griffin (Dkt. 107) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant Logan Paul's objections are **OVERRULED.**

**IT IS FURTHER ORDERED** that Defendant Logan Paul's Motion to Dismiss is hereby **GRANTED** as to all Counts and all 27 of Plaintiffs' claims be **DISMISSED**. As to Counts 1-26, Plaintiffs are **GRANTED LEAVE TO AMEND**. As to Count 27, Plaintiffs' claim is hereby **DISMISSED WITH PREJUDICE.**

**SIGNED** this 29th day of October, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE