IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

DON HOLLAND, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation, LOGAN PAUL, EDUARDO IBANEZ, and JAKE GREENBAUM a/k/a CRYPTO KING,

Defendants.
_____/

LOGAN PAUL,

Cross-Plaintiff,

vs.

EDUARDO IBANEZ and
JAKE GREENBAUM a/k/a CRYPTO KING

Cross-Defendants.
_____/

Civil Action No. 1:23-cv-110

**DEFENDANT LOGAN PAUL'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendant Logan Paul respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), for an extension of time to respond to Plaintiffs' Second Amended Class Action Complaint, and in support states as follows:

1.  On November 12, 2025, Plaintiffs filed their Second Amended Class Action Complaint [ECF No. 118] (the "Second Amended Complaint").

2. Pursuant to Fed. R. Civ. P. 15(a)(3), Defendant's response to the Second Amended Complaint is due on November 26, 2025.

3. The Second Amended Complaint is 210 pages long and asserts multiple claims on behalf of more than one hundred plaintiffs from numerous jurisdictions, nationwide and abroad. It includes myriad new factual allegations and twenty-six counts, including claims for violation of RICO, the federal securities laws, and fifteen state consumer protection statutes. It also gives rise to choice of law issues involving dozens of U.S. states and foreign jurisdictions.

4. Due to the length and complexity of the Second Amended Complaint, Defendant Paul's counsel will require additional time to review and analyze the new allegations and prepare a fulsome responsive pleading. The intervening holiday season also presents scheduling constraints for counsel and the parties.

5. This request is made in good faith and not for the purpose of any delay. As certified below, Plaintiffs do not oppose the relief requested with this motion.

6. In the interest of fairness and efficient case management, Defendant Paul has informed Plaintiffs' counsel that he will not oppose any reasonable request from Plaintiffs to extend their corresponding response deadline.

7. Defendant Paul also anticipates seeking an expansion of the applicable page limits for his forthcoming response. Consistent with the Local Rules, Defendant will submit a motion to expand page limits prior to filing. Defendant will agree to any corresponding expansion of page limits for Plaintiffs' responsive filings.

8. Accordingly, for the above good cause shown, Defendant requests that this Court enter an order granting Defendant Paul sixty days to respond to Plaintiffs' Second Amended Complaint, up to and including Monday, January 12, 2026.

**CONCLUSION**

Defendant Logan Paul respectfully requests this Court enter an order extending the deadline to Defendant to answer, move, or otherwise respond to Plaintiffs' Second Amended Complaint to January 12, 2026.

**CERTIFICATE OF GOOD FAITH CONFERRAL**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that he conferred with Plaintiffs on November 14, 2025, regarding the relief requested in this Motion. Counsel for Plaintiffs represented that do not oppose the relief requested herein.

/s/ *Benjamin J. Widlanski*
Benjamin J. Widlanski, Esq.

Dated: November 21, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ *Benjamin J. Widlanski*<br>Benjamin J. Widlanski, Esq.<br>Email: bwidlanski@kttlaw.com<br>Tal Lifshitz, Esq.<br>Email: tjl@kttlaw.com<br>Rachel Sullivan, Esq.<br>Email: rs@kttlaw.com<br>Clayton J. Schmitt, Esq.<br>Email: cschmitt@kttlaw.com<br>**KOZYAK TROPIN & THROCKMORTON LLP**<br>2525 Ponce de Leon Blvd., 9th Floor<br>Miami, Florida 33134<br>Telephone: (305) 372-1800<br>Facsimile: (305) 372-3508<br><br>*Counsel for Defendant Logan Paul*<br>(admitted *pro hac vice*) | /s/ *Jeffrey Neiman*<br>Jeffrey Neiman, Esq.<br>jneiman@nmfalawfirm.com<br>Jason L. Mays, Esq.<br>jmays@nmfalawfirm.com<br>**NEIMAN MAYS FLOCH & ALMEIDA PLLC**<br>100 SE 3rd Ave., Suite 805<br>Fort Lauderdale, Florida 33394<br>Telephone: (954) 462-1200<br><br>*Counsel for Defendant Logan Paul*<br>(admitted *pro hac vice*) |
| /s/ *Shelby O'Brien* | |

| | |
|---|---|
| Shelby O'Brien<br>**ENOCH KEVER PLLC**<br>7600 N. Capital of Texas Highway<br>Building B, Suite 200<br>Austin, Texas 78731<br>Telephone: (512) 615-1223<br>Facsimile: (512) 615-1198<br>sobrien@enochkever.com<br><br>*Counsel for Defendant Logan Paul*<br>(admitted to Western District of Texas) | |

**CERTIFICATE OF SERVICE**

I hereby certify a copy of the above and foregoing has been served upon all counsel of record by using the Court's electronic filing system on November 21, 2025.

/s/ *Benjamin J. Widlanski*
Benjamin J. Widlanski, Esq.