IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DON HOLLAND, individually and on behalf of all
others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation,
LOGAN PAUL, EDUARDO IBANEZ, and JAKE
GREENBAUM a/k/a CRYPTO KING,

Defendants.
_____/

LOGAN PAUL,
Cross-Plaintiff,

vs.

EDUARDO IBANEZ and
JAKE GREENBAUM a/k/a CRYPTO KING
Cross-Defendants.
_____/

Civil Action No. 1:23-cv-110

### DEFENDANT LOGAN PAUL'S MOTION FOR STATUS CONFERENCE

Defendant Logan Paul respectfully moves the Court to set a brief status conference at the Court's earliest convenience. Defendant Paul believes that a conference would assist the Court and the parties in establishing a framework for addressing the robust choice-of-law issues implicated by Plaintiffs' Second Amended Complaint, which asserts claims under the laws of fourteen U.S. states and thirty countries excluding the United States.[1] Because these threshold legal questions will define the viability of the claims and the scope of discovery, fully briefing them at this stage

---

[1] Plaintiffs state in the Amended Complaint that, "[c]onsistent with the Court's direction, Plaintiffs plead their common law causes of action under Texas law, as the Court has determined that Texas law governs Counts 1 through 8." Am. Compl. ¶ 692 (Dkt. 118). Defendant has objected to the application of Texas law to Plaintiff's common law claims. *See* Objection to Report and Recommendation at 4 (Dkt. 112) (filed Aug. 28, 2025).

would necessitate a filing of exceptional length. Defendant Paul seeks the Court's guidance on a procedural mechanism that would align with the Court's case management preferences and streamline the presentation of these issues and promote the efficient resolution of this matter.

Counsel for Defendant Paul has conferred with counsel for Plaintiffs regarding the relief requested herein and Plaintiffs do not oppose the relief sought with this motion.

WHEREFORE, Defendant Logan Paul respectfully requests that the Court schedule a status conference at the Court's earliest convenience to address the foregoing matters and any other case management issues the Court deems appropriate, and grant such other and further relief as is just and proper. Defendant is amenable to participating in the conference in person, via videoconference, or telephonically, at the Court's discretion.

Date: December 29, 2025

Respectfully submitted,

/s/ *Benjamin J. Widlanski*
Benjamin J. Widlanski, Esq.
bwidlanski@kttlaw.com
Tal Lifshitz, Esq.
tjl@kttlaw.com
Rachel Sullivan, Esq.
rs@kttlaw.com
Clayton Schmitt, Esq.
cschmitt@kttlaw.com
**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Boulevard, 9th Floor
Miami, Florida 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508

*Counsel for Defendant Logan Paul*
(admitted *pro hac vice*)

/s/ *Shelby O'Brien*
Shelby O'Brien
**BUTLER SNOW LLP**
1400 Lavaca Street, Suite 1000
Austin, Texas 78701
Telephone: (737) 802-1800

/s/ *Jeffrey Neiman*
Jeffrey Neiman, Esq.
jneiman@nmfalawfirm.com
Jason L. Mays, Esq.
jmays@nmfalawfirm.com
**NEIMAN MAYS FLOCH & ALMEIDA, PLLC**
550 S. Andrews Avenue, Suite 720
Fort Lauderdale, Florida 33301
Telephone: (954) 462-1200

*Counsel for Defendant Paul*
(admitted *pro hac vice*)

Facsimile: (737) 802-1801
shelby.obrien@butlersnow.com

*Counsel for Defendant Logan Paul*
(admitted to Western District of Texas)

## CERTIFICATE OF SERVICE

    I hereby certify a copy of the above and foregoing has been served upon all counsel of record by using the Court's electronic filing system on December 29, 2025.

                                                               /s/ *Benjamin J. Widlanski*
                                                                  Benjamin J. Widlanski, Esq.