**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

DON HOLLAND, individually and on behalf of all
others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation,
LOGAN PAUL, EDUARDO IBANEZ, and JAKE
GREENBAUM a/k/a CRYPTO KING,

Defendants.

Civil Action No. 1:23-cv-110

_____/
LOGAN PAUL,
Cross-Plaintiff,
vs.
EDUARDO IBANEZ and
JAKE GREENBAUM a/k/a CRYPTO KING
Cross-Defendants.

_____/

**[PROPOSED] ORDER SETTING STATUS CONFERENCE**

THIS CAUSE came before the Court upon Plaintiff Logan Paul's Unopposed Motion for

Status Conference [D.E. 120]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Court will conduct

a status conference [in person/via teleconference] on _____, 2026.

**DONE AND ORDERED** in Austin, Texas this ___ day of December, 2025.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

cc: counsel of record