IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **DON HOLLAND, individually and on behalf of all others similarly situated,**  *Plaintiffs,* | § § § § | |
| **v.** | § § | 1:23-CV-110-ADA-RCG |
| **CRYPTOZOO INC., a Delaware Corporation; LOGAN PAUL; EDUARDO IBANEZ; and JAKE GREENBAUM a/k/a CRYPTO KING;**  *Defendants.* | § § § § § § | |

## ORDER SETTING STATUS CONFERENCE

BEFORE THE COURT is the status of the above-styled case. This case is before the Court through a Standing Order pursuant to 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrate Judges. After reviewing the relevant filings, the Court finds it necessary to hold a status conference. The hearing will include discussion on the topic of the choice-of-law issues implicated by Plaintiffs' Second Amended Complaint.

Accordingly, it is hereby **ORDERED** that a status conference hearing will be held on **Thursday, January 15, 2026, at 2:30 p.m.** via Zoom. The Court will supply the parties with the necessary Zoom meeting information via email within 24 hours of the scheduled hearing time.

It is so **ORDERED**.

SIGNED this 5th day of January, 2026.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE