**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

DON HOLLAND, individually and on behalf of all
others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation,
LOGAN PAUL, EDUARDO IBANEZ, and JAKE
GREENBAUM a/k/a CRYPTO KING,

Defendants.

_____/

LOGAN PAUL,

Cross-Plaintiff,

vs.

EDUARDO IBANEZ and
JAKE GREENBAUM a/k/a CRYPTO KING

Cross-Defendants.

_____/

Civil Action No. 1:23-cv-110

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT LOGAN
PAUL TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

Plaintiffs and Defendant Logan Paul together move this Court for an extension of time for

Defendant Paul to respond to Plaintiffs' Second Amended Class Action Complaint [ECF No. 118]

and in support state as follows:

1.      On November 12, 2025, Plaintiffs filed their Second Amended Class Action

Complaint [ECF No. 118] (the "Second Amended Complaint").

2. Pursuant to Fed. R. Civ. P. 15(a)(3), Defendants' response to the Second Amended Complaint was originally due on November 26, 2025.

3. Defendant Paul sought an extension up to and including Monday, January 12, 2026, to file his motion to dismiss the Second Amended Complaint [ECF No. 119]. Plaintiffs did not oppose the proposed extension, *see id.*, and the Court granted the extension on December 2, 2025.

4. On December 29, 2025, Defendant Paul filed a motion requesting a status conference to seek the Court's guidance as to how to best and most efficiently address the complex choice-of-law issues posed by Plaintiffs' Second Amended Complaint [ECF No. 120]. Plaintiffs did not oppose the relief requested. *See id.*

5. On January 5, 2026, the Court granted Defendant Paul's motion and scheduled a status conference for Thursday, January 15, 2026, to address case management issues including "choice of law issues implicated by Plaintiffs' Second Amended Complaint." [ECF No. 122.]

6. As the upcoming status conference will likely inform Defendant Paul's motion to dismiss and may narrow the issues for both parties' briefing, Plaintiffs and Defendant Paul request that the Court grant Defendant Paul an additional two-week extension, up to and including January 26, 2026, to move to dismiss the Second Amended Complaint.

7. This request is made in good faith and not for the purpose of delay.

8. Accordingly, for good cause shown and in light of the upcoming status conference, Plaintiffs and Defendant Logan Paul request that this Court enter an order extending Defendant Paul's time to move to dismiss Plaintiffs' Second Amended Complaint by two weeks, up to and including January 26, 2026.

Dated: January 7, 2026

Respectfully submitted,

| | |
|---|---|
| /s/ *Benjamin J. Widlanski*<br>Benjamin J. Widlanski, Esq.<br>bwidlanski@kttlaw.com<br>Tal Lifshitz, Esq.<br>tjl@kttlaw.com<br>Rachel Sullivan, Esq.<br>rs@kttlaw.com<br>Clayton J. Schmitt, Esq.<br>cschmitt@kttlaw.com<br>**KOZYAK TROPIN & THROCKMORTON LLP**<br>2525 Ponce de Leon Blvd., 9th Floor<br>Miami, Florida 33134<br>Telephone: (305) 372-1800<br>Facsimile: (305) 372-3508<br>*Counsel for Defendant Logan Paul*<br>(admitted *pro hac vice*) | /s/ *Jarrett L. Ellzey*<br>**ELLZEY & ASSOCIATES, PLLC**<br>Jarrett L. Ellzey<br>Texas Bar No. 24040864<br>jarrett@ellzeylaw.com<br>Leigh S. Montgomery<br>Texas Bar No. 24052214<br>leigh@ellzeylaw.com<br>4200 Montrose Blvd., Ste. 200<br>Houston, Texas 77006<br>Phone: (888) 350-3931<br>Fax: (888) 276-3455<br><br>*Counsel for Plaintiffs* |
| Jeffrey Neiman, Esq.<br>jneiman@nmfalawfirm.com<br>Jason L. Mays, Esq.<br>jmays@nmfalawfirm.com<br>**Neiman Mays Floch & Almeida PLLC**<br>100 SE 3rd Ave., Suite 805<br>Fort Lauderdale, Florida 33394<br>Telephone: (954) 462-1200<br><br>*Counsel for Defendant Logan Paul*<br>(admitted *pro hac vice*) | **ATTORNEY TOM & ASSOCIATES**<br>Tom Kherkher (*pro hac vice* forthcoming)<br>Texas Bar No. 24113389<br>tom@attorneytom.com<br>5909 West Loop South Suite 525<br>Houston, Texas 77401<br>Phone: (855) 866-9467<br><br>*Counsel for Plaintiffs* |
| /s/ *Shelby O'Brien*<br>Shelby O'Brien<br>**ENOCH KEVER PLLC**<br>7600 N. Capital of Texas Highway<br>Building B, Suite 200<br>Austin, Texas 78731<br>Telephone: (512) 615-1223<br>Facsimile: (512) 615-1198<br>sobrien@enochkever.com<br>*Counsel for Defendant Logan Paul*<br>(admitted to Western District of Texas) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify a copy of the above and foregoing has been served upon all counsel of record by using the Court's electronic filing system on January 7, 2026.

/s/ *Benjamin J. Widlanski*
Benjamin J. Widlanski, Esq.