**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

DON HOLLAND, individually and on behalf of all
others similarly situated,

Plaintiff,

vs.

CRYPTOZOO INC., a Delaware Corporation,
LOGAN PAUL, EDUARDO IBANEZ, and JAKE
GREENBAUM a/k/a CRYPTO KING,

Defendants.

_____/

LOGAN PAUL,

Cross-Plaintiff,

vs.

EDUARDO IBANEZ and
JAKE GREENBAUM a/k/a CRYPTO KING

Cross-Defendants.

_____/

Civil Action No. 1:23-cv-110

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR
LOGAN PAUL TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

THIS CAUSE comes before the Court on Plaintiffs' and Defendant Logan Paul's Joint

Motion for Extension of Time for Defendant Logan Paul to Respond to Plaintiffs' Second

Amended Complaint (the "Motion") filed on January 7, 2026. The Court, having considered the

Motion, finds that the Motion is meritorious and should be **GRANTED**. It is therefore **ORDERED**

that:

- The Motion [ECF No. 123] is **GRANTED**.

2

- Defendant Logan Paul's deadline to answer, move, or otherwise respond to Plaintiff's Second Amended Class Action Complaint [ECF No. 118] is extended to **January 26, 2026**.

Signed this _____ day of _____, 2026.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE