IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **DON HOLLAND, individually and on behalf of all others similarly situated,**          *Plaintiffs,* | § § § § | |
| **v.** | § § | 1:23-CV-110-ADA-RCG |
| **CRYPTOZOO INC., a Delaware Corporation; LOGAN PAUL; EDUARDO IBANEZ; and JAKE GREENBAUM a/k/a CRYPTO KING;**          *Defendants.* | § § § § § | |

### ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT LOGAN PAUL'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT AND STAYING DISCOVERY

On this day, the Court considered the status of the above-captioned case. This matter comes before the Court following a status conference conducted on January 15, 2025, at the joint request of the Parties to establish a framework for addressing the choice-of-law issues implicated by Plaintiff's Second Amended Complaint which asserts claims under the laws of fourteen U.S. states and thirty countries excluding the United States. (Docs. 119, 120). Per the Court's request, the Parties have conferred and agreed to the structure set forth below.

It is therefore **ORDERED** that the following deadlines and conditions shall govern initial briefing on Defendant Logan Paul's motion to dismiss the Second Amended Complaint and subsequent discovery.

It is **FURTHER ORDERED** that:

1. Defendant Logan Paul shall file and serve his first motion to dismiss the Second Amended Complaint (the "First Motion") on or before Friday, January 30, 2026. Defendant Paul's First Motion shall present argument addressing and relevant to Counts Twenty-Four through Twenty-Six of the Second Amended Complaint. Defendant Paul's First Motion shall be limited to 40 pages.

2. Plaintiffs shall have 46 days, up to and including Monday, March 16, 2026, to file and serve a response to the First Motion. Plaintiffs' response shall be limited to 40 pages.

3. Defendant Paul shall have 30 days, up to and including Thursday, April 15, 2026, to file and serve a reply in support of the First Motion. Defendant Paul's reply shall be limited to 20 pages.

4. The remaining claims (Counts One through Twenty-Three) shall be stayed pending resolution of the First Motion. Once the Court has resolved the First Motion, the Parties shall confer and present a joint proposal to the Court as to how to proceed with any surviving or remaining claims. Should the Parties disagree on any term, they shall present competing proposals to the Court, as well as oral argument, if necessary.

5. All discovery shall remain stayed pending resolution of the First Motion pursuant to the Private Securities Litigation Reform Act ("PSLRA"), which provides, in relevant part, that "[i]n any private action arising under this chapter, all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss." 15 U.S.C. § 78u–4(b)(3)(B). The Parties shall address whether to lift or extend the discovery stay in their proposal(s) on any surviving or remaining claims.

It is so **ORDERED**.

SIGNED this 10th day of February, 2026.

RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE