# EXHIBIT B

# EXHBIT B

**(*Drawn from the Second Amended Complaint (Dkt. 118)*)**

## Timeframe 1

### Summer 2021  Pre-Announcement Insider Trading

- **Pre-August 18, 2021:** Paul establishes internal "insider trading rules" dictating when and how founders may sell their Zoo Token holdings. The rules acknowledge that public promotion by Paul will inflate prices. These rules show that Paul viewed Zoo Tokens as a security and understood that insider sales could harm public investors.
- **Pre-August 18, 2021:** The CryptoZoo Whitepaper is written and approved by Paul. It represents that the founder wallets are "locked" and that all founder-held tokens would be restricted for six months to prevent insider sales. A representation Paul knew to be false, as founders had already purchased tokens in the stealth launch and had active rules governing when they could sell.

### August 18, 2021  Public Announcement and First Misrepresentations

- **August 18, 2021:** Paul publicly announces CryptoZoo for the first time on his *Impaulsive* YouTube show. He makes four separately identified false statements.
- **August 18, 2021** (hours after announcement): Zoo Token price surges driven by Paul's massive online following.

## Timeframe 2

### Late August 2021  Token Version 2 Retaliation

- **Late August 2021:** Paul discovers that Greenbaum has begun selling his tokens. Paul becomes furious because any rules were violated.
- **Late August 2021:** Paul orders a full migration of the Zoo Token smart contract to "Zoo Token Version 2," effectively freezing Greenbaum's remaining holdings and removing his ability to sell. Paul privately describes this as a "surgical maneuver" to "remove the snake from the grass." *(Dkt. 55 ¶ 80.)*

1

## Timeframe 3

### September 1–6, 2021  Cover Story, NFT Sale, and Personal Extraction

- **September 1, 2021:** Paul publishes or directly instructs a Medium article entitled *"CryptoZoo: Genesis Smart Contract Update"* falsely claiming the token migration was a technical upgrade for accessibility and interoperability across chains.
- **September 2, 2021:** Paul tweets reaffirming the false Medium article and releases an edited CryptoZoo Whitepaper. The Whitepaper again falsely confirms: (a) the token conversion was a technical improvement; and (b) NFTs will earn yields.
- **September 3, 2021:** CryptoZoo begins selling "egg" NFTs to the public. The egg NFTs sell out almost instantly, generating approximately $2.6 million in revenue from consumers who believe they are investing in a functioning blockchain game.
- **September 3, 2021 (Tweet):** Paul tweets: "So @CryptoZooCo eggs dropped tonight and they're selling instantly. I can't even get one and I created the game." In reality Paul controlled the entire smart contract and treasury.
- **September 5, 2021:** Paul pays himself approximately $943,229 from CryptoZoo's accounts, drawn directly from NFT egg sale proceeds.
- **September 5, 2021 (Tweet):** Paul tweets: "the best part about this: we're not just an NFT. we're not just a token. @CryptoZooCo is a GAME… the best is yet to come." No game exists in any operable form at this time.
- **September 6, 2021:** Paul pays himself approximately $364,000 from CryptoZoo's accounts. Combined with the September 5 withdrawal, Paul extracts approximately $1.28–1.31 million nearly half of a single day's revenue and within 72 hours of the egg NFT sale.
- **September 8, 2021:** Paul reviews a demonstration of the CryptoZoo "virtual marketplace." He privately responds: "Wtf is this," describing it as "confusing" and "incomplete." *(Dkt. 55 p. 34.)* No playable version of the game has ever been delivered to Paul.

## Timeframe 4

### September 15–29, 2021  AMA Fraud and Token Version 3

- **September 15, 2021:** Paul appears at a CryptoZoo community "Ask Me Anything" livestream. Exactly seven days after privately texting "Wtf is this" about the game, Paul tells hundreds of thousands of followers: *"I can't wait for you guys to see the game. It is so much fun. I am addicted to it. My friends are addicted to it. Every developer is addicted to it. Every other person on the team. We love playing it."* No playable game exists. This is the most direct juxtaposition of private knowledge and public misrepresentation in the entire case.
- **September 29, 2021:** Paul orders a second token migration, creating Zoo Token Version 3, again under the false pretext of "technical improvements." The real purposes are: (1) to cut Ibanez out of the project; and (2)  remarkably to restore Greenbaum's access, who Paul had branded a "snake" and a thief weeks earlier.

