# EXHIBIT C

# EXHIBIT C

1.     Logan Paul has a history (pre-CryptoZoo launch) of knowingly using his social media following to move crypto markets.



2.     Defendants Logan Paul and Jake Greenbaum coordinating a strategy for another crypto pump and dump whereby Paul would maintain a publicly known wallet to create the appearance that he continued to hold his assets, while simultaneously transferring funds through separate, undisclosed wallets. Greenbaum expressly acknowledges the traceability of blockchain transactions and advises the use of newly generated wallet addresses to obscure the movement of funds and hinder on-chain tracking. This decoy-and-disposal approach allowed Paul to publicly signal that he was "holding" while privately liquidating or relocating assets beyond the view of investors and the public.



3.     Logan Paul confirming with Jake Greenbaum to use the same pump and dump strategy listed above. Mr. Paul (and the other defendants) buy secret allotments of Zoo Token during the stealth launch with private wallets not linked to the founders. Mr. Paul confirms with Greenbaum that they are about to commit insider trading by posing as "consumers" (emphasis on the quotation marks).



4.     Logan Paul has the final say on the white papers and economics for both CryptoZoo tokens and NFTs.

2



5.    Logan Paul and the CryptoZoo team internally discuss CryptoZoo as a company built only to sell after a month. CryptoZoo was a quick profit story. Further showing it was never about building a game.



3



6.    Examples of CryptoZoo internal chats refering to CryptoZoo holders as "investors".





7.    Internal Chat showing the teams true understanding.

5



8.  Team member disgruntled about CryptoZoo misleading investors.



9.  The internal CryptoZoo communications below provides context to how the project was undercapitalized and mismanaged. The communication shows the group is out of money and that the proceeds from the egg sales have been extracted.

6



10.  Here is a message sent by Logan Paul to his editing team while they are
     discussing how to address the Coffeezilla expose. This is before Plaintiffs
     sued. Logan is forwarding a message sent by his legal team in which his
     legal team states, ZOO is a likely a security.

```
{
    "id": "94ab678d-3982-4642-a26b-abe343c550a2",
    "participant": "04408230573",
    "type": "message",
    "timestamp": "2023-01-04T07:51:22.000",
    "deleted": false,
    "blocks": [
        {
            "text": "The discussion re: stock images for base animals may be
too detailed.  It is important that we know exactly what Logan said about the creation
of these images when individuals were investing into the project.  Was there any
suggestion that the base animals were not going to be stock footage?  I think the
conversation about how hard it is for artists to create the animals could be taken the
wrong way and this seems like Logan is making an excuse.  If people believed they were
paying for non-stock images then it does not matter how difficult it is for the artists
to produce these images.  We should cut this part: 13:42-14:35\r\n\r\n The problem
Logan is facing \u2013 and we can discuss this in greater detail moving forward \u2013
is that the game will likely be treated as a security.  There are laws about what can
and cannot be said when dealing with securities.  When Logan makes a statement about a
particular project, that project increases in popularity and value and people invest
money based on those statements.  Because of this, any statement that is not backed up
with data, or a good faith belief in what is said, can be an issue.  For this reason, I
do not think Logan should go into so much detail about the stock images."
        }
    ]
```

11.    Here is Logan saying, "Fuck the token buyers…they tried to game a shitcoin." This is Logan admitting it wasn't a legitimate project.

```
    },
    {
        "id": "331dc3eb-d99a-4071-9916-04248a9e452c",
        "participant": "03109107548",
        "type": "message",
        "timestamp": "2023-01-06T06:46:54.000",
        "deleted": false,
        "blocks": [
            {
                "text": "fuck the token buyers bro they tried to game a shitcoin"
            }
        ]
    },
    {
        "id": "1732f863-4a5a-464c-b21a-d3d3e6714647",
        "participant": "03109107548",
        "type": "message",
        "timestamp": "2023-01-07T19:41:27.000",
        "deleted": false,
        "blocks": [
            {
                "text": "No, the token buyers won\u2019t be. They gambled on the
back of the token and it dropped"
            }
        ]
```

8

12.    CryptoZoo Team discussing Tokens as equity.

```
        ]
    },
    {
        "id": "79be32fd-7c5d-4e59-b450-b0d54f6cf418",
        "participant": "05023389720",
        "type": "message",
        "timestamp": "2023-01-06T06:57:43.000",
        "deleted": false,
        "blocks": [
            {
                "text": "But let\u2019s look at those tokens as equity"
            }
        ]
```

13.    Team refers to token holders as shareholders.

```
    },
    {
        "id": "edf8f622-37f4-436a-8a38-8b7a11bbdcef",
        "participant": "05023389720",
        "type": "message",
        "timestamp": "2023-01-06T03:16:50.000",
        "deleted": false,
        "blocks": [
            {
                "text": "I\u2019m asking Alan, your largest shareholder lol"
            }
        ]
```

14.    After the expose… Logan is worrying about how to rehab his image… he states they just need to do something "low effort" for good PR.

```
            },
            {
                "id": "f0d14b71-55df-4743-8c3f-95a7d9726f1d",
                "participant": "03109107548",
                "type": "message",
                "timestamp": "2023-01-06T07:09:40.000",
                "deleted": false,
                "blocks": [
                    {
                        "text": "Something low effort on our part but has MASSIVE
sentiment"
                    }
                ]
            },
```