**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| DON HOLLAND, individually and on behalf of all others similarly situated, | § § § | |
| *Plaintiff*, | § § § | Civil Action No. 1:23-cv-00110 |
| vs. | § § | |
| CRYPTOZOO INC., a Delaware Corporation, LOGAN PAUL, EDUARDO IBANEZ, and JAKE GREENBAUM a/k/a CRYPTO KING, | § § § § § | |
| *Defendants*. | § § § § | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO
DEFENDANT LOGAN PAUL'S MOTION TO DISMISS**

Plaintiffs Don Holland, *et al.* ("Plaintiffs"), respectfully move this Court for leave to file

the attached proposed Surreply (Exhibit A) in opposition to Defendant Logan Paul's Reply in

Support of His Motion to Dismiss Plaintiffs' Second Amended Complaint (Dkt. 129, filed April

15, 2026). In support, Plaintiffs state as follows:

**I.      DEFENDANT'S REPLY RELIES ON AUTHORITY UNAVAILABLE AT THE
         TIME OF PLAINTIFFS' OPPOSITION**

Defendant's Reply devotes substantial attention to SEC Release No. 33-11412,

"Application of the Federal Securities Laws to Certain Types of Crypto Assets and Certain

Transactions Involving Crypto Assets" (March 17, 2026) (the "SEC Release"). *See* Reply at 5–9.

The SEC Release was issued on March 17, 2026, after Plaintiffs filed their Second Amended

Complaint in November 2025 and after Plaintiffs filed their Opposition. Defendant has engaged

in such "*guidance is law*" tactics before. While drawing such attention to post-filing guidance is at best a toothless distractor, Plaintiffs had no opportunity to address this authority in their briefing.

A surreply is appropriate where a reply "rais[es] new arguments" or relies on material "not included in the original motion." *Tijerina-Salazar v. Venegas*, No. PE:19-CV-00074-DC-DF, 2022 WL 1750474, at *2 (W.D. Tex. May 31, 2022); *see also Donnelly v. Nissan Motor Co.*, No. 5:19-CV-0882-JKP, 2019 WL 6340153, at *2 (W.D. Tex. Nov. 26, 2019) (granting leave to file surreply where movant "clearly identifies the new arguments addressed by the surreply" and shows "good cause"). The SEC Release constitutes new authority that Plaintiffs could not have anticipated, and its prominence in Defendant's Reply warrants a brief response.

## II.    DEFENDANT'S REPLY RAISES ADDITIONAL NEW ARGUMENTS

Defendant's Reply introduces new legal arguments and citations beyond those raised in the original Motion to Dismiss. Although surreplies are "heavily disfavored," courts in this District exercise discretion to permit them "in extraordinary circumstances on a showing of good cause" as "a viable alternative to the general practice to summarily deny or exclude all arguments and issues first raised in reply briefs." *Silo Rest. Inc v. Allied Prop. & Cas. Ins. Co.*, 420 F. Supp. 3d 562, 571 (W.D. Tex. 2019); *see also Donnelly*, No. 5:19-CV-0882-JKP.

## III.    THE PROPOSED SURREPLY IS NARROWLY TAILORED

The proposed Surreply, attached as Exhibit A, is limited to three pages and addresses only the legal significance of SEC Release No. 33-11412 to the *Howey*. The Surreply does not revisit arguments already briefed.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this Motion and accept the attached proposed Surreply (Exhibit A) for filing.

Dated: April 21, 2026

Respectfully submitted,

*/s/ Jarrett L. Ellzey*

**ELLZEY & ASSOCIATES, PLLC**
Jarrett L. Ellzey
Texas Bar No. 24040864
jarrett@ellzeylaw.com
Leigh S. Montgomery
Texas Bar No. 24052214
leigh@ellzeylaw.com
4200 Montrose Blvd., Ste. 200
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

**ATTORNEY TOM & ASSOCIATES**
Tom Kherkher
Texas Bar No. 24113389
tom@attorneytom.com
5909 West Loop South Suite 525
Houston, Texas 77401
Phone: (855) 866-9467

**ATTORNEYS FOR PLAINTIFFS**

3

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7, counsel for Plaintiffs conferred with counsel for Defendant Paul by email on April 20, 2026, regarding the attached proposed surreply and the relief sought in this Motion. Defendant is unopposed.

*/s/ Jarrett L. Ellzey*
Jarrett L. Ellzey

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rules of Civil Procedure 5(d).  I hereby certify that on April 21, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record.  I further certify that the foregoing has been served the foregoing document on all counsel of record in a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Jarrett L. Ellzey*
Jarrett L. Ellzey