**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| DON HOLLAND, individually and on behalf of all others similarly situated, | § § § § § § § § § § § § § § § | |
| *Plaintiff,* | | Civil Action No. 1:23-cv-00110 |
| vs. | | |
| CRYPTOZOO INC., a Delaware Corporation, LOGAN PAUL, EDUARDO IBANEZ, and JAKE GREENBAUM a/k/a CRYPTO KING, | | |
| *Defendants*. | | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY

Before the Court is Plaintiffs' Motion for Leave to File Surreply in Opposition to Defendant Logan Paul's Motion to Dismiss Plaintiffs' Second Amended Complaint (the "Motion").

Having considered the Motion, the arguments presented, and the applicable law, the Court finds that the Motion should be GRANTED. Plaintiffs have demonstrated good cause for leave to file a surreply, including that Defendant's reply brief relies on new authority and arguments that Plaintiffs did not have a prior opportunity to address.

Accordingly, IT IS ORDERED that:

1. Plaintiffs' Motion for Leave to File Surreply is GRANTED;

2. The Surreply attached as Exhibit A to the Motion is deemed FILED as of the date of this Order; and

1

2

3.      The Court will consider the Surreply in connection with Defendant Logan

Paul's Motion to Dismiss.

_____

HON. RONALD C. GRIFFIN