**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **DON HOLLAND, individually and on behalf of all others similarly situated,** *Plaintiffs,* | § § § § § § § § § § § § § | **A-23-CV-00110-ADA** |
| *v.* | | |
| **CRYPTOZOO, INC., LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM, OPHIR BENTOV,** *Defendants.* | | |

## ORDER

Before the Court is the above-entitled cause of action. This case is hereby unreferred from United States Magistrate Judge Ronald C. Griffin. The clerk of Court is directed to refer the case to the next available Austin Magistrate Judge for disposition of all non-dispositive pretrial matters as provided in 28 U.S.C. § 636(b)(1)(A) and for proposed findings and recommendations under 28 U.S.C. § 626(b)(1)(B).

**SIGNED** this 4th day of May, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE