# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| DON HOLLAND, individually and on behalf §of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CRYPTOZOO, INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.: 1:23-cv-110 |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Rule AT-3 of the Local Rules of the United States District Court for the Western District of Texas, the undersigned attorney hereby notifies the Court and counsel that Benjamin E. Strauss, one of multiple attorneys representing Defendants Jeffrey Levin and Ophir Bentov, is hereby withdrawing from the case.

/s/ *Shelby O'Brien*
SHELBY O'BRIEN
**BUTLER SNOW LLP**
1400 Lavaca St., Suite 1000
Austin, Texas 78701
Telephone: (737) 802-1800
Facsimile: (737) 802-1801
shelby.obrien@butlersnow.com

/s/ *Sarah E. Moses*
CHRISTOPHER CHATHAM
BRAD SEILING
SARAH E. MOSES
(*Pro Hac Vice*)
MANATT, PHELPS, & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
cchatham@manatt.com
bseiling@manatt.com
smoses@manatt.com

Attorneys for Defendants Jeffrey Levin and Ophir
Bentov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 6th day of May 6, 2026, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a notice of electronic filing to all counsel of record.


/s/ *Sarah E. Moses*
Sarah E. Moses