# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| DON HOLLAND, individually and on behalf §of all others similarly situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO.: 1:23-cv-110 |
| v. | § | |
| | § | |
| CRYPTOZOO, INC., a Delaware | § | |
| Corporation, LOGAN PAUL, DANIELLE | § | |
| STROBEL, JEFFREY LEVIN, EDUARDO | § | |
| IBANEZ, JAKE GREENBAUM a/k/a | § | |
| CRYPTO KING, and OPHIR BENTOV | § | |
| a/k/a BEN ROTH, | § | |
| | § | |
| Defendants. | § | |

## JEFFREY LEVIN AND OPHIR BENTOV'S UNOPPOSED MOTION TO WITHDRAW BENJAMIN STRAUSS AS COUNSEL

Pursuant to Rule AT-3 of the Local Rules of the United States District Court for the Western District of Texas, now-dismissed Defendants Jeffrey Levin ("Levin") and Ophir Bentov ("Bentov") file this Unopposed Motion to Withdraw Benjamin Stauss as Counsel in this matter.

Levin and Bentov respectfully request that Mr. Strauss be permitted to withdraw as counsel because Mr. Strauss is no longer employed by the law firm of Manatt, Phelps & Phillips, LLP. The undersigned remain on the docket for Levin and Bentov. The withdrawal will not delay any proceedings. The motion is unopposed.

/s/ Shelby O'Brien
SHELBY O'BRIEN
**BUTLER SNOW LLP**
1400 Lavaca St., Suite 1000
Austin, Texas 78701
Telephone: (737) 802-1800
Facsimile: (737) 802-1801
shelby.obrien@butlersnow.com

/s/ *Sarah E. Moses*
CHRISTOPHER CHATHAM
BRAD SEILING
SARAH E. MOSES
(*Pro Hac Vice*)
MANATT, PHELPS, & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
cchatham@manatt.com
bseiling@manatt.com
smoses@manatt.com

Attorneys for Jeffrey Levin and Ophir Bentov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of May, 2026, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a notice of electronic filing to all counsel of record.


/s/ *Sarah E. Moses*
Sarah E. Moses