**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **DON HOLLAND, individually and on behalf of all others similarly situated,** *Plaintiffs,* <br><br> ***v.*** <br><br> **CRYPTOZOO, INC., LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM, OPHIR BENTOV,** ***Defendants.*** | § § § § § § § § § § § § | **A-23-CV-00110-ADA** |

**ORDER**

On May 4, 2026, this matter was unreferred from United States Magistrate Judge Ronald C. Griffin. This matter is hereby **REFERRED** to United States Magistrate Judge Susan Hightower for disposition of all non-dispositive pretrial matters as provided in 28 U.S.C. § 636(b)(1)(A) and for proposed findings and recommendations under 28 U.S.C. § 626(b)(1)(B).

**SIGNED** this 19th day of August, 2026.



ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE