**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| DON HOLLAND, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>CRYPTOZOO INC., a Delaware Corporation, LOGAN PAUL, DANIELLE STROBEL, JEFFREY LEVIN, EDUARDO IBANEZ, JAKE GREENBAUM a/k/a CRYPTO KING, and OPHIR BENTOV a/k/a BEN ROTH,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:23-cv-00110-ADA<br><br>JURY TRIAL DEMANDED |

**STIPULATION OF VOLUNTARY DIMISSAL AS TO PLAINTIFF YUDESH RAMCHAND' S CLAIMS ONLY**

Plaintiff Yudesh Ramchand dismisses his claims in this action against Defendants, Cryptozoo Inc., Logan Paul, Eduardo Ibanez, and Jake Greenbaum (Defendants) with prejudice. This dismissal applies to Plaintiff Yudesh Ramchand's claims only. The remaining named plaintiffs and putative class claims remain in this action.

Respectfully submitted,

**ELLZEY & ASSOCIATES, PLLC**

*/s/ Jarrett L. Ellzey*
Jarrett L. Ellzey
Jarrett L. Ellzey
Texas Bar No. 24040864
jarrett@ellzeylaw.com
Leigh S. Montgomery
Texas Bar No. 24052214
leigh@ellzeylaw.com
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

/s/ *Benjamin J. Widlanski**
Benjamin J. Widlanski, Esq.
Email: bwidlanski@kttlaw.com
Tal Lifshitz, Esq.
Email: tjl@kttlaw.com
Rachel Sullivan, Esq.
Email: rs@kttlaw.com
Clayton Schmitt, Esq.
cschmitt@kttlaw.com

**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Miami, Florida 33134

**ATTORNEY TOM & ASSOCIATES**
Tom Kherkher
Texas Bar No. 24113389
tom@attorneytom.com
4200 Montrose Blvd, Suite 200
Houston, Texas 77006
Phone: (855) 866-9467

**ATTORNEYS FOR PLAINTIFFS**

Telephone: (305) 372-1800
Facsimile: (305) 372-3508

*Counsel for Defendant Logan Paul*
(admitted *pro hac vice*)

/s/ *Jeffrey Neiman**
Jeffrey Neiman, Esq.
jneiman@nmfalawfirm.com
Jason L. Mays, Esq.
jmays@nmfalawfirm.com

**NEIMAN MAYS FLOCH & ALMEIDA PLLC**
550 S Andrews Ave, Suite 720
Fort Lauderdale, FL 33301
Telephone: (954) 462-1200
*Counsel for Defendant Logan Paul*
(admitted *pro hac vice*)

*/s/ Shelby O'Brien**
Shelby O'Brien

**BUTLER SNOW LLP**
1400 Lavaca Street, Suite 1000
Austin, Texas 78701
Telephone: (737) 802-1800
Facsimile: (737) 802-1801
shelby.obrien@butlersnow.com

*Counsel for Defendant Logan Paul*
(admitted to Western District of Texas)

**with permission*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rules of Civil Procedure 5(d). I hereby certify that on September 16, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record. I further certify that the foregoing has been served the foregoing document on all counsel of record in a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/Jarrett L. Ellzey*
Jarrett L. Ellzey