2

- **September 30, 2021:** CryptoZoo publicly announces the hiring of blockchain development firm PixelPlex, praising it as a top-tier developer.

## Timeframe 5

### October 2021  Media Blitz, Greenbaum, and PixelPlex Collapse

- **October 11, 2021:** Paul appears on *The Logan Paul Interview* with Jon Youshaei on YouTube. He falsely declares: *"And now, like, we have a complete platform."* No platform exists.
- **October 13, 2021:** Paul transfers approximately 25,000,000,000 Zoo Token Version 3 to Greenbaum's wallet.
- **October 22, 2021:** PixelPlex announces it will not be working on CryptoZoo because Paul refused to pay for the services.
- **November 2, 2021:** CryptoZoo's Twitter account posts a riddle announcing a prize of 10 million Zoo Tokens or a CZ NFT, supporting a trading surge though the prize was seemingly never awarded.

## Timeframe 6

### November 3, 2021  "Hatch Day" Catastrophe

- **November 3, 2021:** The long-promised CryptoZoo "Hatch Day" arrives the event when purchasers were told they could hatch their egg NFTs and begin playing the game. Instead, the platform does not work at all. Buyers encounter broken interfaces, missing assets, and nonfunctional code. The "game mechanics" Paul had described as "addictive" and "complete" are nonexistent. As news spreads, Zoo Token Version 3's price plummets immediately, leaving investors holding worthless assets.

## Timeframe 7

### 2022  False Promises, Developer Abandonment, and Concealment

- **April 2022:** CryptoZoo announces the hiring of Vatom Ventures as a developer.
- **May 14, 2022:** Paul and Levin jointly state they are *"Never giving up, working on CryptoZoo daily."* Paul adds: *"Artists working around the clock."*
- **June 2022:** Vatom Ventures employees, when approached by CryptoZoo victims, confirm that Vatom does not "have any direct role with CZ like we do with other clients." Another announced development partnership was fictitious.
- **Throughout 2022:** No active development work is being done on CryptoZoo.

## Timeframe 8

### December 2022  Coffeezilla Exposé

- **December 20, 2022:** Independent journalist Stephen "Coffeezilla" Findeisen releases a three-part YouTube exposé uncovering: (a) no working game was ever built; (b) developers were never paid; (c) Paul and his team deceived the public for over a year; and (d) internal communications proving coordinated misconduct. At the time of the exposé, there is no development team, no active project, and no plan to make one.

## Timeframe 9

### January 2023  Damage Control and Additional Fraud

- **January 3, 2023:** Paul posts a video denying responsibility, blaming a "developer who stole the game code" and claiming he trusted the team to manage Ibanez's hiring. He deletes the video the same day after receiving negative public attention.
- **January 13, 2023:** Paul releases a new video acknowledging CryptoZoo's failings and making three new promises: (1) to "burn" his and Levin's Zoo Tokens; (2) to create a "rewards program" for Base Egg and Base Animal NFT holders; and (3) to finish and deliver the game. This induces a significant surge in trading volume and new purchases but the rewards program is never created and the game is never completed.
- **January 2023:** Paul posts that no one in the CryptoZoo community should put more money into CryptoZoo, calling it "not intended as an investment vehicle" directly contradicting his own August 18, 2021 statement that the game "makes you money." Paul also states he "would no longer be the scapegoat for anyone's financial decisions."

### January 4, 2024  Final Admission and Defective Buy-Back

- **January 4, 2024:** Paul publicly admits via X (Twitter) that the CryptoZoo game will never be released, citing "too many regulatory hurdles." He announces a "buy-back" program for CZ NFTs, claiming it is "a way for me to make whole those who intended to play CryptoZoo."
- **January 4, 2024:** Paul simultaneously files his crossclaim (*Dkt. 55*) against Greenbaum and Ibanez, blaming them for fraudulent inducement and "hijacking and looting" the CryptoZoo project.